Carrie Richey (CA Bar No. 270825)
Carrie.Richey@wbd-us.com
**WOMBLE BOND DICKINSON (US) LLP**
50 California Street, Suite 2750
San Francisco, CA 94111
Tel.: 415-433-1900
Fax: 415-433-5530

Attorneys for AMERICAN PETROLEUM INSTITUTE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re 17 U.S.C. § 512(h) Subpoena to | Case No.: 3:23-mc-80309 |
| SCRIBD.COM, LLC | **DECLARATION OF CARRIE RICHEY IN SUPPORT OF THE AMERICAN PETROLEUM INSTITUTE'S 17 U.S.C. § 512(h) SUBPOENA** |

I, Carrie Richey, declare as follows:

The purpose for which this subpoena is sought is to obtain the identity of alleged infringers and such information will be used only for the purpose of protecting rights under 17 U.S.C. § 101 et seq.

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct.

This declaration is executed this the 30th day of November 2023.

_____
Carrie Richey