Exhibit A

api.ipr@ybrandprotection.com <api.ipr@ybrandprotection.com>
Mon 3/30/2020 2:37 PM
To: copyright@scribd.com <copyright@scribd.com>

To Whom It May Concern:

We are authorized to act on behalf of American Petroleum Institute ("API") with respect to intellectual property and other matters.

This letter is to notify Fastly and all related entities thereto that the content hosted by Fastly at the links set forth below, presumably for one or more of Fastly's users, infringes the intellectual property rights of API.

In order to expedite the removal of the infringing content, we are submitting this Notice of Copyright Infringement and request that Fastly expeditiously remove or disable access to the material hosted at the URL listed below, as required under the Copyright Act. The following sets forth the statutorily required elements of our Notice of Copyright Infringement:

1) Yellow Brand Protection is authorized to send this notice of infringement and demand. API is the owner of an exclusive right that is claimed to be infringed. The signature of Peter George, Yellow Brand Protection's authorized representative is set forth below.

2) The copyrighted works that are being infringed are: American Petroleum Institute's copyrighted materials which can be found on their website https://www.api.org/.

3) The products located at:

https://ar.scribd.com/document/328522631/api-1104-fr-pdf
https://de.scribd.com/document/290680078/api-1104-pipeline
https://de.scribd.com/document/350539004/api-publication-4588-1993
https://de.scribd.com/document/350653052/api-650-errata
https://de.scribd.com/document/359121771/api-1104
https://de.scribd.com/document/392952815/api-1104-pdf
https://de.scribd.com/document/426045943/api-1104-21st-edition-full-pdf
https://es.scribd.com/doc/304192778/api-1104
https://es.scribd.com/doc/310423107/api-1104-welding-of-pipelines-and-related-facilities
https://es.scribd.com/document/336384483/api-rp-500-pdf
https://es.scribd.com/document/343653678/api-1104-17th-edition
https://es.scribd.com/document/347318177/api-6a-errata
https://es.scribd.com/document/360399815/api-650-errata-pdf
https://es.scribd.com/document/374781655/api-1104-may-94-pdf
https://es.scribd.com/document/410910453/api-spec-6d-2008-errata-6-2011-rus
https://fr.scribd.com/document/336654427/api-1104-welding-of-pipelines-and-related-facilities-pdf
https://id.scribd.com/doc/283876292/api-1104-welding-of-pipelines-and-related-facilities-pdf
https://pt.scribd.com/doc/283876292/api-1104-welding-of-pipelines-and-related-facilities-pdf
https://pt.scribd.com/doc/304192778/api-1104
https://pt.scribd.com/doc/310423107/api-1104-welding-of-pipelines-and-related-facilities
https://pt.scribd.com/document/338459018/welding-api-1104-pdf
https://www.scribd.com/doc/219636871/errata-1-of-api-standard-1104-welding-of-pipelines-and-related-facilities-21-st-edition-september-2013

https://www.scribd.com/doc/283876292/api-1104-welding-of-pipelines-and-related-facilities-pdf

https://www.scribd.com/doc/304192778/api-1104

https://www.scribd.com/doc/305167791/api-standard-1104-21st-ed-sept-2013-errata3-july-2014-welding-of-pipelines-and-related-facilit

https://www.scribd.com/doc/310423107/api-1104-welding-of-pipelines-and-related-facilities

https://www.scribd.com/document/347318177/api-6a-errata

https://www.scribd.com/document/350539004/api-publication-4588-1993

https://www.scribd.com/document/352062094/api-1104-2013-pdf

https://www.scribd.com/document/353422337/api-652-pdf

https://www.scribd.com/document/366177347/api-1104-pdf

https://www.scribd.com/document/383501666/api-1104-may-94-pdf

https://www.scribd.com/document/426045943/api-1104-21st-edition-full-pdf

https://zh.scribd.com/doc/53250989/api-1104-fr-ed-99

are infringing upon API's exclusive copyright rights and should be removed or disabled.

4) Contact Information:

Peter George

Yellow Brand Protection

6060 N. Central Expressway

Dallas, TX 75206

+1.469.391.0732

api.ipr@ybrandprotection.com

5) API has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

6) The information in this Notice of Copyright Infringement is accurate, and under penalty of perjury, Yellow Brand Protection is authorized to act on behalf of API, the owner of the exclusive right being infringed.

In addition, API hereby notifies Fastly that the website content that is hosting at the above-identified links is in violation of API's Terms and Condition, located at: https://www.api.org/terms-and-conditions. Namely, it infringes on the copyright and trademark rights of API.

Sincerely,

/s/Peter George

Yellow Brand Protection

On behalf of American Petroleum Institute

api.ipr@ybrandprotection.com <api.ipr@ybrandprotection.com>

Mon 6/1/2020 4:21 PM

To: copyright@scribd.com <copyright@scribd.com>

To Whom It May Concern:

We are authorized to act on behalf of American Petroleum Institute ("API") with respect to intellectual property and other matters.

This letter is to notify Fastly and all related entities thereto that the content hosted by Fastly at the links set forth below, presumably for one or more of Fastly's users, infringes the intellectual property rights of API.

In order to expedite the removal of the infringing content, we are submitting this Notice of Copyright Infringement and request that Fastly expeditiously remove or disable access to the material hosted at the URL listed below, as required under the Copyright Act. The following sets forth the statutorily required elements of our Notice of Copyright Infringement:

1) Yellow Brand Protection is authorized to send this notice of infringement and demand. API is the owner of an exclusive right that is claimed to be infringed. The signature of Peter George, Yellow Brand Protection's authorized representative is set forth below.

2) The copyrighted works that are being infringed are: American Petroleum Institute's copyrighted materials which can be found on their website https://www.api.org/.

3) The products located at:

   https://de.scribd.com/doc/315428367/api-std-1104-ed-1999
   https://es.scribd.com/doc/98471009/norma-api-1104-traducida
   https://es.scribd.com/document/321181559/pages-from-api-1104-edition-2013
   https://es.scribd.com/document/327277337/american-petroleum-institute
   https://es.scribd.com/document/347734194/api-rp-1110-pressure-testing-of-liquid-petroleum-pipelines
   https://es.scribd.com/document/349214515/api-1104
   https://es.scribd.com/document/350539004/api-publication-4588-1993
   https://pt.scribd.com/document/352204820/api-1104-traducido-a-espanol
   https://www.scribd.com/document/399668407/norma-api-1104-pdf
   https://www.scribd.com/document/429826499/api-1104-08ed-1994-pdf
   https://www.scribd.com/document/445025321/api-1104-1999-english

are infringing upon API's exclusive copyright rights and should be removed or disabled.

4) Contact Information:

Peter George

Yellow Brand Protection

6060 N. Central Expressway

Dallas, TX 75206

+1.469.391.0732

api.ipr@ybrandprotection.com

5) API has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

6) The information in this Notice of Copyright Infringement is accurate, and under penalty of perjury, Yellow Brand Protection is authorized to act on behalf of API, the owner of the exclusive right being infringed.

In addition, API hereby notifies Fastly that the website content that is hosting at the above-identified links is in violation of API's Terms and Condition, located at: https://www.api.org/terms-and-conditions. Namely, it infringes on the

copyright and trademark rights of API.

Sincerely,

/s/Peter George

Yellow Brand Protection

On behalf of American Petroleum Institute

**Scribd DMCA Copyright Infringement Notification**

api.ipr@ybrandprotection.com <api.ipr@ybrandprotection.com>
Mon 10/12/2020 8:28 PM

To: copyright@scribd.com <copyright@scribd.com>

To Whom It May Concern:

We are authorized to act on behalf of American Petroleum Institute ("API") with respect to intellectual property and other matters.

This letter is to notify Fastly and all related entities thereto that the content hosted by Fastly at the links set forth below, presumably for one or more of Fastly's users, infringes the intellectual property rights of API.

In order to expedite the removal of the infringing content, we are submitting this Notice of Copyright Infringement and request that Fastly expeditiously remove or disable access to the material hosted at the URL listed below, as required under the Copyright Act. The following sets forth the statutorily required elements of our Notice of Copyright Infringement:

1) Yellow Brand Protection is authorized to send this notice of infringement and demand. API is the owner of an exclusive right that is claimed to be infringed. The signature of Peter George, Yellow Brand Protection's authorized representative is set forth below.

2) The copyrighted works that are being infringed are: American Petroleum Institute's copyrighted materials which can be found on their website https://www.api.org/.

3) The products located at:

  https://pt.scribd.com/document/324684117/api-rp-16e
  https://www.scribd.com/document/447377728/api-1104-1999-pdf
  https://es.scribd.com/document/419528214/api-510
  https://www.scribd.com/document/428634779/api-1104-2013-twenty-first-edition-pdf
  https://pt.scribd.com/document/313069342/api-1104-castellano-pdf
  https://pt.scribd.com/doc/272042016/american-petroleum-institute-rp-500
  https://www.scribd.com/document/396389567/api-rp-1632-pdf
  https://de.scribd.com/document/428634779/api-1104-2013-twenty-first-edition-pdf
  https://www.scribd.com/document/455106710/API-19OH-2018-pdf
  https://es.scribd.com/doc/272042016/american-petroleum-institute-rp-500
  https://www.scribd.com/document/457202013/api6d-errata-2010-pdf
  https://www.scribd.com/document/444556525/API-SPEC-20A-pdf
  https://www.scribd.com/doc/119454626/api-spec-7
  https://www.scribd.com/doc/235428906/API-SPEC-7-2
  https://www.scribd.com/document/246483341/API-Spec-5l-45-Ed-Scan
  https://www.scribd.com/doc/286531853/API-Spec-11ax-Components-of-Subsurface-Pumps-1
  https://www.scribd.com/doc/291056226/API-SPEC-7-2
  https://www.scribd.com/document/334249818/API-SPEC-2B-pdf
  https://www.scribd.com/document/343888907/API-Spec-12J
  https://www.scribd.com/document/350305446/API-18LCM-2017-1st-Edition-Product
  https://www.scribd.com/document/350612404/API-SPEC-11LG-pdf
  https://www.scribd.com/document/350612643/API-SPEC-11E-pdf
  https://www.scribd.com/document/350807771/API-SPEC-7F-pdf
  https://www.scribd.com/document/350807777/API-SPEC-7K-pdf
  https://www.scribd.com/document/353613631/API-SPEC-6AV1-2008
  https://www.scribd.com/document/360172743/API-Spec-4f-January-2008
  https://www.scribd.com/document/360976661/API-Spec-14A-Subsurface-Safety-Valve-Equipment-1994
  https://www.scribd.com/document/361072586/API-Spec-2y-4th-Edi-1999
  https://www.scribd.com/document/365807529/API-SPEC-7-Rotary-Drilling-Hydraulics
  https://www.scribd.com/document/371010881/API-SPEC-7-2
  https://www.scribd.com/document/372679864/API-Spec-16C-Choke-and-Kill-manifold-1993-pdf
  https://www.scribd.com/document/383477895/API-SPEC-9A-SPECIFICATION-FOR-WIRE-ROPES-pdf
  https://www.scribd.com/document/386423189/API-Spec-14a-2015
  https://www.scribd.com/document/386964204/API-Spec-6av1-2013
  https://www.scribd.com/document/387629284/API-Spec-15HR-2001-High-Pressure-Fiberglass-Line-Pipe-pdf
  https://www.scribd.com/document/387752172/API-SPEC-7K-2016-Drilling-and-Well-Servicing-Equipment-pdf
  https://www.scribd.com/document/388148076/API-Spec-5L-2018
  https://www.scribd.com/document/390586227/API-SPEC-5L-95-Specification-for-line-Pipe-pdf
  https://www.scribd.com/document/393108572/API-Spec-16c
  https://www.scribd.com/document/395871433/195570551-API-Spec-12j-pdf
  https://www.scribd.com/document/396075211/API-Spec-6A-2018
  https://www.scribd.com/document/400166754/2B-2001-API-Spec-Fabrication-of-Structural-Steel-Pipe-PDF
  https://www.scribd.com/document/400166789/2F-1997-API-Spec-Mooring-Chain
  https://www.scribd.com/document/402304005/API-Spec-5L-2000-pdf
  https://www.scribd.com/document/409546497/API-Spec-6dss-2017-Add-1-2019
  https://www.scribd.com/document/410088929/API-Spec-6A-Gate-Valve-Dimension
  https://www.scribd.com/document/411379129/API-Spec-13A-Drilling-Fluid-Materials-pdf
  https://www.scribd.com/document/416565914/API-Spec-4F-Drilling-Structures-1995-pdf
  https://www.scribd.com/document/424757456/API-Spec-19LH-2019-0
  https://www.scribd.com/document/426398227/API-SPEC-2C-Offshore-Cranes-1995-pdf
  https://www.scribd.com/document/429304386/API-Spec-5D-Specification-for-Drillpipe-2000-pdf
  https://www.scribd.com/document/432013244/API-Spec-8A-Spec-for-Drilling-and-Production-Hoisting-Equipment-pdf
  https://www.scribd.com/document/432013327/API-Spec-11-B-Spec-for-Sucker-Rods
  https://www.scribd.com/document/433223699/API-Spec-11d1-3rd-Edition-April-2015
  https://www.scribd.com/document/439314384/API-Spec-5CT-2018-errata-2-2019-pdf
  https://www.scribd.com/document/440711323/API-SPEC-5L
  https://www.scribd.com/document/443571231/API-SPEC-20B-2013
  https://www.scribd.com/document/452969338/API-SPEC-5D
  https://www.scribd.com/document/459695354/API-Spec-7-2-Addenl-pdf
  https://www.scribd.com/document/463223242/API-SPEC-7F-Specification-for-Oil-Field-Chain-and-Sprockets-Se1
  https://www.scribd.com/document/470766900/API-Spec-20E-2017-add1-2018-pdf
  https://www.scribd.com/document/471299547/API-Spec-07K-Drilling-Equipment-Specs-1996

https://www.scribd.com/doc/241666256/API-RP-573
https://www.scribd.com/document/343672816/API-RP-95-pdf
https://www.scribd.com/document/230266927/API-RP-E-1998-Drilling-and-Well-Servicing-Structures
https://www.scribd.com/document/323601274/API-RP-1172
https://www.scribd.com/document/324684117/API-RP-16E
https://www.scribd.com/document/344889799/API-RP-99-14
https://www.scribd.com/document/355450636/API-RP-1109-4th-Ed-Oct-2010-Marking-Liquid-Petroleum-Pipeline-Facilities-Compilation-Part1-pdf
https://www.scribd.com/document/356801477/API-RP-2A-LRFD-1997-RP-for-Planning-Designing-and-Constructing-Fixed-Offshore-Platforms-Loads-Resistance-Factor-Design
https://www.scribd.com/document/369717869/API-RP-87
https://www.scribd.com/document/378429078/API-RP-2001-pdf
https://www.scribd.com/document/379144676/API-RP-2200-Repairing-Pipeline
https://www.scribd.com/document/383648537/API-RP-55-H2S-1995
https://www.scribd.com/document/385133904/API-RP-574
https://www.scribd.com/document/391508566/api-rp-1632-pdf
https://www.scribd.com/document/395358140/API-RP-540
https://www.scribd.com/document/399000392/API-RP-5L1-pdf
https://www.scribd.com/document/399018160/API-RP-540-4th-Ed-Apr-1999-Electrical-Installations-in-Petroleum-Processing-Plants
https://www.scribd.com/document/399364296/API-RP-2L
https://www.scribd.com/document/400667175/API-RP-505-2018-Part1
https://www.scribd.com/document/400667963/API-RP-505-2018-Part7-pdf
https://www.scribd.com/document/400667982/API-RP-505-2018-Part7
https://www.scribd.com/document/400937573/API-RP-505-2018-Part15
https://www.scribd.com/document/401113584/API-RP-505-2018-Part16
https://www.scribd.com/document/401113637/API-RP-505-2018-Part18
https://www.scribd.com/document/401114245/API-RP-505-2018-Part24-pdf
https://www.scribd.com/document/401486957/API-RP-14E-pdf
https://www.scribd.com/document/401836954/API-RP-505-2018-Part33
https://www.scribd.com/document/401837178/API-RP-505-2018-Part34
https://www.scribd.com/document/402000423/API-RP-54
https://www.scribd.com/document/404831431/API-RP-14H-1994-Install-Maint-Repair-Surface-Subsurface-Safety-Val-pdf
https://www.scribd.com/document/404831967/API-RP-14G-1993
https://www.scribd.com/document/404835628/API-RP-14FZ-2001-pdf
https://www.scribd.com/document/407109243/API-RP-2GEO-2011-pdf
https://www.scribd.com/document/407503950/API-RP-55-2nd-Feb-1995-R2013-Recommended-Practice-for-Oil-and-Gas-Producing-and-Gas-Processing-Plant-Operations-Involving-Hydrogen-Su
https://www.scribd.com/document/410511129/API-RP-5C1-pdf-pdf-pdf
https://www.scribd.com/document/411371609/API-RP-2210-MAY-2000
https://www.scribd.com/document/411379143/API-RP-53-pdf
https://www.scribd.com/document/411562507/API-RP-75-ED-1998-pdf
https://www.scribd.com/document/411808003/API-RP-5L7
https://www.scribd.com/document/414262492/NORMA-API-RP-17A-docx
https://www.scribd.com/document/415418756/API-RP-1102-1993
https://www.scribd.com/document/415615151/API-RP-540-1999-pdf
https://www.scribd.com/document/416407764/API-RP-754-2016-pdf
https://www.scribd.com/document/419016806/API-RP-591
https://www.scribd.com/document/419211395/API-RP-2A-LRFD
https://www.scribd.com/document/420514683/API-RP-521-PDF
https://www.scribd.com/document/423451746/API-RP-17N-pdf
https://www.scribd.com/document/424789817/API-RP-588
https://www.scribd.com/document/425036734/API-RP-1117-Movement-of-Ln-Service-Pipelines
https://www.scribd.com/document/427063791/API-RP-5C5-2017
https://www.scribd.com/document/428005392/API-RP-556-1997-Instrumentacion-Hornos-y-Calderas-pdf
https://www.scribd.com/document/428953954/API-RP-573-Inspection-of-Fired-Boilers-and-Heaters-1st-1991
https://www.scribd.com/document/433839857/Previews-API-RP-10B-2-2010-Pre
https://www.scribd.com/document/439540578/API-RP-90-2-2016-pdf
https://www.scribd.com/document/440710402/Api-Rp-1632-Cathodic-Protection-Of-Underground-Petroleum-Storage-Tanks-And-Piping-Systems-3Rd-1996-31P-pdf
https://www.scribd.com/document/441468640/API-RP-553-Control-Valve-pdf
https://www.scribd.com/document/441569985/API-RP-5C8-2017
https://www.scribd.com/document/445146229/API-RP-4G-2019
https://www.scribd.com/document/445699559/API-RP-521-4-Edt-97-Guide-for-Pressure-Relieving-and-Depressuring-System
https://www.scribd.com/document/445775596/API-RP-552-1994-pdf
https://www.scribd.com/document/453927699/API-RP-7C-11F-pdf
https://www.scribd.com/document/455434497/API-RP-17G1
https://www.scribd.com/document/457148961/API-RP-521-1997
https://www.scribd.com/document/466744351/API-RP-557-DECEMBER-2000
https://www.scribd.com/document/467435997/API-RP-1167-2016-pdf
https://www.scribd.com/document/468433746/API-RP-934-C-2019-pdf
https://www.scribd.com/document/470129221/API-RP-10B-1997-pdf
https://www.scribd.com/doc/149456818/API-STD-607
https://www.scribd.com/doc/201339742/API-MPMS-2-2A
https://www.scribd.com/doc/215064467/API-STD-602
https://www.scribd.com/doc/218297565/API-STD-527
https://www.scribd.com/doc/262526304/API-STD-590
https://www.scribd.com/doc/309902337/API-STD-681-3
https://www.scribd.com/doc/85387709/API-STD-1160
https://www.scribd.com/document/218297357/API-STD-2000
https://www.scribd.com/document/330444619/API-STD-2555
https://www.scribd.com/document/334548313/API-STD-614
https://www.scribd.com/document/341713145/API-670-Condition-Monitoring-Systems
https://www.scribd.com/document/347392539/330444619-API-STD-2555
https://www.scribd.com/document/378429095/API-STD-675
https://www.scribd.com/document/378742519/API-STD-2550-1965
https://www.scribd.com/document/381341392/Visual-Examination/API-Std-1104-2005-Errata-2008-Welding-of-Pipeline-and-Related-Facilities-4
https://www.scribd.com/document/382156563/API-Std-616-Gas-Turbines
https://www.scribd.com/document/383609332/API-STD-611-Turbines
https://www.scribd.com/document/383609469/API-STD-619-Compresores-pdf
https://www.scribd.com/document/389116596/API-STD-14C-pdf

https://www.scribd.com/document/389706973/API-STD-609-1997
https://www.scribd.com/document/393054653/API-SPEC-20-15th-Edition-Part-3
https://www.scribd.com/document/395259027/API-Std-682-1996-pdf
https://www.scribd.com/document/395753970/API-STD-2510-PDF
https://www.scribd.com/document/396360081/API-STD-612-PDF
https://www.scribd.com/document/396382258/24-API-STD-590
https://www.scribd.com/document/397702465/API-STD-685-1st-2000-pdf
https://www.scribd.com/document/401181943/API-STD-2551-1965-Reaffirmed-2002-Measurement-and-Calibration-of-Horizontal-Tanks-pdf
https://www.scribd.com/document/402197543/API-STD-2510-PDF
https://www.scribd.com/document/410952514/API-STD-16A-pdf
https://www.scribd.com/document/411692373/API-STD-598-1996
https://www.scribd.com/document/411993398/API-STD-600-2001
https://www.scribd.com/document/417543429/API-Std-527
https://www.scribd.com/document/420212722/API-STD-526-pdf
https://www.scribd.com/document/420212824/API-STD-603-pdf
https://www.scribd.com/document/420212965/API-STD-600
https://www.scribd.com/document/421072305/API-STD-546
https://www.scribd.com/document/422164887/API-STD-673-Errata-pdf
https://www.scribd.com/document/423817254/API-STD-617-Axial-and-Centrifugal-Compressors-PDF
https://www.scribd.com/document/432403498/API-Std-1160-Ed-1-Managing-Sys-Integrity-for-Hazardous-Liquid-Pipelines
https://www.scribd.com/document/432403523/API-STD-2510-Design-Construction-of-LPG-Installation
https://www.scribd.com/document/432966603/API-STD-527-pdf
https://www.scribd.com/document/442103975/API-STD-2000-Venting-Atmospheric-and-Low-Pressure-Storage-T
https://www.scribd.com/document/442248438/API-STD
https://www.scribd.com/document/442248625/API-STD
https://www.scribd.com/document/442248730/API-STD-609-2016-pdf
https://www.scribd.com/document/442261440/API-Std-526-errata-2018
https://www.scribd.com/document/442896317/API-STD-5T1-1996-pdf
https://www.scribd.com/document/443569634/API-STD-20C-2015
https://www.scribd.com/document/444919630/API-STANDARD-2000-pdf
https://www.scribd.com/document/451009553/API-STD-541-pdf
https://www.scribd.com/document/451467405/API-STD-662-1995
https://www.scribd.com/document/451467504/API-STD-662-1995-pdf
https://www.scribd.com/document/454970750/API-STD-527-pdf
https://www.scribd.com/document/455119476/API-Std-20G-2020-pdf
https://www.scribd.com/document/456918887/PIPELINE-AND-VALVES-STANDARD-API-6D
https://www.scribd.com/document/457101865/API-Std-6DX-2020-pdf
https://www.scribd.com/document/457101933/API-STD-20J-ADD-2020-pdf
https://www.scribd.com/document/457148937/API-RP-580
https://www.scribd.com/document/460301029/API-Std-20H
https://www.scribd.com/document/462005219/API-STD-611-Steam-Turbines
https://www.scribd.com/document/466824897/API-STD-598-Valve-Inspection-testing-pdf
https://www.scribd.com/document/469025124/API-STD-662-pdf
https://www.scribd.com/document/469025209/API-STD-670
https://www.scribd.com/document/469025501/API-STD-617-pdf
https://www.scribd.com/document/469025775/API-STD-609-pdf
https://www.scribd.com/document/471196706/API-STD-20D-SECOND-EDITION-AUGUST-2019-Qualification-of-Nondestructive-Examination-Services-for-Equipment-Used-in-the-Petroleum-and-
https://www.scribd.com/document/476636454/VIBRATION-API-STD-670-pdf
https://www.scribd.com/document/312903830/API-555-Process-Analyzers
https://www.scribd.com/doc/49096730/API-6-Dimensional-Standards-for-Rig-irons
https://www.scribd.com/document/378285202/API-6F-pdf
https://www.scribd.com/doc/214524373/API-2021-Fighting-Fires-Flammable-Liquid-Tanks
https://www.scribd.com/doc/136495556/API534
https://www.scribd.com/doc/136896792/API-2516-Evaporation-Loss-From-Low-Pressure-Tanks
https://www.scribd.com/doc/170062416/81222745-API-2021
https://www.scribd.com/doc/261124844/API-2009-Safe-welding-and-hot-work-practices-pdf
https://www.scribd.com/doc/268949049/API617
https://www.scribd.com/doc/270064096/API-RP-14C-1998
https://www.scribd.com/doc/282454194/API-578
https://www.scribd.com/doc/312908763/API-555-Process-Analyzers-pdf
https://www.scribd.com/doc/57113284/API-5LW-2nd-Ed-Dec-1996-Recommended-Practice-for-Transpo-of-Line-Pipes-on-Barges-Marine-Vessels
https://www.scribd.com/doc/60202586/API5L
https://www.scribd.com/document/242262633/API-612-TURBINAS-A-VAPOR-pdf
https://www.scribd.com/document/267604969/API-2C-1995-Specification-for-Offshore-Cranes
https://www.scribd.com/document/268947741/API610-pdf
https://www.scribd.com/document/297586212/API2610
https://www.scribd.com/document/320892874/API-2610-1994-pdf
https://www.scribd.com/document/328818734/api611-pdf
https://www.scribd.com/document/331500050/API-12D-Field-Welded-Tanks-Storage-of-Production-Liquids
https://www.scribd.com/document/339850770/API-STD-670-1993-pdf
https://www.scribd.com/document/350572830/API-15-HR-pdf
https://www.scribd.com/document/357530798/API-RP-520-I-2000-pdf
https://www.scribd.com/document/358444381/API-551-1993
https://www.scribd.com/document/362964834/API-11V2-Gas-Lift-Valve-Performance-Testing
https://www.scribd.com/document/367161985/API-Std-660
https://www.scribd.com/document/367585379/API-602-1998
https://www.scribd.com/document/373290176/API-SP-10A-Cement-Material-for-Well-Cementing
https://www.scribd.com/document/384030031/55208719-API-2610-Design-Inspection-of-Terminal-amp-Tank-Facilities-pdf
https://www.scribd.com/document/386450020/API-686-Machinery-Installation-and-Installation-Design
https://www.scribd.com/document/387528798/API-602-1998-pdf
https://www.scribd.com/document/388404630/API-STD2015-01-Safe-Entry-Cleaning-Petroleum-Storage-Tanks
https://www.scribd.com/document/391545140/API-RP-520-Part-2-pdf
https://www.scribd.com/document/399750349/API-616-Gas-Turbines
https://www.scribd.com/document/403965019/API-Rheology-and-Hydraulics-on-Drilling-Fluids-3rd-Ed-1995
https://www.scribd.com/document/406470172/API-RP1631-97-Interior-Lining-of-Underground-Storage-Tanks
https://www.scribd.com/document/406660026/API-6AF1-1-PDF

https://www.scribd.com/document/413744214/API-RP505-1998
https://www.scribd.com/document/419558678/380
https://www.scribd.com/document/423472157/API-MPMS-14-1-pdf
https://www.scribd.com/document/425464207/TDB10
https://www.scribd.com/document/429726599/API-510-2000-pdf
https://www.scribd.com/document/434560902/api
https://www.scribd.com/document/436984864/API-RP-16Q-Riser-Systems
https://www.scribd.com/document/438348611/API-Publ-2021-1991-scan-pdf
https://www.scribd.com/document/440132910/API-681-Liquid-Ring-Vacuum-Pumps-and-Compressors
https://www.scribd.com/document/440712416/API-Rp11s4
https://www.scribd.com/document/443777247/api521-pdf
https://www.scribd.com/document/451005799/API-15LE-1995-Polyethylene-PE-Line-Pipe
https://www.scribd.com/document/451467349/API-BUL-E1-1990-pdf
https://www.scribd.com/document/454560041/API-RP2201-95-4-Edition
https://www.scribd.com/document/454619982/API-676-1994-pdf
https://www.scribd.com/document/457148927/API-RP-13I-2000
https://www.scribd.com/document/457279650/API-Introduction-to-Oil-and-Gas-Production-pdf
https://www.scribd.com/document/459190620/API-609-1997
https://www.scribd.com/document/460367529/API-14J
https://www.scribd.com/document/460460761/8B-hoisting-equipment
https://www.scribd.com/document/460460762/2M-anchor-design-pdf
https://www.scribd.com/document/460460768/4G-drilling-ws-strctr-pdf
https://www.scribd.com/document/460462519/T-4
https://www.scribd.com/document/460462522/2556
https://www.scribd.com/document/460462528/T-7
https://www.scribd.com/document/463178735/API-603-pdf
https://www.scribd.com/document/463430939/API-IP-1581-Specification-and-Qualification-Procedures-1
https://www.scribd.com/document/465677515/kupdf-net-api-rp-505pdf-pdf
https://www.scribd.com/document/467391945/API-620-Diseno-de-tanques-pdf
https://www.scribd.com/document/467971264/API-RP-13E-Shaker-Screens-pdf
https://www.scribd.com/document/470128751/API-RP14C
https://www.scribd.com/document/473467939/API-2RD-1791

are infringing upon API's exclusive copyright rights and should be removed or disabled.

4) Contact Information:

Peter George

Yellow Brand Protection

6060 N. Central Expressway

Dallas, TX 75206

+1.469.391.0732

api.ipr@ybrandprotection.com

5) API has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

6) The information in this Notice of Copyright Infringement is accurate, and under penalty of perjury, Yellow Brand Protection is authorized to act on behalf of API, the owner of the exclusive right being infringed.

In addition, API hereby notifies Fastly that the website content that is hosting at the above-identified links is in violation of API's Terms and Condition, located at: https://www.api.org/terms-and-conditions. Namely, it infringes on the copyright and trademark rights of API.

Sincerely,

/s/Peter George

Yellow Brand Protection

On behalf of American Petroleum Institute

Scribd DMCA Copyright Infringement Notification

api.ipr@ybrandprotection.com <api.ipr@ybrandprotection.com>
Thu 12/3/2020 9:54 PM
To: copyright@scribd.com <copyright@scribd.com>

To Whom It May Concern:

We are authorized to act on behalf of American Petroleum Institute ("API") with respect to intellectual property and other matters.

This letter is to notify Fastly and all related entities thereto that the content hosted by Fastly at the links set forth below, presumably for one or more of Fastly's users, infringes the intellectual property rights of API.

In order to expedite the removal of the infringing content, we are submitting this Notice of Copyright Infringement and request that Fastly expeditiously remove or disable access to the material hosted at the URL listed below, as required under the Copyright Act. The following sets forth the statutorily required elements of our Notice of Copyright Infringement:

1) Yellow Brand Protection is authorized to send this notice of infringement and demand. API is the owner of an exclusive right that is claimed to be infringed. The signature of Peter George, Yellow Brand Protection's authorized representative is set forth below.

2) The copyrighted works that are being infringed are: American Petroleum Institute's copyrighted materials which can be found on their website https://www.api.org/.

3) The products located at:

https://www.scribd.com/document/413437872/api-1104
https://es.scribd.com/document/369325070/149456818-api-std-607-pdf
https://www.scribd.com/doc/155808713/api-rp-1110-pressure-testing
https://fr.scribd.com/document/369777884/api-rp-1110-pdf
https://www.scribd.com/document/338290246/api-rp-1110-pressure-testing-pdf
https://www.scribd.com/document/392118129/api-rp-17a-1996-pdf
https://es.scribd.com/document/343065186/api-rp-14e-pdf
https://it.scribd.com/document/351982240/api-spec-5l-parte-1
https://www.scribd.com/doc/231188635/12092727-api-rp-550
https://es.scribd.com/document/243748618/api-rp-551
https://www.scribd.com/document/333736023/api-rp-2p-analysis-of-spread-mooring-systems-for-floating-drilling-units
https://www.scribd.com/document/54124799/api-rp-19g9-2010-design-operation-and-troubleshooting-of-dual-gas-lift-wells
https://id.scribd.com/doc/133580731/api-rp-54-occupational-safety-1992-1-pdf
https://es.scribd.com/document/413724180/api-std-674-2015-edition
https://www.scribd.com/document/348397880/api-std-13c-pdf
https://www.scribd.com/document/367936398/api-rp-9b
https://www.scribd.com/document/369460679/api-rp-582-2001
https://www.scribd.com/doc/69952563/api-rp-500
https://pt.scribd.com/doc/296043999/136404769-api-std-527
https://www.scribd.com/document/163348482/api-rp-5a-field-inspection-for-tbg-csg-dp
https://es.scribd.com/document/337722756/api-spec-2b
https://www.scribd.com/doc/292854008/api-rp-1615-1987
https://www.scribd.com/doc/435963326/api-rp-2d-2003
https://www.scribd.com/document/331039165/217337912-api-rp-10-b2-testing-of-well-cements-1-pdf
https://www.scribd.com/doc/231188635/12092727-api-rp-550
https://www.scribd.com/document/382156563/api-std-616-gas-turbines
https://www.scribd.com/document/401915899/api-spec-6fa-pdf
https://pt.scribd.com/document/97370153/api-6-d-rev-2002-portugues
https://www.scribd.com/document/321953662/api-rp-621
https://www.scribd.com/document/262400324/api-rp-14e-pdf
https://it.scribd.com/document/422076212/api-spec-7-espanol
https://www.scribd.com/document/419211433/api-rp-2z-pdf
https://id.scribd.com/document/224363285/api-rp-1111-design-construction-operation-maintenance-of-offs-hydrocarbon-pipelines-lsd
https://www.scribd.com/document/394614951/api-rp-2217a-17-safe-work-in-inert-confined-spaces
https://www.scribd.com/document/400486047/api-rp-14e-2007-recommended-practice-for-design-and-installation-14-e
https://www.scribd.com/document/347749244/api-rp-572-inspection-of-pressure-vessels-towers-drums-reactors-heat
https://www.scribd.com/document/287198477/api-rp-14e
https://www.scribd.com/document/435578696/api-standard-list
https://www.scribd.com/doc/181912535/api-rp-1632
https://www.scribd.com/doc/313014426/api-std-537-03
https://www.scribd.com/doc/195570551/api-spec-12j
https://www.scribd.com/document/405930799/api-std-619-rotary-type-positive-displacement-compressors-for-petroleum-chemical-and-gas-industry-services-pdf
https://www.scribd.com/document/471299954/api-spec-7-rotary-drill-stem-elements-1998
https://fr.scribd.com/document/359901735/api-spec-12j-oil-and-gas-separator-pdf
https://pt.scribd.com/doc/53721086/api-spec-1b
https://es.scribd.com/doc/209009131/api-spec-12j-oil-gas-separators-7th-ed-1989
https://pt.scribd.com/document/368892397/api-spec-5b-2008-pdf
https://www.scribd.com/document/413143817/api-spec-7-k
https://www.scribd.com/document/337604461/api-spec-q1-quality-programs-1994
https://www.scribd.com/doc/53721086/api-spec-1b
https://www.scribd.com/document/339177118/api-spec-7k-2010%e4%b8%ad%e6%96%87%e7%89%88
https://www.scribd.com/doc/316919752/api-spec-12j-oil-gas-separators-7th-ed-1989-pdf
https://ro.scribd.com/document/359901735/api-spec-12j-oil-and-gas-separator-pdf
https://es.scribd.com/document/413143817/api-spec-7-k
https://fr.scribd.com/document/421176262/api-spec-8c-pdf
https://www.scribd.com/document/416505716/api-spec-12gdu
https://www.scribd.com/document/471299582/api-spec-07f-chain-and-sprocket-1993
https://ru.scribd.com/document/427062073/ansi-api-spec-19v-2013-pdf
https://pt.scribd.com/document/359335594/api-spec-12k-1989-pdf

https://es.scribd.com/document/405638477/api-spec-7b-11c-specification-for-internal-combustion-reciproc1-pdf
https://es.scribd.com/document/235763289/api-spec-6d
https://www.scribd.com/document/347260456/pdf-api-spec-2f-specification-mooring-chain-1997
https://www.scribd.com/document/337722756/api-spec-2b
https://www.scribd.com/document/465799696/api-spec-10d-6th-ed-2002-03
https://www.scribd.com/document/395853886/api-spec-7k-2016-drilling-and-well-servicing-equipment-pdf
https://www.scribd.com/document/359335594/api-spec-12k-1989-pdf
https://ru.scribd.com/document/413143817/api-spec-7-k
https://www.scribd.com/document/329073115/api-spec-08c-drilling-hoisting-equipment-1998

are infringing upon API's exclusive copyright rights and should be removed or disabled.

4) Contact Information:

Peter George

Yellow Brand Protection

6060 N. Central Expressway

Dallas, TX 75206

+1.469.391.0732

api.ipr@ybrandprotection.com

5) API has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

6) The information in this Notice of Copyright Infringement is accurate, and under penalty of perjury, Yellow Brand Protection is authorized to act on behalf of API, the owner of the exclusive right being infringed.

In addition, API hereby notifies Fastly that the website content that is hosting at the above-identified links is in violation of API's Terms and Condition, located at: https://www.api.org/terms-and-conditions. Namely, it infringes on the copyright and trademark rights of API.

Sincerely,

/s/Peter George

Yellow Brand Protection

On behalf of American Petroleum Institute

api.ipr@ybrandprotection.com <api.ipr@ybrandprotection.com>

Thu 1/28/2021 3:22 PM

To: copyright@scribd.com <copyright@scribd.com>

To Whom It May Concern:

We are authorized to act on behalf of American Petroleum Institute ("API") with respect to intellectual property and other matters.

This letter is to notify you and all related entities thereto that the content hosted by Amazon Technologies at the links set forth below, presumably for one or more of your users, infringes the intellectual property rights of API.

In order to expedite the removal of the infringing content, we are submitting this Notice of Copyright Infringement and request that you expeditiously remove or disable access to the material hosted at the URL listed below, as required under the Copyright Act. The following sets forth the statutorily required elements of our Notice of Copyright Infringement:

1) Yellow Brand Protection is authorized to send this notice of infringement and demand. API is the owner of an exclusive right that is claimed to be infringed. The signature of Peter George, Yellow Brand Protection's authorized representative is set forth below.

2) The copyrighted works that are being infringed are: American Petroleum Institute's copyrighted materials which can be found on their website https://www.api.org/.

https://pt.scribd.com/doc/45498148/api-std-608-4th-ed-2009
https://www.scribd.com/doc/80952987/api-rp-2sk-design-analysis-of-station-keeping-systems-for-floating-structures
https://fr.scribd.com/doc/290620238/api-rp-2001
https://it.scribd.com/doc/104853974/api-rp-54-occupational-safety-1992
https://www.scribd.com/doc/215321553/api-std-598
https://www.scribd.com/document/411562507/api-rp-75-ed-1998-pdf
https://www.scribd.com/doc/165883663/api-std-12j-pdf
https://www.scribd.com/document/397661060/api-rp-2fps-1st-edition-2001-pdf
https://www.scribd.com/document/468433746/api-rp-934-c-2019-pdf
https://www.scribd.com/document/218297357/api-std-2000
https://www.scribd.com/document/288051068/api-rp-42-formation-damage
https://www.scribd.com/document/423884556/api-rp-5c1-pdf-pdf-pdf
https://it.scribd.com/document/324147396/api-std-560-fired-heaters-for-general-refinery-service-pdf
https://www.scribd.com/document/401088817/api-rp-574
https://www.scribd.com/document/27042468/api-rp-10f-performance-testing-cementing-float-equipment
https://www.scribd.com/doc/104853974/api-rp-54-occupational-safety-1992
https://es.scribd.com/document/336291990/api-rp-1110-prueba-hidraulica-canerias
https://www.scribd.com/document/269852330/api-rp-8b
https://es.scribd.com/document/324916034/api-rp-2001-2012
https://es.scribd.com/document/349215836/api-rp-2201-hottaping-espanol
https://www.scribd.com/document/354487308/api-std-670-machinery-protection-systems-pdf
https://www.scribd.com/doc/290620238/api-rp-2001
https://www.scribd.com/document/414000362/api-rp-09b-wire-rope-specs-1986
https://www.scribd.com/document/384662102/api-spec-7-1-hwdp-dimensional-requirements
https://es.scribd.com/document/267602218/api-std-610-autoguardado
https://pt.scribd.com/document/343198646/api-rp-576-traduzida
https://es.scribd.com/document/420514657/api-std-610-pdf
https://www.scribd.com/doc/207237820/api-rp-42-espanol
https://it.scribd.com/document/340961594/api-std-671-1998-pdf
https://es.scribd.com/document/243939001/api-510-codigo-de-inspeccion-de-recipientes-a-presion-espanol-doc
https://www.scribd.com/document/414887354/api-std-616-pdf
https://www.scribd.com/document/401150214/api-rp-582-2001-pdf
https://www.scribd.com/document/228934988/api-std-500
https://www.scribd.com/doc/220137287/api-rp-500
https://www.scribd.com/document/346133674/api-rp-582
https://www.scribd.com/document/352886078/api-std-616-2011-5th-edition-part-2
https://www.scribd.com/document/357529352/api-std-85-2003
https://www.scribd.com/doc/222520357/api-rp-11l-design-calculation-for-sucker-rod-pumping-system
https://www.scribd.com/doc/97407632/api-std-5t1
https://www.scribd.com/doc/234145127/api-rp-7l
https://www.scribd.com/document/364768405/api-rp-577-pdf
https://www.scribd.com/document/213829935/api-rp-571
https://www.scribd.com/document/100886192/api-rp-38-bacterial-analysis-of-oilfield-waters
https://es.scribd.com/document/372489592/el-api-rp-579-espanol
https://zh.scribd.com/document/227669291/norma-api-rp-53-espanol
https://www.scribd.com/document/248893091/api-std-682-3rd-ed-errata
https://www.scribd.com/document/343465266/api-rp-65
https://it.scribd.com/document/324147396/api-std-560-fired-heaters-for-general-refinery-service-pdf
https://www.scribd.com/document/340440403/api-rp-686-pdf
https://www.scribd.com/document/414608083/api-std-660-2001-shell-and-tube-heat-exchangers-for-general-refinery-services
https://es.scribd.com/document/374556192/api-rp-1109-marking-liquid-petroleum-pipeline-facilities-1993-pdf
https://www.scribd.com/document/293097047/api-rp-5c7-coiled-tubing-operations
https://www.scribd.com/document/210996654/api-rp-540-electrical-installations-in-petroleum-processi
https://www.scribd.com/document/340211380/175748097-api-rp-550-part-3-1985-manual-on-installation-of-refinery-instruments-and-control-systems-part-ill-pdf
https://www.scribd.com/document/193562358/api-rp-554
https://www.scribd.com/document/405999004/api-std-6a718-2009-2010
https://es.scribd.com/document/341352320/54368020-api-rp-1632-cathodic-protection-of-underground-petroleum-storage-tanks-and-piping-systems-3rd-1996-31p
https://es.scribd.com/document/231392906/api-rp-49-h2s-%d0%ba%d0%be%d0%bf%d0%b8%d1%8f
https://es.scribd.com/doc/75837504/api-rp-2210-2000
https://www.scribd.com/document/469025694/api-std-526-pdf
https://www.scribd.com/document/175429908/api-std-650-welded-steel-tanks-for-oil-storage
https://www.scribd.com/document/318851271/api-std-2610-pdf
https://it.scribd.com/document/371539976/api-rp-576-portada

https://ru.scribd.com/doc/227884177/api-rp-5b1-rus-pdf
https://www.scribd.com/doc/mut155909858/api-6a-wellhead-christmas-tree-valve-pdf
https://www.scribd.com/document/313138377/api-rp-552-1994-pdf
https://www.scribd.com/document/444975140/348397845-api-rp-4g-2004-pdf
https://www.scribd.com/document/439338549/api-std-681-1996-ihs-controlled-pdf
https://www.scribd.com/document/373093840/348313690-api-rp-17s
https://www.scribd.com/doc/259272623/api-rp-500
https://www.scribd.com/document/323708020/api-rp-17a-design-and-operation-subsea-production-systems-1996
https://www.scribd.com/document/343543656/api-rp-520-parte-2
https://www.scribd.com/document/333736164/api-rp-5a5-field-inspection-for-tbg-csg-dp-pdf
https://www.scribd.com/document/336156049/api-rp-19g9-2015
https://www.scribd.com/document/451008577/api-std-530
https://www.scribd.com/document/249418178/api-rp-2201-procedures-for-welding-or-hot-tapping-on-equipment-in-service-4th-sep-1995
https://qt.scribd.com/document/265393436/api-rp-505-pdf
https://qt.scribd.com/document/168501460/api-rp-554-process-inst-and-control-1995
https://qt.scribd.com/document/288566892/api-mpms-cap-3-sec-1b-standard-practice-for-level-measurement-of-liquid-hydrocarbons-in-stationary-tanks-by-automatic-tank-gauging-edition-1992
https://www.scribd.com/document/391967263/api-rp-934-c-e1-toc
https://www.scribd.com/document/358904314/hot-tap-api-rp-2201-5%c2%aa-2003
https://www.scribd.com/doc/105793299/56980326-api-rp-550-sect-11-electrical-power-supply
https://www.scribd.com/document/400052672/api-rp-582-2001-pdf

are infringing upon API's exclusive copyright rights and should be removed or disabled.

4) Contact Information:

Peter George

Yellow Brand Protection

6060 N. Central Expressway

Dallas, TX 75206

+1.469.391.0732

api.ipr@ybrandprotection.com

5) API has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

6) The information in this Notice of Copyright Infringement is accurate, and under penalty of perjury, Yellow Brand Protection is authorized to act on behalf of API, the owner of the exclusive right being infringed.

In addition, API hereby notifies you  that the website content that you are hosting at the above-identified links is in violation of API's Terms and Condition, located at: https://www.api.org/terms-and-conditions. Namely, it infringes on the copyright and trademark rights of API.

Sincerely,

/s/Peter George

Yellow Brand Protection

On behalf of American Petroleum Institute

Notice of Copyright Infringement/DMCA notice <api.ipr@...>
api.ipr@ybrandprotection.com <api.ipr@ybrandprotection.com>
Fri 2/26/2021 3:02 PM
To: copyright@scribd.com <copyright@scribd.com>

To Whom It May Concern:

We are authorized to act on behalf of American Petroleum Institute ("API") with respect to intellectual property and other matters.

This letter is to notify you and all related entities thereto that the content hosted by you  at the links set forth below, presumably for one or more of your users, infringes the intellectual property rights of API.

In order to expedite the removal of the infringing content, we are submitting this Notice of Copyright Infringement and request that you expeditiously remove or disable access to the material hosted at the URL listed below, as required under the Copyright Act. The following sets forth the statutorily required elements of our Notice of Copyright Infringement:

1) Yellow Brand Protection is authorized to send this notice of infringement and demand. API is the owner of an exclusive right that is claimed to be infringed. The signature of Peter George, Yellow Brand Protection's authorized representative is set forth below.

2) The copyrighted works that are being infringed are: American Petroleum Institute's copyrighted materials which can be found on their website https://www.api.org/.

https://es.scribd.com/document/396359771/api-std-608-pdf
https://www.scribd.com/doc/163623593/api-rp-13b-1-field-testing-for-water-based-drilling-fluids
https://www.scribd.com/document/391149187/7k-3rd-ed
https://qt.scribd.com/doc/167053153/api-rp-505-pdf
https://www.scribd.com/document/447655550/american-petroleum-institute-api-2n-recommended-practice-for-planning-designing-and-constructing-structures-and-pipelines-for-arctic-conditio
am
https://es.scribd.com/document/389115045/api-rp-r1
https://www.scribd.com/document/319441196/api-rp-520-2000-sizing-selection-and-installation-of-pressure-relieving-devices-subst-api-std-520-2008-pdf
https://www.scribd.com/doc/275161772/146048787-api-std-53
https://fr.scribd.com/document/336784719/api-rp-13b-1-field-testing-for-water-based-drilling-fluids-pdf
https://www.scribd.com/document/331132498/linear-velocity-based-on-api-rp-2003
https://es.scribd.com/document/456583230/slidex-tips-api-std-53-blowout-prevention-equipment-systems-for-drilling-wells-last-update-august-12-2015
https://ru.scribd.com/doc/293097047/api-rp-5c7-coiled-tubing-operations
https://es.scribd.com/doc/165883663/api-std-12j-pdf
https://es.scribd.com/document/318851271/api-std-2610-pdf
https://www.scribd.com/doc/259529721/api-rp-2d-2007
https://ru.scribd.com/document/256945037/api-api-rp-75
https://qt.scribd.com/document/151040491/1-api-rp-686-traduzida
https://es.scribd.com/document/416656686/api-std-610-2010-09-centrifugal-pumps-for-petroleum-petrochemical-and-natural-gas-industries-11th-ed-iso-137092009-identic
https://es.scribd.com/document/406171811/11P-Reciprocating-Compressors-1985-pdf
https://ru.scribd.com/document/363109639/API-RP-686-Recommended-Practice-for-Machinery-Installation
https://ru.scribd.com/doc/160548293/API-686-PRACTICES-Shaft-Alignment
https://ru.scribd.com/document/323017373/API-610-XI-Edition-Datasheet
https://ru.scribd.com/document/136226604/Api-686-96
https://ru.scribd.com/document/141542899/API686-Machinery-Installation
https://ru.scribd.com/document/170618745/API-610-Centrifugal-Pumps

are infringing upon API's exclusive copyright rights and should be removed or disabled.

4) Contact Information:

Yellow Brand Protection

api.ipr@ybrandprotection.com

5) API has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

6) The information in this Notice of Copyright Infringement is accurate, and under penalty of perjury, Yellow Brand Protection is authorized to act on behalf of API, the owner of the exclusive right being infringed.

In addition, API hereby notifies you that the website content that is hosting at the above-identified links is in violation of API's Terms and Condition, located at: https://www.api.org/terms-and-conditions. Namely, it infringes on the copyright and trademark rights of API.

Sincerely,

Yellow Brand Protection

On behalf of American Petroleum Institute

api.ipr@ybrandprotection.com <api.ipr@ybrandprotection.com>
Mon 4/5/2021 6:32 PM
To: copyright@scribd.com <copyright@scribd.com>

To Whom It May Concern:

We are authorized to act on behalf of American Petroleum Institute ("API") with respect to intellectual property and other matters.

This letter is to notify you and all related entities thereto that the content at the links set forth below, presumably for one or more of your users, infringes the intellectual property rights of API.

In order to expedite the removal of the infringing content, we are submitting this Notice of Copyright Infringement and request that you expeditiously remove or disable access to the materials hosted at the URLs listed below, as required under the Copyright Act. The following sets forth the statutorily required elements of our Notice of Copyright Infringement:

1) Yellow Brand Protection is authorized to send this notice of infringement and demand. API is the owner of an exclusive right that is claimed to be infringed. The signature of Peter George, Yellow Brand Protection's authorized representative is set forth below.

2) The copyrighted works that are being infringed are: American Petroleum Institute's copyrighted materials which can be found on their website https://www.api.org/.

3) The products located at:

https://es.slideshare.net/martinmadrigalcortes/110589572-api1110pruebadepresiontraduccion
https://slideshare.net/riteshrajput5/api-570-certificate-56017819
https://slideshare.net/kashifmaqbool4/api-577-70429008
https://slideshare.net/danikurniawan7/api-578
https://pt.slideshare.net/syedfadzil/2016-american-petroleum-institute-api-570-piping-inspector-certification-preparation-course
https://pt.slideshare.net/syedfadzil/2016-american-petroleum-institute-api-certification-preparation-course
https://slideshare.net/rendraekaputra/fact-sheet-api-classifications

are infringing upon API's exclusive copyright rights and should be removed or disabled.

4) Contact Information:

Peter George

Yellow Brand Protection

6060 N. Central Expressway

Dallas, TX 75206

+1.469.391.0732

api.ipr@ybrandprotection.com

5) API has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

6) The information in this Notice of Copyright Infringement is accurate, and under penalty of perjury, Yellow Brand Protection is authorized to act on behalf of API, the owner of the exclusive right being infringed.

In addition, API hereby notifies you that the website content that you are hosting at the above-identified links is in violation of API's Terms and Condition, located at: https://www.api.org/terms-and-conditions. Namely, it infringes on the copyright and trademark rights of API.

Sincerely,

/s/Peter George

**Yellow Brand Protection**

On behalf of **American Petroleum Institute**

api.ipr@ybrandprotection.com <api.ipr@ybrandprotection.com>
Mon 4/5/2021 3:47 PM
To: copyright@scribd.com <copyright@scribd.com>

To Whom It May Concern:

We are authorized to act on behalf of American Petroleum Institute ("API") with respect to intellectual property and other matters.

This letter is to notify you and all related entities thereto that the content set at the links set forth below, presumably for one or more of your users, infringes the intellectual property rights of API.

In order to expedite the removal of the infringing content, we are submitting this Notice of Copyright Infringement and request that you expeditiously remove or disable access to the material hosted at the URL listed below, as required under the Copyright Act. The following sets forth the statutorily required elements of our Notice of Copyright Infringement:

1) Yellow Brand Protection is authorized to send this notice of infringement and demand. API is the owner of an exclusive right that is claimed to be infringed. The signature of Peter George, Yellow Brand Protection's authorized representative is set forth below.

2) The copyrighted works that are being infringed are: American Petroleum Institute's copyrighted materials which can be found on their website https://www.api.org/.

3) The products located at:

https://scribd.com/document/483020510/api-6fd-specification-for-fire-test-for-check-valves-pdf

https://scribd.com/document/495633062/api-spec-6d-2008-errata

https://scribd.com/document/486650486/api-535-pdf

https://it.scribd.com/document/397895851/api-tr-6am-1995-pdf

https://es.scribd.com/document/353714130/api-590-1985-steel-line-blanks

https://it.scribd.com/doc/243674010/api-mpms-5-1

https://it.scribd.com/document/398581996/api-13-a-pdf

https://scribd.com/document/282427930/api-rp-579-2000-pdf

https://it.scribd.com/doc/77891681/api-rp-553-control-valves

https://es.scribd.com/document/458211663/api-rp-6dr-2012-2020

https://it.scribd.com/document/413651245/api-654

https://it.scribd.com/document/384818628/api-dp-081-1995

https://scribd.com/document/338541457/api-527

https://scribd.com/document/488920695/api-12-l

https://scribd.com/document/347976222/api-6fd-specification-for-fire-test-for-check-valves-95

https://it.scribd.com/document/392706606/api-mpms-chapter-17-5

https://scribd.com/document/325810404/api-617-compressor-nozzle-loads

https://scribd.com/document/337032815/124423971-api-rp-573-pdf

https://scribd.com/document/357142541/api-614-5th-2008-with-errata-may-2008-part2

https://scribd.com/document/422164917/api-std-560-err-pdf

https://ru.scribd.com/document/25137825/api-rp-75

https://scribd.com/document/484171962/118211637-oil-and-gas-production

https://scribd.com/document/496827194/api-1604

https://fr.scribd.com/doc/242679419/api-5l-pdf

https://scribd.com/document/497872577/api-rp-500pdf-compress

https://id.scribd.com/document/88686471/api-rp-14c-analysis-design-installation-testing-of-basic-surface-safety-systems-for-offshore-production-platforms-7th-ed

https://scribd.com/document/492864834/api-std-599

https://scribd.com/document/495632619/api-2y-spec-for-steel-plates-quenched-and-tempered-for-1

https://scribd.com/document/328856154/api-527-pressure-relief-valves

https://scribd.com/document/498915704/api-rp-14e

https://fr.scribd.com/document/409900285/195570551-api-spec-12j-pdf

https://scribd.com/document/496827022/api-2514a

https://id.scribd.com/document/492864834/api-std-599

https://scribd.com/document/492864894/api-std-603

https://scribd.com/document/495632932/api-17i

https://it.scribd.com/document/372814121/api-555-1995-scan

https://scribd.com/document/200340198/api-12p

https://es.scribd.com/document/381557824/api-rp-11-v6-esp

https://es.scribd.com/document/495632612/api-2mt1-spec-for-c-mn-steel-plates-with-improved-toughn-1

https://fr.scribd.com/doc/231223706/api-11l6-96-specification-for-electric-motor-primer-mover-for-beam-pumping-unit-service

https://scribd.com/document/321541915/api-q1-9th-edition

https://scribd.com/document/494146592/api-rp-t-1

https://scribd.com/document/416611430/api-5lt-2012-rp-for-truck-transportation-of-line-pipe

https://scribd.com/document/492864801/api-rp-750

https://id.scribd.com/document/496826846/api-2610

https://fr.scribd.com/document/347149728/api-12k-specification-for-indirect-type-oil-fileld-heaters-1989-pdf-pdf

https://scribd.com/document/494240960/api-rp-556-2011

https://id.scribd.com/doc/66463579/api-2510-design-and-construction-of-lpg-installations

https://id.scribd.com/document/390000175/api-rp-14c

https://scribd.com/document/367936313/api-2201-procedures-for-welding-or-hot-tapping-on-equipment-pdf

https://scribd.com/document/500033065/api-rp-1fsc-2013

https://scribd.com/document/495899728/api-dr-145-2002

https://scribd.com/document/489495028/api-spec-6fc-pdf

https://es.scribd.com/document/451009747/api-std-546-pdf

https://fr.scribd.com/document/477231850/api-std-653-5th-ed-2014-add-2-2020-tank-inspection-repair-alteration-and-reconstruction-pdf

https://de.scribd.com/doc/259272492/api-6am

https://scribd.com/document/490335563/api-6h-pdf

https://es.scribd.com/document/76399062/api-14c-03-1998

https://es.scribd.com/document/329372021/api-rp-2201-pdf

https://scribd.com/document/350878963/api-500-1997-pdf

https://scribd.com/document/383140802/api-12f-specs-for-shop-welded-tanks

https://scribd.com/doc/290487710/api-576-pdf

https://scribd.com/document/326599522/api-rp-582-pdf

https://ru.scribd.com/document/451002224/api-rp-13l-1st-ed-2003-pdf

https://scribd.com/document/251809287/api-rp-2sk-add-2008

https://scribd.com/document/481444208/api-rp-15tl4-1999-care-and-use-of-fiberglass-tubulars1-pdf

https://scribd.com/document/378471542/api-rp-7g-2-errata-01

https://scribd.com/document/412676471/api-11s6-testing-of-electric-submersible-pump-cable-systems-pdf

https://scribd.com/document/472262807/api-rp-64-diverter-systems-1991-pdf

https://scribd.com/document/495632928/api-17e-umbilicals-addendum

https://es.scribd.com/document/492864834/api-std-599

https://id.scribd.com/document/492865063/api-spec-15lt

https://scribd.com/document/470570293/api-17d-pdf

https://id.scribd.com/document/340026652/api-598-valve-inspection-and-testing-9th-edition-2009-pdf

https://fr.scribd.com/doc/210539457/api-std-2000

https://scribd.com/document/371345068/api-527-pdf

https://scribd.com/document/446124600/api-rp-8b-e8-errata-1-2019

https://it.scribd.com/document/430425252/api

https://scribd.com/document/490218531/api-rp-8b-2014-2019-pdf

https://it.scribd.com/document/466799695/api-rp-1169-2nd-ed-2020-pipeline-construction-inspection

https://es.scribd.com/document/358811350/api-6fa-specification-for-fire-test-for-valves

https://es.scribd.com/document/347980017/api-681-liquid-ring-vacuum-pumps-pdf

https://es.scribd.com/document/348386893/api-610-11th-edition

https://pt.scribd.com/document/352028008/api-std-610-2010-11th

https://it.scribd.com/doc/172382902/api-6af

https://ru.scribd.com/doc/275916964/api-752-management-and-hazard-process-plant-building

https://scribd.com/document/239649909/api-341

https://scribd.com/document/476305133/api-rp-2sk

https://scribd.com/document/384809829/api-bull-2521-1966-scan-pdf

https://scribd.com/document/363327436

https://es.scribd.com/document/347976222/api-6fd-specification-for-fire-test-for-check-valves-95

https://pt.scribd.com/document/312813408/api-2a-measurement-and-calibration-of-upright-cylindrical-tanks-by-the-manual-tank-strapping-method

https://pt.scribd.com/document/341951494/api-mpms-2-2b-1989-2013

https://it.scribd.com/document/381814977/api-mpms-chapter-5-2-displacement-meters

https://es.scribd.com/document/407848826/api-6h-end-closures-connectors-and-swivels-pdf

https://it.scribd.com/document/372814138/api-st-17f-2014

https://pt.scribd.com/doc/282830392/api-682

https://es.scribd.com/doc/239820354/tablas-api-std-650-2013

https://scribd.com/document/495632612/api-2mt1-spec-for-c-mn-steel-plates-with-improved-toughn-1

https://scribd.com/document/59027056/api-17j-errata

https://es.scribd.com/document/338542708/api-590-steel-line-blanks

https://it.scribd.com/document/395032173/api-mpms-19-1

https://it.scribd.com/document/399340834/api-6fa-4ed-2018-specification-for-fire-test-for-valves

https://es.scribd.com/document/368767223/api-mpms-3-1a-medicion-doc

https://it.scribd.com/document/377249746/api-technical-report-18tr2

https://it.scribd.com/document/332796454/api-608-valvulas-de-bola-pdf

https://it.scribd.com/document/409299889/1-asnt-snt-tc-1a-copy

https://it.scribd.com/document/362936628/ansi-api-rp-10b-6-2010-2015

https://it.scribd.com/document/397032535/api

https://es.scribd.com/document/329511121/api-spec-17j-erta

https://scribd.com/doc/77891681/api-rp-553-control-valves

https://ru.scribd.com/doc/300010790/api-8c-1997

https://scribd.com/document/337397186/api-11s5

https://es.scribd.com/doc/61759825/api-5c5-casing-and-tubing-connections

https://scribd.com/document/433789447/api-610

https://scribd.com/document/498280198/int-1991

https://scribd.com/document/494484805/api-rp-688-1st-2012

https://id.scribd.com/document/408864897/api-535-pdf

https://scribd.com/document/496515231/api-spec-4f

https://scribd.com/document/444934261/api-rp-2x-2004-ed

https://scribd.com/doc/272180204/api-recomended-bolt-torques

https://it.scribd.com/document/350807844/api-tr-6f1

https://it.scribd.com/document/397896227/api-tr-10tr6-2015-pdf

https://es.scribd.com/document/362152635/api-rp-2023-2001-08

https://scribd.com/document/342579745/api-527-pdf

https://it.scribd.com/document/446097670/api-mpms-3-1a-2005-pdf

https://scribd.com/doc/186558503/api-steel-pipelines-crossing-railroads-and-highways-rp-1102

https://it.scribd.com/document/289294466/api-10tr3

https://it.scribd.com/document/370801087/api-mpms-7-1-2017

https://scribd.com/document/383268707/api-technical-data-book-petroleum-refining-1997

https://it.scribd.com/document/351806786/api-6h-specification-on-end-closures-connectors-and-swivels

https://scribd.com/document/348401551/api-531m-80-pdf

https://es.scribd.com/document/423817439/api-std-610-centrifugal-pumps-2003

https://scribd.com/document/360942153/api-624-type-testing-of-valve-packing

https://scribd.com/document/371940967/api-std-1104-9th-ed-1999-welding-of-pipelines-pdf

https://ru.scribd.com/document/388381209/api-std599-02-metal-plug-valves-flanged-and-weld-end-pdf

https://ru.scribd.com/document/38946000/api-rp-2a-wsd-errata-and-suppl

https://ru.scribd.com/document/360942153/api-624-type-testing-of-valve-packing

https://scribd.com/document/476361066/api-rp-2021-pdf

https://scribd.com/document/465152656/api-mpms-8-3-1995-pdf

https://scribd.com/document/420595700/api-bull-2hins-guidance-for-post-hurricane-structural-inspection-of-offshore-structures

https://scribd.com/document/437924439/api-introduction-to-oil-gas-production-1996

https://scribd.com/doc/315352541/api-bull-2521

https://scribd.com/document/495633080/api-rp-5l2-recommended-practices-for-internal-coating

https://scribd.com/document/365088395/api-bul-e3-well-abandonment-environment-pract-us-pdf

https://scribd.com/document/496826846/api-2610

https://scribd.com/document/497794224/api-spec-7k-2016-drilling-and-well-servicing-equipmentpdf-compress

https://scribd.com/document/495633094/api-std-653-tank-inspection-repair-alteration-and-reconstruction

https://scribd.com/document/409900285/195570551-api-spec-12j-pdf

https://scribd.com/document/495757646/API-RP-19B

https://scribd.com/doc/207451824/API-RP-5LW-1996

https://scribd.com/doc/98535090/API-RP-500-Electrical-Classifications-1997

https://scribd.com/document/460625512/API-STD-2551-Measurement-and-Calibration-of-Horizontal-Tanks

https://scribd.com/document/356695942/API-SPEC-5CT-ERTA-2

https://scribd.com/document/413770709/196165894-API-RP-2A-LRFD-1997-RP-for-Planning-Designing-and-Constructing-Fixed-Offshore-Platforms-Loads

https://scribd.com/document/342052080/API-RP-505-RP-for-Clasification-of-Location-for-Electrical

https://scribd.com/document/88686471/API-RP-14C-Analysis-Design-Installation-Testing-of-Basic-Surface-Safety-Systems-for-Offshore-Production-Platforms-7th-Ed

https://scribd.com/document/401229355/API-RP-42-Compatibilidad

https://scribd.com/document/383120151/API-RP-6HT-2005-pdf

https://scribd.com/document/342109464/API-RP-5L1-02

https://scribd.com/document/340603124/API-RP-652

https://scribd.com/doc/253957634/222520357-API-RP-11L-Design-Calculation-for-Sucker-Rod-Pumping-System

https://scribd.com/document/446625626/API-RP-576-1992-pdf

https://scribd.com/document/382155206/API-Std-614-Lubrications-System

https://scribd.com/document/236695094/API-SPEC-20A

https://scribd.com/document/369370134/API-RP-19B-2nd-Ed-2006-A1-A2-2014-Recommended-Practices-for-Evaluation-of-Well-Perforators

https://scribd.com/doc/267105170/API-RP-14E-1991-pdf

https://scribd.com/doc/24181468/API-541-ABR-1995-Motores-Gaiola-Maiores-250HP

https://scribd.com/document/331548230/API-RP-540-Electical-Installations-in-Petroleum-Processing-Plants-2004-pdf

https://scribd.com/document/363327436/API-RP-1110-Ed4-Pressure-Testing-of-Liquid-Petroleum-Pipelines-1997

https://scribd.com/document/458211663/API-RP-6DR-2012-2020

https://scribd.com/document/442243162/American-Petroleum-Institute-API-RP-2A-LRFD-Recommended-Practice-for-Planning-Designing-and-Constructing-Fixed-Offshore-Platforms-Load-and-Resist

https://scribd.com/document/394871934/Naphtha-Ms-Ds

https://scribd.com/doc/263809666/API-RP-500

https://scribd.com/document/350810213/API-RP-2P-1987-05-Analysis-of-Spread-Mooring-Systems-for-Floating-Drilling-Units

https://scribd.com/document/279724463/API-5L-SPEC-Eng-1995

https://scribd.com/doc/254548048/API-SPEC-5CT-ERTA-1

https://scribd.com/doc/107368109/API-STD-560-Ed-2007

https://scribd.com/doc/181740305/API-Std-617-Centrifugal-Compressors-for-Petroleum-Chemical-and-Gas-Service-Industries

https://scribd.com/document/363443777/API-RP-8B

https://scribd.com/document/329873471/API-Rp-95j-draft

https://scribd.com/document/390157764/API-RP-2210-2000-Flame-Arresters-for-Vents-of-Tanks-pdf

https://scribd.com/document/475322774/api-rp-1632-pdf

https://scribd.com/document/347961490/API-RP-520-Pressure-Relief-Valve-in-Refineries

https://scribd.com/document/327358746/API-Spec-7-Add-3

https://scribd.com/doc/259683388/API-5B-Threading-Gauging-Line-Pipe

https://scribd.com/document/81490686/API-RP-521

https://scribd.com/document/342108352/API-RP-14H

https://scribd.com/document/361042706/API-RP-7G-Drill-Stem-Design-and-Op-Limits

https://scribd.com/document/414573923/API-RP-5L3-2008-pdf

https://scribd.com/document/342108295/API-RP-1102-pdf

https://scribd.com/document/362152635/API-RP-2023-2001-08

https://scribd.com/document/224065561/API-Rp-5lw

https://scribd.com/document/429565359/API-RP-07G-Drill-string-1998-pdf

https://scribd.com/document/430052937/API-RP-2001-Protec-Fuego

https://scribd.com/document/481217338/API-RP-2201-5%C2%AA-2003-pdf

https://scribd.com/document/235081700/API-RP-2350-Overfill-Protection-for-Storage-Tanks-in-Petroleum-Facilities

https://scribd.com/doc/181845344/API-RP-13B-1-Field-Testing-for-Water-Based-Drilling-Fluids

https://scribd.com/document/480332556/API-RP-53-BOP-equipment-for-Drilling-pdf

https://scribd.com/document/481791748/API-RP-2350-Overfill-Protection-for-Storage-Tanks-pdf

https://scribd.com/document/406847110/API-STD-619-Rotary-Type-Positive-Displacement-Compressors-For-Petroleum-Chemical-And-Gas-Industry-Services-pdf

https://scribd.com/document/371355673/API-Rp-07I-1st-Ed-1995-12

https://scribd.com/document/349182293/API-RP-5L2-2002

https://scribd.com/document/451002224/API-RP-13L-1st-Ed-2003-pdf

https://scribd.com/document/438440553/API-RP-521

https://scribd.com/document/411111069/385233664-API-RP-540-Electrical-Installations-in-Petroleum-Processi-1-pdf-pdf

https://scribd.com/document/474558402/ANSI-API-RP-2EQ-2014-pdf

https://scribd.com/doc/245871890/API-Spec-5D-Specification-for-Drillpipe-2000

https://scribd.com/document/329091289/API-RP-09A-Wire-Rope-Specs-1995

https://scribd.com/document/404835543/API-RP-14F-1999-pdf

https://scribd.com/document/416507154/API-Spec-2Y

https://scribd.com/document/394684279/API-Rp-2I-Helipuertos-pdf

https://scribd.com/document/400062386/API-RP-2023-2001-08-pdf

https://scribd.com/document/362315570/9-3-API-RP-13C-Mud-Processing-Systems

https://scribd.com/doc/473506511/API-RP-11s3-electrical-semisumersible-pumps-pdf

https://scribd.com/document/25137825/API-RP-75

https://scribd.com/document/477304239/API-Std-600-pdf

https://scribd.com/document/485875318/API-RP-505-pdf

https://scribd.com/document/324044685/API-RP-500-pdf

https://scribd.com/document/255926650/API-Rp-8b-Inspections-Maintenance

https://scribd.com/doc/227825892/API-Spec-5B-Russian

https://scribd.com/document/470573802/API-STD-7B-11C

https://scribd.com/document/329372021/API-RP-2201-pdf

https://scribd.com/document/416506146/API-Spec-2H

https://scribd.com/document/331548353/API-RP-577-Welding-Inspection-and-Metallurgy-2004

https://scribd.com/document/470128877/API-RP-580-pdf

https://scribd.com/document/434759692/323708020-API-RP-17A-Design-and-Operation-Subsea-Production-Systems-1996-pdf

https://scribd.com/document/468322143/API-RP-505-Electrical-Inst-Class-1-Zone-0-Zone-1-Zone-2-1997

https://scribd.com/document/435962505/API-RP-2D-1999-Superseded

https://scribd.com/document/357575915/API-RP-14-E-1991-pdf

https://scribd.com/document/467955677/API-SPEC-16D-Control-Systems-Well-Control-Equipment-1993-pdf

https://scribd.com/document/483597415/API5C3

https://scribd.com/doc/95678059/API-RP-14G

https://scribd.com/document/470128893/API-RP-14E-OffshorePlatformPiping-pdf

https://scribd.com/document/439776021/API-RP-07G-Drill-string-1998-pdf

https://scribd.com/document/486355462/api-rp-2geo-2011-pdf

https://scribd.com/document/347749463/API-RP-591-Proces-Valve-Qualification-Procedure

https://scribd.com/document/233820567/API-STD-650-1998-11-00

https://scribd.com/document/394663309/API-RP-582-2001-pdf

https://scribd.com/document/395753952/API-RP-521-PDF

https://scribd.com/document/349739794/API-RP-54-Occupational-Safety1999

https://scribd.com/document/347839025/API-Spec-08a-Hoisting-Equip

https://scribd.com/document/420218669/API-Spec-2SC-2009-2015-pdf

https://scribd.com/document/375716129/API-RP-2009-Espanol

https://scribd.com/document/330282305/api-570-pdf

https://scribd.com/document/489821415/API-RP-1111

https://scribd.com/document/447627099/API-RP-011S2-1997-Electrical-Submersible-Pump-Testing-pdf

https://scribd.com/document/446609392/API-RP-14G-1993-pdf

https://scribd.com/document/128923593/API-RP-5L8-Field-Inspection-of-New-Line-Pipe-2nd-Ed-1996

https://scribd.com/doc/279806178/API-RP-2L-Helideck-for-Fix-Offshore-Platform-1996

https://scribd.com/document/488296490/API-RP-41

https://scribd.com/document/488296476/API-RP-13M-4

https://scribd.com/document/444913487/API-SPEC-16D-Control-Systems-Well-Control-Equipment-1993-pdf

https://scribd.com/document/424171318/API-1104-2013-TWENTY-FIRST-EDITION-pdf

https://scribd.com/document/336168558/API-RP-2D-June2003-RP-for-Operation-Maintenance-of-Offshore-Cranes

https://scribd.com/document/110398224/API-SPEC-5L-ISO-3183-2007

https://scribd.com/document/469498779/API-1104-espanol

https://scribd.com/document/417834078/API-RP-2N

https://scribd.com/doc/270289197/API-RP-533-Air-Pre-Heater-copy

https://scribd.com/doc/206868189/Practicas-Recomendadas-API-rp-42

https://scribd.com/document/411379191/API-Spec-13A-Drilling-Fluid-Materials

https://scribd.com/doc/289820976/API-598

https://scribd.com/document/462158207/52129021-API-594-pdf

https://scribd.com/document/484128803/API-Std-608-1995-pdf

https://scribd.com/document/489495161/API-STD-526

https://scribd.com/document/444830008/American-Petroleum-Institute-Welded-Steel-Tanks-for-oil-storage-API-Standard-650-1998

https://scribd.com/document/466351412/API-618-pdf

https://scribd.com/document/348878540/API-MPMS-17-1-Spanish

https://scribd.com/document/489836661/API-RP-2021-2001-Reaffirmed-2020-pdf

https://scribd.com/document/385561541/API-624-14

https://scribd.com/document/141895957/API-RP-687-Rotor-Repair-Inspeccion

https://scribd.com/document/412676539/API-6D-Errata-ISO-14313-Identical-Pipeline-valves-pdf

https://scribd.com/doc/111880511/API-535-Burners-for-Fired-Heaters-for-General-Refinery-Services

https://scribd.com/document/388383844/API-MPMS-2-2B

https://scribd.com/document/402138512/API-MPMS-2E-pdf

https://scribd.com/document/378854133/api-rp-7g-160216164356-1-pdf

https://scribd.com/doc/264687953/api-600-2015

https://scribd.com/document/372114627/Api-Pub-4465-Treatment-Technologies-For-Refinery-Wastes-pdf

https://scribd.com/document/490180725/API-RP-2021-2001-2015-pdf

https://scribd.com/document/353559692/112-api-mpms-17-1-guidelines-pdf

https://scribd.com/document/334400584/API-Rp-14cespanol3

https://scribd.com/document/480998679/API-RP-04G-Masts-and-Derricks1998

https://scribd.com/document/345845251/API-601-Metallic-Gaskets-for-Raised-Face-pdf

https://scribd.com/document/354573415/api-610-11th

https://scribd.com/document/391790636/API-662

https://scribd.com/doc/282326070/API-RP-7G-R1

https://scribd.com/document/459446732/API-570-Piping-inspection-pdf

https://scribd.com/document/481217356/API-Std-602-Compact-Steel-Gate-Valves-Flanges-Threaded-Welding-and-Extended-Body-End-1998-pdf

https://scribd.com/document/485284409/API-530-pdf

https://scribd.com/document/392208263/209518323-API-Rp-687-1st-Ed-2001-Rotor-Repair-Inspection

https://scribd.com/document/388401091/API-STD1542-96-Airport-Equipment-Marking-for-Fuel-Identification

https://scribd.com/document/398706726/API-619-PDF

https://scribd.com/document/477231850/API-STD-653-5th-Ed-2014-Add-2-2020-Tank-Inspection-Repair-Alteration-and-Reconstruction-pdf

https://scribd.com/document/480854733/API-MPMS-14-4-pdf

https://scribd.com/document/426683117/API-618-pdf

https://scribd.com/document/348401724/API-2MT1

https://scribd.com/document/312394871/API-MPMS-19-3-Evaporative-Loss-Measurement

https://scribd.com/document/492864625/API-RP-505

https://scribd.com/document/494766049/API-PUB-2021A-1998

https://scribd.com/document/445148242/API-575-CheckList-InspectionAtmosphericTanks

https://scribd.com/document/454663044/API-RP-1632-1996-2010

https://scribd.com/document/431324026/API-RP-554-Recommended-Practice-for-Process-Instrumentation-and-Control-pdf

https://scribd.com/document/383122986/API-RP-585-Second-Ballot-Comment-Resolution-3-9-12

https://scribd.com/document/484129069/API-RP-521-1997-pdf

https://scribd.com/doc/132051872/2-API-Introduction-to-Oil-and-Gas-Production

https://scribd.com/document/423275985/Api-Rec-556-Instrumentation-And-Control-Systems-For-Fired-Heaters-And-Steam-Generators-pdf

https://scribd.com/document/449058045/API-STD-660-2015-RU-doc

https://scribd.com/document/444788027/API-RP-574-Inspection-Piping-Systems-1998

https://scribd.com/document/486650536/API-RP-556-1997-pdf

https://scribd.com/document/421071102/API-STD-661

https://scribd.com/document/390000175/API-RP-14C

https://scribd.com/document/489494890/API-SPEC-15HR

https://scribd.com/document/398581996/API-13-A-pdf

https://scribd.com/doc/183807438/API-RP-505-pdf

https://scribd.com/document/337332449/API-11S2-2nd-1997-Recommended-Paractice-for-Electric-Submersible-Pump-Testing

https://scribd.com/document/458685869/API-1104-2013Ed-21st-pdf

https://scribd.com/doc/272042635/American-Petroleum-Institute-RP-505

https://scribd.com/document/347149728/API-12K-SPECIFICATION-FOR-INDIRECT-TYPE-OIL-FILELD-HEATERS-1989-PDF-pdf

https://scribd.com/document/351456833/API-Emission

https://scribd.com/document/243111068/API-Std-653-4%C2%AA-Edicion-2009-ESP-pdf

https://scribd.com/document/400218593/API-STD-662-PDF

https://scribd.com/document/493742890/API-1104-Welding-of-Pipelines-and-Related-Facilities

https://scribd.com/document/409366374/Api-Security-Guidelines-Fro-The-Petroleum-Industry-pdf

https://scribd.com/document/430907053/API-MPMS-5-3

https://scribd.com/document/479339683/downfile-28-pdf

https://scribd.com/document/355105546/API-6A-pdf

https://scribd.com/document/334812313/API-RP-16E-pdf

https://scribd.com/document/460428331/API-RP-550-1965-Manual-on-Installation-of-Refinery-Instruments-and-Control-Systems-Part-I-pdf

https://scribd.com/doc/210539457/API-STD-2000

https://scribd.com/document/495712512/API-RP-505

https://scribd.com/document/462400481/API-12D-1994-Specification-for-Field-Welded-Tanks-for-Storage-of-Production-Liquids-pdf

https://scribd.com/document/452105590/API-SPEC-4F-4ed-Add-1-dic-2016

are infringing upon API's exclusive copyright rights and should be removed or disabled.

4) Contact Information:

Yellow Brand Protection

api.ipr@ybrandprotection.com

5) API has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

6) The information in this Notice of Copyright Infringement is accurate, and under penalty of perjury, Yellow Brand Protection is authorized to act on behalf of API, the owner of the exclusive right being infringed.

In addition, API hereby notifies you that the website content that is hosting at the above-identified links is in violation of API's Terms and Condition, located at: https://www.api.org/terms-and-conditions. Namely, it infringes on the copyright and trademark rights of API.

Sincerely,

**Yellow Brand Protection**

On behalf of **American Petroleum Institute**

American Petroleum IPR <api.ipr@ybrandprotection.com>
Wed 10/20/2021 11:12 AM
To: Scribd <copyright@scribd.com>

To Whom It May Concern,

We are authorized to act on behalf of American Petroleum Institute ("API") with respect to intellectual property and other matters.

This letter is to notify you and all related entities thereto that the content hosted by scribd.com, LLC at the links set forth below, presumably for one or more of your users, infringes the intellectual property rights of API.

In order to expedite the removal of the infringing content, we are submitting this Notice of Copyright Infringement and request that you expeditiously remove or disable access to the material hosted at the URL listed below, as required under the Copyright Act. The following sets forth the statutorily required elements of our Notice of Copyright Infringement:

1) Yellow Brand Protection is authorized to send this notice of infringement and demand. API is the owner of an exclusive right that is claimed to be infringed. The signature of Peter George, Yellow Brand Protection's authorized representative is set forth below.

2) The copyrighted works that are being infringed are: American Petroleum Institute's copyrighted materials which can be found on their website https://www.api.org/.

3) The products located at:
https://www.scribd.com/document/427758173/Quality-manual-Specification-API-Q1
https://www.scribd.com/document/521934073/API-5L1
https://www.scribd.com/document/521934073/API-5L1
https://www.scribd.com/document/521934360/API-541
https://www.scribd.com/document/442107192/API-PUBL-2218-Fireproofing-Practices-in-Petroleum-and-Petro
https://www.scribd.com/document/442107192/API-PUBL-2218-Fireproofing-Practices-in-Petroleum-and-Petro
https://www.scribd.com/document/443012349/API-608-2002-Metal-Ball-Valves
https://www.scribd.com/document/431266916/api-594-pdf
https://www.scribd.com/document/431266916/api-594-pdf
https://www.scribd.com/document/443012349/API-608-2002-Metal-Ball-Valves
https://www.scribd.com/document/397895923/API-TR-5TRSR22-2002-pdf
https://www.scribd.com/document/472513322/Pages-from-API-STD-16A
https://www.scribd.com/document/44342153/API-Standard-Storage-Tank-Data-Sheet-Rev-0
https://www.scribd.com/document/395502624/Estandar-API-650
https://www.scribd.com/document/349079322/API-526-Flanged-Steel-Pressure-Relief-Valves-June-2002-pdf
https://www.scribd.com/document/353543609/API-Standard-660-pdf
https://www.scribd.com/document/44342153/API-Standard-Storage-Tank-Data-Sheet-Rev-0
https://www.scribd.com/document/472513322/Pages-from-API-STD-16A
https://www.scribd.com/document/395502624/Estandar-API-650
https://www.scribd.com/document/343509024/API-Std-610-9Ed-2003-Centrigugal-Pumps-for-Petroleum-Heavy-Duty-Chemical-And-Gas-Industry-Services

are infringing upon API's exclusive copyright rights and should be removed or disabled.

4) Contact Information:
Peter George
Yellow Brand Protection
6060 N. Central Expressway
Dallas, TX 75206
+1.469.391.0732
api.ipr@ybrandprotection.com

5) API has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

6) The information in this Notice of Copyright Infringement is accurate, and under penalty of perjury, Yellow Brand Protection is authorized to act on behalf of API, the owner of the exclusive right being infringed.

In addition, API hereby notifies you that the website content that you are hosting at the above-identified links is in violation of API's Terms and Conditions, located at: https://www.api.org/terms-and-conditions. Namely, it infringes on the copyright and trademark rights of API.

Sincerely,

**Yellow Brand Protection**

On behalf of

**American Petroleum Institute**

(No subject)

American Petroleum IPR <api.ipr@ybrandprotection.com>
Mon 1/31/2022 9:33 AM
To: copyright@scribd.com <copyright@scribd.com>

📎 2 attachments (252 KB)
Copyright Declaration (9-16-20).pdf; POA- Yellow Brand (1-24-20) (1).pdf;

To Whom It May Concern,

We are authorized to act on behalf of American Petroleum Institute ("API") with respect to intellectual property and other matters.

This letter is to notify you and all related entities thereto that the content hosted by scribd.com, LLC at the links set forth below, presumably for one or more of your users, infringes the intellectual property rights of API.

In order to expedite the removal of the infringing content, we are submitting this Notice of Copyright Infringement and request that you expeditiously remove or disable access to the material hosted at the URL listed below, as required under the Copyright Act. The following sets forth the statutorily required elements of our Notice of Copyright Infringement:

1) Yellow Brand Protection is authorized to send this notice of infringement and demand. API is the owner of an exclusive right that is claimed to be infringed. The signature of Joseph Cherayath, Yellow Brand Protection's authorized representative is set forth below.

2) The copyrighted works that are being infringed are: American Petroleum Institute's copyrighted materials which can be found on their website https://www.api.org/.

3) The products located at:

https://www.scribd.com/document/508367987/API-Spec-12l
https://www.scribd.com/document/508367900/API-Spec-12b
https://www.scribd.com/doc/244854079/API-Tank-Spec-12q
https://www.scribd.com/document/459448511/API-Bull-5C2-1999-pdf
https://www.scribd.com/document/508367960/API-Spec-12k
https://www.scribd.com/document/508367920/API-Spec-12k
https://www.scribd.com/document/508367916/API-Spec-12j
https://www.scribd.com/document/459452975/API-Bull-92L-2015
https://www.scribd.com/document/533129037/API-STD-650-2020
https://www.scribd.com/document/460918545/API-DR-342-2002-scan
https://www.scribd.com/document/460871492/API-Bull-D16-2011-Plan-template
https://www.scribd.com/document/460871842/API-Bull-2516-1962-2000-scan
https://www.scribd.com/document/460869177/API-Bull-E4-2003
https://www.scribd.com/document/460869724/API-Bull-E3-1993-2000-scan
https://www.scribd.com/document/460870797/API-Bull-E1-1990-errata-1991-scan
https://www.scribd.com/document/268542633/API-Community-Engagement-Guidelines
https://www.scribd.com/document/460878310/API-Bull-11L3-1970-1999-scan-pdf
https://www.scribd.com/document/393297166/API-Manual-of-Petroleum-Measurement-Standard-Ch-5-Sec-3-Ex-API-2534-pdf
https://www.scribd.com/document/463223458/API-RP-7L-Procedures-for-Inspection-Maintenance-Repair1-doc
https://www.scribd.com/document/435604034/API-Standard-6acra-2015
https://www.scribd.com/document/446948535/API-Standards-20D
https://www.scribd.com/document/472025382/API-13D-1991774-pre
https://www.scribd.com/document/255334783/Previews-API-13C-e5-Pre
https://www.scribd.com/document/527996066/API-STD-2610-05
https://www.scribd.com/document/524148901/API-Std-673-2002
https://www.scribd.com/document/530380214/API-STD-598-2016-Valve-Inspection-and-Testing
https://www.scribd.com/document/522988200/%E7%BE%8E%E5%9B%BDAPI-Std-1163-2013
https://www.scribd.com/document/534967950/API-STD-560
https://www.scribd.com/document/457275115/API-RP-14E
https://www.scribd.com/document/533296101/API-STD-650-2010
https://www.scribd.com/document/480670084/API-STD-6AV2
https://www.scribd.com/document/336478786/API-Std-526-Flanged-Steel-Pressure-Relief-Valves-2002
https://www.scribd.com/document/527996248/API-STD-2000-98
https://www.scribd.com/document/524529692/API-RP-652-2020
https://www.scribd.com/document/326559398/API-RP-686-pdf
https://www.scribd.com/document/447227242/API-RP-16ST-Coiled-Tubing-Well-Control-Equipment-Systems
https://www.scribd.com/document/465397203/API-RP-2D
https://www.scribd.com/document/486975789/API-RP-2030-2
https://www.scribd.com/document/427101572/API-RP-945-PDF
https://www.scribd.com/document/396418453/API-RP-1FSC-Facilities-Systems-Completio
https://www.scribd.com/document/479099752/API-RP-2FSIM-2019-pdf
https://www.scribd.com/document/480023602/API-RP-582-WELDING-guia-soldadura
https://www.scribd.com/document/380970026/API-Rp-2a-Wsd-Twenty-second-Edition-2c-November-2014
https://www.scribd.com/document/398576436/API-RP-5LW-1996-pdf
https://www.scribd.com/document/512201928/API-RP-1007-2001-2011
https://www.scribd.com/document/366617193/API-RP-17B-1998
https://www.scribd.com/document/379039153/api-580
https://www.scribd.com/document/351772664/API-Rp-550-Part-1-Section-3-1985
https://www.scribd.com/document/450643578/API-16D
https://www.scribd.com/document/525339965/API-RP-49
https://www.scribd.com/document/503714332/API-RP-11S5-2008
https://www.scribd.com/document/528130223/API-RP-74
https://www.scribd.com/document/533651543/API-RP-2X
https://www.scribd.com/document/528257547/API-RP-686
https://www.scribd.com/document/458617056/API-RP-520-PART-2
https://www.scribd.com/document/502308117/API-RP-751-2020
https://www.scribd.com/document/525512651/API-RP-553
https://www.scribd.com/document/525339991/API-RP-7HU1-Hammer-Unions-May-2009
https://www.scribd.com/document/371071483/API-RP-65-pdf

https://www.scribd.com/document/339818148/API-RP-2D-pdf
https://www.scribd.com/document/481058997/803809-pdf
https://www.scribd.com/document/416811833/API-RP-520-Part-1-2014-pdf
https://www.scribd.com/document/463693446/api-rp-4f-2008-pdf
https://www.scribd.com/document/527362320/API-RP-505
https://www.scribd.com/document/510593648/API-RP-11AR-Subsurface-Pumps-1989
https://www.scribd.com/doc/259371679/API-RP-6AR-1994
https://www.scribd.com/document/375891740/API-RP-04G-Structure-Servicing-1998
https://www.scribd.com/document/526496749/API-RP-14B-2005
https://www.scribd.com/doc/218439796/API-RP-08B-Hoisting-Equipment-1997
https://www.scribd.com/document/59879989/API-RP-686
https://www.scribd.com/document/336773448/API-RP-554-pdf
https://www.scribd.com/document/515459988/API-Rp-520-Part-1-PDF
https://www.scribd.com/document/481857324/API-14J-Old-1st-Edition
https://www.scribd.com/document/531853035/API-Rp-520-2000-Part-i
https://www.scribd.com/document/467971029/API-RP-02X-NDT-Testing-1996-pdf
https://www.scribd.com/document/526459543/API-Rp-2021-Atmospheric-Storage-Tank-Fires
https://www.scribd.com/document/329593859/API-RP-5C1-1-5
https://www.scribd.com/document/474273621/API-RP-T-7-1995-2013
https://www.scribd.com/document/484128537/API-RP-2201-1995-pdf
https://www.scribd.com/document/441411955/previews-API-2X-e4-R2010-pre-1
https://www.scribd.com/document/525339974/API-RP-54-OCCUPATIONAL-SAFETY-FOR-OIL-ANG
https://www.scribd.com/document/90787916/Api-Rp-17G-1995
https://www.scribd.com/doc/295457039/Previews-API-RP-5UE-e2-Pre
https://www.scribd.com/document/339359503/API-RP-934B-2011
https://www.scribd.com/document/520529227/2016-API-RP-574-4th-Edition-Cover
https://www.scribd.com/document/525340341/NORMA-API-RP-4G-2019
https://www.scribd.com/document/372814124/API-579-2-2009
https://www.scribd.com/document/532522010/API-RP-591-Process-Valve-Qualification-Procedure-5th-Ed-2014
https://www.scribd.com/document/484206741/API-RP-553-REFINERY-CONTROL-VALVES
https://www.scribd.com/doc/61977424/API-RP-67-Oilfield-Explosives-Safety-1994
https://www.scribd.com/document/447621965/API-RP-2X-3a-Ed-1996
https://www.scribd.com/document/525824766/API-RP-67-Recommended-Practices-for-Oilfield-Explosives-Sa2
https://www.scribd.com/document/446441559/API-RP-554-Process-Instrumentation-and-Control
https://www.scribd.com/document/422657064/API-RP-5L9-2010
https://www.scribd.com/document/296820509/API-RP-1141-1994
https://www.scribd.com/document/409174830/API-RP-2A-WSD
https://www.scribd.com/document/398575337/API-RP-2201-1995-pdf
https://www.scribd.com/document/416811834/API-RP-80-2000
https://www.scribd.com/document/398415000/API-RP-2201-1995-pdf
https://www.scribd.com/document/495632615/API-2MT2-Rolled-Shapes-With-Improved-Notch-Toughness
https://www.scribd.com/document/487740862/API-585-PEI-Incident-Investigation-pdf
https://www.scribd.com/document/370706182/API-RP-16D-1st-Edition-Specification-for-Drilling-Control-Systems
https://www.scribd.com/document/397643136/API-TR-755-1-2010
https://www.scribd.com/document/165139594/API-754-Webinar-session-2-slides
https://www.scribd.com/document/459448578/API-Bull-2INT-EX-2007
https://www.scribd.com/document/528082573/API-14E
https://www.scribd.com/document/386320073/Evolution-Future-of-API-CT
https://www.scribd.com/document/394139758/API-520-2-PSV-Installation
https://www.scribd.com/document/398110445/API-RP-686-Recommended-Practice-for-Machinery-Installation
https://www.scribd.com/document/425462350/API-5C6-1st
https://www.scribd.com/document/417817659/API-552-Transmission-Systems
https://www.scribd.com/document/529787223/API-RP-13C
https://www.scribd.com/document/469056297/API-PUBLICATION-353-pdf
https://www.scribd.com/document/517692029/API-CHAPTER-7-4
https://www.scribd.com/document/534482224/Fdocuments-in-API-Rp-1615-Installation-of-Underground-Petroleum-Storage-Systems
https://www.scribd.com/document/348877184/API-1FSC-Facilities-Systems-Completion
https://www.scribd.com/document/369979931/API-RP-750-Management-of-Process-Hazards-pdf
https://www.scribd.com/document/440414539/API-RP-686-Recommended-Practice-for-Machinery-Installation
https://www.scribd.com/document/331747383/API-RP60
https://www.scribd.com/document/527434341/API-571
https://www.scribd.com/doc/30588089/Joint-API-OOC-Letter-to-MMS
https://www.scribd.com/document/502839616/API-17B-Flexible-Pipe
https://www.scribd.com/document/494229296/API-14C-Recommended-Practice-for-Analysis-Design-Installation-and-Testing-of-Basic-Surface-Safety
https://www.scribd.com/document/460428439/API-RP-550-1984-Manual-on-Installation-of-Refinery-Instruments-and-Control-Systems-Part-IV-pdf
https://www.scribd.com/document/525339975/API-RP-7L-Inspt-Maint-Rep-Rebuid-Eqpmt-pdf
https://www.scribd.com/document/418196469/api-57711
https://www.scribd.com/document/374084275/API-RP-920-Prevention-of-Brittle-Fracture-of-Pressure-Vessels
https://www.scribd.com/document/493806819/RP-2SM
https://www.scribd.com/document/526860920/API-RP45
https://www.scribd.com/document/501207243/API-581-2008
https://www.scribd.com/document/149681706/RP-54-Fact-Sheet
https://www.scribd.com/document/370269543/API-Rp-2l-Helipuertos
https://www.scribd.com/document/455272527/previews-1268327-pre
https://www.scribd.com/document/466351200/API-2Y
https://www.scribd.com/document/338793910/Ansi-Asme-Rp-1107
https://www.scribd.com/document/454378854/API-RP-7G-Drill-Stem-Design-and-Op-Limits-pdf
https://www.scribd.com/document/512979473/API-RP-1117-Movement-of-In-Service-Pipelines-1996
https://www.scribd.com/document/380237055/API-RP-520-PART-2-2003-pdf
https://www.scribd.com/document/505941228/API-Publ-2021A-Interim-Study-Prevention-and-Suppression-of-Fires-in-Large-Aboveground-Atmospheric-Storage-Tanks-1998
https://www.scribd.com/document/398576531/API-Rp-540-Electrical-Installation-Petroleum-Processing-Plants
https://www.scribd.com/document/353108643/API-RP-65-pdf
https://www.scribd.com/document/386190298/API-578-2018-pdf
https://www.scribd.com/document/461661376/API-2030
https://www.scribd.com/document/353820727/Api-Rp-17G-1995
https://www.scribd.com/document/389444239/API-17V
https://www.scribd.com/document/375377365/Norma-API-571

https://www.scribd.com/document/526496831/API-RP-2A-WSD-2000
https://www.scribd.com/document/525027592/API-RP-Publications-20S-List
https://www.scribd.com/document/532311051/API-RP-2021-2001-2014
https://www.scribd.com/doc/126581037/API-Rp-74-Occupational-Safety-for-Onshore-Operations
https://www.scribd.com/document/532956615/API-RP-13E
https://www.scribd.com/document/388612977/API-RP-572-Inspeccion-of-Pressure-Vessels-pdf
https://www.scribd.com/document/529064690/API-RP-581
https://www.scribd.com/document/429726623/API-572-2001-pdf
https://www.scribd.com/document/525473702/API-RP-552
https://www.scribd.com/document/525907456/API-RP-14E
https://www.scribd.com/document/495915568/API-RP-14G-1993
https://www.scribd.com/document/525873339/API-RP-520-P2
https://www.scribd.com/document/525873347/API-RP-573
https://www.scribd.com/document/529062199/API-RP-580
https://www.scribd.com/document/436747969/API-MPMS-18-1-R2007-Measurement
https://www.scribd.com/document/455104619/API-2MT2-2015-pdf
https://www.scribd.com/document/534563288/API-RP-580-2016
https://www.scribd.com/document/530865744/API-RP-2201-5th-Ed-2003-Reaff-2010-Safe-Hot-Tapping-Practices-in-the-Petroleum-and-Petrochemi
https://www.scribd.com/document/522487265/API-RP-2N
https://www.scribd.com/document/525232468/API-RP-683-1993
https://www.scribd.com/document/525232531/API-RP-686-1996
https://www.scribd.com/document/533129034/API-RP-651-2014
https://www.scribd.com/document/525232416/API-RP-652-1997
https://www.scribd.com/document/533129032/API-RP-652-2020
https://www.scribd.com/document/520942175/API-RP-5LW-3rd-Sept-2009-Recommended
https://www.scribd.com/document/381469836/Golpe-de-Arco-API-RP-577-2013
https://www.scribd.com/document/533129038/API-RP-575-2020
https://www.scribd.com/document/525340316/NORMA-API-RP-8B
https://www.scribd.com/document/525232418/API-RP-651-1997
https://www.scribd.com/document/530788098/API-RP-2X-2015
https://www.scribd.com/document/462554000/API-RP-14E
https://www.scribd.com/document/495632902/API-17A-Subsea-Production-Systems
https://www.scribd.com/document/343902194/API-2A-WSD-Err-pdf
https://www.scribd.com/document/525429912/API-rp-520-1
https://www.scribd.com/document/525232533/API-RP-687-2001
https://www.scribd.com/document/525788171/API-RP-520
https://www.scribd.com/document/531711289/API-RP-577-2020
https://www.scribd.com/document/524149486/API-STD-610-Centrifugal-Pumps-for-Petroleum
https://www.scribd.com/document/532311053/API-RP-2611-2011
https://www.scribd.com/document/481705353/API-5UF-2020
https://www.scribd.com/document/531171168/API-RP-5C1
https://www.scribd.com/document/527295628/API-619-5th-2010
https://www.scribd.com/document/469486557/API-RP-520-Part-2
https://www.scribd.com/document/525339994/API-RP-9B
https://www.scribd.com/document/526495271/API-RP-500-2012
https://www.scribd.com/document/533778605/API-RP-1110-6th-Ed-2013
https://www.scribd.com/document/433965829/API-65
https://www.scribd.com/document/444603176/18-api-sc19-overview-for-bsee-standards-workshop-nov-201211
https://www.scribd.com/document/308335179/RP-54-Fact-Sheet
https://www.scribd.com/document/371941007/API-RP14E-ed5-1991-Design-and-Instl-of-Offshore-Pr-Pltf-Pipi
https://www.scribd.com/document/430777234/API-RP-8B-RP-for-Procedure-for-Inspection-Maintenance-Repair-of-Hoistings-Equipment
https://www.scribd.com/document/399979242/API-578-2018-Material-Verification-Program-for-New-and-Existing-Alloy-Piping-Systems
https://www.scribd.com/document/145043090/128381050-API-RBI-Training-Course-Slides-r4
https://www.scribd.com/doc/270196383/API-526-2002
https://www.scribd.com/document/349074030/API-572-Inspection-of-Pressure-Vessels
https://www.scribd.com/document/458447006/API-MPMS-11-3-3-2015
https://www.scribd.com/document/445504144/previews-API-2RD-e2-pre-1
https://www.scribd.com/document/534195697/API-RP-578-2010
https://www.scribd.com/document/533129033/API-RP-2021-R-2020
https://www.scribd.com/presentation/387014570/API-14l-Sc19
https://www.scribd.com/document/525841044/API-RP-1110-2018
https://www.scribd.com/document/499763803/API-2214-e4-REAF-Oct2010-RP
https://www.scribd.com/document/532311052/API-RP-2021-2001-2015
https://www.scribd.com/document/446943436/API-Standards-20M-Qualification-of-Suppliers-of-Machining-Services
https://www.scribd.com/document/518453687/API-RP-65
https://www.scribd.com/document/522487485/API-RP-1123-Hazardous-Liquid
https://www.scribd.com/document/369009469/API-526-pdf
https://www.scribd.com/document/534195698/API-RP-580-2016
https://www.scribd.com/document/470792640/api-rp-1632-pdf
https://www.scribd.com/document/376303628/API-RP-578-2018-pdf
https://www.scribd.com/document/527362293/API-RP-14F
https://www.scribd.com/document/449348803/API-RP-1102-pdf
https://www.scribd.com/document/527362340/API-RP-500
https://www.scribd.com/document/525873341/API-RP-520-PT-I
https://www.scribd.com/document/437908970/API-RP-14E
https://www.scribd.com/document/525634961/API-RP-53
https://www.scribd.com/document/526456864/API-RP-1102
https://www.scribd.com/document/527362294/API-RP-500
https://www.scribd.com/document/508823578/API-RP-8B
https://www.scribd.com/document/533989967/API-RP-14C-2017
https://www.scribd.com/document/501914806/API-RP-6-AR
https://www.scribd.com/document/508795362/API-RP-5L8-2Ed-2015
https://www.scribd.com/document/501914726/API-RP-2W
https://www.scribd.com/document/501914789/API-RP-5-LW
https://www.scribd.com/document/536753667/API-RP-8b-2014-2019pdf
https://www.scribd.com/document/526137252/api-rp-2200-repairing-pipeline
https://www.scribd.com/doc/216792780/API-RP-5-L8

https://www.scribd.com/document/425404321/NORMA-API-RP-7L
https://www.scribd.com/document/225788678/650-API
https://www.scribd.com/document/527091712/API-RP-7L
https://www.scribd.com/document/468485293/API-2MIM-2019
https://www.scribd.com/document/523948860/api-650
https://www.scribd.com/document/401603438/2U-2004-API-Bulletin-Stability-Design-of-Cylindrical-Shells-pdf
https://www.scribd.com/document/453835956/API-572-2001-Inspection-of-Pressure-Vessels
https://www.scribd.com/document/398575435/API-RP-16Q-1993
https://www.scribd.com/document/320260158/2tworkshopppt
https://www.scribd.com/document/383486213/API-RP-65-pdf
https://www.scribd.com/document/374406796/API-RP-65-pdf
https://www.scribd.com/document/318053665/RP-13-D-Rheology-and-Hydraulics-of-Oil-Well
https://www.scribd.com/document/525238245/API-RP-7LDrilling-Eqpt-Maint-a-Repair
https://www.scribd.com/document/429217484/API-17D
https://www.scribd.com/document/457880622/API-2030-Ref-pdf
https://www.scribd.com/document/381225946/API-RP-10B-4-2nd-Oct-2015-Preparation-and-Testing-of-Foamed-Cement-Formulations-at-Atmospheric
https://www.scribd.com/document/455104660/API-5LS-2012
https://www.scribd.com/document/522487384/API-RP-1129-Assurance-Of-Hazardous
https://www.scribd.com/document/481742206/API-1542-STD-Identificacion-Tuberias-Aviacion-pdf
https://www.scribd.com/document/183049384/Keim-API-PowerPoint-Printed
https://www.scribd.com/document/535914698/API-Rp-581-2nd-Ed-2008
https://www.scribd.com/document/421431261/API-2TOP-Preview
https://www.scribd.com/document/525583077/API-RP-571-2003-mecanismos-de-danos
https://www.scribd.com/document/535914755/API-Rp-581-3rd-Ed-2016
https://www.scribd.com/document/525340036/API-RP-505-RP-FOR-CLASSIFICATION-OF-LOCATIONS
https://www.scribd.com/document/525779245/API-Rp-14c-7th-Ed-Mar-2001
https://www.scribd.com/document/445041484/API-RP-1102-Steel-Pipelines-Crossing-Railroads-and-Highways-pdf
https://www.scribd.com/document/452162250/API-RP-1109-e5-2017-Signages-pdf
https://www.scribd.com/document/530024141/api-rp-557-advanced-control-systems
https://www.scribd.com/document/425464419/RP-652-ENGL
https://www.scribd.com/document/527091712/API-RP-76-Contractor-Safety-Management-for-Oil-and-Gas-Dri1
https://www.scribd.com/document/445765870/API-1166-Excavation-Monitoring-and-Observation
https://www.scribd.com/document/531388755/API-RP-585-2014-Pressure-Equipment
https://www.scribd.com/document/90229463/API-2031-gas-det
https://www.scribd.com/document/531919541/API-RP-580-RiskBase-Inspection
https://www.scribd.com/document/504087674/API-Rp-572-Pressure-Vesselspdf
https://www.scribd.com/document/457934565/API-RP-6AR-1994-pdf
https://www.scribd.com/document/524445753/API-Specification-4F-3rd-Ed-Jan-2008-Specification-for-Drilling-and-Well-Servicing-Structures
https://www.scribd.com/document/460317204/API-RP-14G-1993-pdf
https://www.scribd.com/document/484129305/API-RP-591-1998-pdf
https://www.scribd.com/document/453075034/241666256-API-RP-573-pdf
https://www.scribd.com/document/524529507/API-RP-2009-7TH-R-2020
https://www.scribd.com/document/538042569/API-RP-45-Analisis-de-Aguas-Aceitosas
https://www.scribd.com/document/373910047/318053665-RP-13-D-Rheology-and-Hydraulics-of-Oil-Well-pdf
https://www.scribd.com/document/527298920/API-1104
https://www.scribd.com/document/394097400/API-572-Inspection-of-Pressure-Vessels-Towers-Drums-Reactors-Heat-Exchangers-And-Condensers
https://www.scribd.com/document/530023591/API-579-1-Fitness-for-Service
https://www.scribd.com/document/448806767/apiinternationalstandardsreport
https://www.scribd.com/document/456590232/API-SP-13A-Materials
https://www.scribd.com/book/282654250/A-Quick-Guide-to-API-653-Certified-Storage-Tank-Inspector-Syllabus-Example-Questions-and-Worked-Answers
https://www.scribd.com/document/539662667/API-RP-580
https://www.scribd.com/document/539662664/API-RP-752-2003
https://www.scribd.com/document/544895668/API-RP-2003-1998
https://www.scribd.com/document/528444205/API-526-2002
https://www.scribd.com/document/534928397/API-Spec-2w-4th-Ed-Tcmp
https://www.scribd.com/document/425464554/RP-5LW
https://www.scribd.com/document/533909807/API-14B-1
https://www.scribd.com/document/531653546/API-571-2nd-Edition-April-2011
https://www.scribd.com/document/528568379/API-16F-R2010-A2-1st-Edition-Marine
https://www.scribd.com/document/529889057/API-12-j
https://www.scribd.com/document/338007718/API-RP920-Prevention-of-Brittle-Fracture-of-Pressure-Vessels-1990
https://www.scribd.com/document/534928314/API-5ct-2001-Casing-Tubing
https://www.scribd.com/document/535447423/API-Guide-to-Reporting-Process-Safety-Events
https://www.scribd.com/document/539826160/API-4F-2008-Specification-for-Drilling-and-Well-Servicing-Structures
https://www.scribd.com/document/528793964/API-5L-45th-Edition
https://www.scribd.com/document/534322398/api-681
https://www.scribd.com/document/531263574/RP-9B
https://www.scribd.com/document/534182948/API-598
https://www.scribd.com/document/454904899/API-RP-11G-5th-Ed-2013-Recommended-Practice-for-Installation-Maintenance-and-Lubrication-of-Pumping-Units-1-pdf
https://www.scribd.com/document/537144405/API-651-2014
https://www.scribd.com/document/533689867/510-API-ASME-Pressure-Vessel-Inspection-Code
https://www.scribd.com/document/528130224/API-551-Process-Measurement-Instrumentation-2007
https://www.scribd.com/document/534567333/67990084-API-Spec-7
https://www.scribd.com/document/541185270/API-RP-580-Risk-Based-Inspection
https://www.scribd.com/document/525404049/%D8%A7%D8%B3%D8%AA%D8%A7%D9%86%D8%AF%D8%A7%D8%B1%D8%AF-API-686-2009
https://www.scribd.com/document/539662668/API-RP-13I-2000
https://www.scribd.com/document/530579543/API-660-2015
https://www.scribd.com/document/539662675/API-RP-10B-1997
https://www.scribd.com/document/541417379/API-5L-Specification-for-Line-Pipe
https://www.scribd.com/document/88962850/API-65e1
https://www.scribd.com/document/352753250/API-14E-Design-Installation-of-Offshore-Production-Platform-Piping-Systems-1991
https://www.scribd.com/document/244885737/API-RP-14E-1991
https://www.scribd.com/document/396743543/API-RP-2350-1996-2Ed
https://www.scribd.com/document/373943279/API-0002RD-RP-1998
https://www.scribd.com/document/398415280/API-RP-2A-WSD-2000
https://www.scribd.com/document/281891141/API-RP-14E-1991-pdf
https://www.scribd.com/doc/37146268/API-934-C-2008-for-1

https://www.scribd.com/document/499800884/API-RP-7A1-1992-11-01-1st-Ed
https://www.scribd.com/document/415562621/API-Spec-5Crl-Plates-Quenched-and-Tempered-for-Pili
https://www.scribd.com/document/527996892/API-STD-675-94
https://www.scribd.com/document/463147593/API-MPMS-7-3-R2016
https://www.scribd.com/document/532908284/API-653
https://www.scribd.com/document/536058039/API-51R-e1-1
https://www.scribd.com/document/402875570/Pipeline-Safety-Standards-Sheet-1177-Dra
https://www.scribd.com/document/526791459/API-620-2010-Ingles
https://www.scribd.com/document/511180299/API-Bulletin-587-may-2021
https://www.scribd.com/document/527996023/API-STD-2015-01
https://www.scribd.com/document/461398261/API-572-2001-RP-Inspection-of-Pressure-Vessels
https://www.scribd.com/document/191241460/Previews-API-5B-e15-Pre
https://www.scribd.com/document/426291955/API-Rp-14c-2001-Pag-3
https://www.scribd.com/document/536756993/API-RP-53-Blowout-Prevention-Equipment-Systems-for-Drilli1
https://www.scribd.com/doc/262244404/241987449-API-RP-4G-Measurement-Standards-pdf
https://www.scribd.com/document/493806750/RP-2N
https://www.scribd.com/document/479099707/API-RP-5B1-1999-add1-2004-pdf
https://www.scribd.com/document/450441273/Api-577-2013-pdf
https://www.scribd.com/document/542038239/API-RP-7A1-1992-1999-scan
https://www.scribd.com/document/448247511/Oil-Gas-API-RP-755-Technical-Report-April-2010
https://www.scribd.com/document/531039430/API-RP-76-Contractor-Safety-Management-for-Oil-and-Gas-Drilling-and-Production-Operations-2nd-Edition-Nov-2007
https://www.scribd.com/document/534647739/API-934-RP-Dec-00
https://www.scribd.com/document/517589335/API-RP-530-FORNOS-CALCULATION-OF-HEATER-TUBE-THICKNESS
https://www.scribd.com/document/520529197/2011-API-RP-571-2nd-Edition-Cover
https://www.scribd.com/document/474558374/kupdf-net-api-14l-sc19-pdf
https://www.scribd.com/document/484972553/previews-API-RP-1161-e3-pre
https://www.scribd.com/document/485841212/api-rp-572-pressure-vesselspdf-pdf
https://www.scribd.com/document/457148859/API-RP-10B-1997-pdf
https://www.scribd.com/document/485651412/API-RP-500-1997-Area-Clasificada-pdf
https://www.scribd.com/document/540929428/API-RP-582-2009-Welding-Guidelines-for-the-Chemical-Oil-and-Gas-Industries
https://www.scribd.com/document/443311664/RP-7A1
https://www.scribd.com/document/431159771/dokumen-tips-api-rp-552-1994-pdf
https://www.scribd.com/document/376459558/API-RP65
https://www.scribd.com/doc/106397789/API-RP-07L-Remanufacture-Drilling-Equipment-1995
https://www.scribd.com/doc/260629964/API-RP-520-Alivios-de-Presion
https://www.scribd.com/document/110577162/API-RP-14E-1991-DISENO-PLATAF
https://www.scribd.com/document/432551234/API-RP-05C6-Welding-Connections-to-Pipe-1996
https://www.scribd.com/document/384388610/API-RP-16E-Design-of-Control-Systems
https://www.scribd.com/document/377190755/API-RP510-1997-2001
https://www.scribd.com/document/496827121/API-1631
https://www.scribd.com/document/460517989/Norma-API-16-ST-para-Coiled
https://www.scribd.com/document/531039299/API-RP-67-Recommended-Practice-for-Oilfield-Explosives-Safety-2nd-Edition-May-2007
https://www.scribd.com/document/335810725/API12N-Flame-Arrestors
https://www.scribd.com/document/149259653/API-650-2007-Appendix-B
https://www.scribd.com/document/544196308/API-5L9
https://www.scribd.com/document/527868600/20-API-RP-14-J-Peligros-en-Facilidades-de-Produccion
https://www.scribd.com/document/535440540/API-526
https://www.scribd.com/document/459448564/API-Bull-2INT-DG-2007-pdf
https://www.scribd.com/document/411379121/API-RP-13C-Mud-Processing-Systems-pdf
https://www.scribd.com/document/422185909/Innovation-Api
https://www.scribd.com/document/376445935/API-RP-580-RBI-1st-Ed-May-2002-pdf
https://www.scribd.com/document/504889169/offshore-safety-api
https://www.scribd.com/document/542904744/API-510
https://www.scribd.com/document/544196303/API-5L3
https://www.scribd.com/document/538966066/API-MPMS-3-6
https://www.scribd.com/document/538737853/API-RP-574-2009-Inspection-Practices-for-Piping-System-Components
https://www.scribd.com/document/544959408/Api-75-2004
https://www.scribd.com/document/542375354/API-RP-1102-Steel-Pipelines-Crossing-Railroads-and-Highways-PDF
https://www.scribd.com/document/544411863/API-2510-2001-Design-Construction-LPG-Installations
https://www.scribd.com/document/440898055/HOT-TAP-API-RP-2201-5%C2%AA-2003-pdf
https://www.scribd.com/document/544661252/API-MPMS-Chp-3-Tank-Gauging-Sec-1A
https://www.scribd.com/document/445600304/API-RP-5B1-Gauging-And-Inspection-Of-Casing-Tubing-And-Line-Pipe-Threads-pdf
https://www.scribd.com/document/544660294/API-RP-5A3-Recommended-Practice-on-Thread-Compounds-for-Casing-Tubing-and-Line-1996
https://www.scribd.com/document/543709209/API-RP-575-3rd-Ed-April-2014-Inspection-Practices-for-Atmospheric-and-Low-Pressure-Storage-Tank
https://www.scribd.com/document/508823523/API-Rp-8b-Blog-Corona-Viajero-Mesa-Rotaria
https://www.scribd.com/document/511023257/API-RP-572-2001-Inspection-of-pressure-vessels
https://www.scribd.com/document/507306959/API-MPMS-17-8
https://www.scribd.com/document/539171796/API-570
https://www.scribd.com/document/538345184/API-RP520-Part-II
https://www.scribd.com/document/484175824/API-RP-65-1-Cementing-Shallow-Water-Flow-Zones-in-Deep-Water-Wells
https://www.scribd.com/document/536456429/API-2009
https://www.scribd.com/document/538182587/API-INSP-510-2003
https://www.scribd.com/document/482695742/API-570-CHINESE-2009-11-01
https://www.scribd.com/document/539936265/API-2510-05-2001
https://www.scribd.com/document/531355726/API-510-Pres-Vessel-Inspection-Code-2001
https://www.scribd.com/document/498123916/API-RP-2350-Overfill-Protection-for-Storage-Tanks-in-Petroleum-Facilities
https://www.scribd.com/document/455104325/API-2MT2-2015-pdf
https://www.scribd.com/document/418306079/RP-11V2-GL-Performance-Test
https://www.scribd.com/document/544660299/API-RP-2X-Ultrasonic-and-Magnetic-Examination-of-Offshore-Structural-Fabrication-and-Guidelines-for-Qualification-of-Technicians-1996
https://www.scribd.com/document/544922929/API-2610-2005
https://www.scribd.com/document/543233647/API-941
https://www.scribd.com/document/538220792/API-551-Process-Measurement-Instrumentation
https://www.scribd.com/document/537264538/API-Recommended-Practice-54-Occupational-Safety-2
https://www.scribd.com/document/544196305/API-5L7
https://www.scribd.com/document/540331160/API-SPEC-15LR-2002
https://www.scribd.com/document/541929994/RP-5B1

https://www.scribd.com/document/537777511/API-Hot-Tapping
https://www.scribd.com/doc/...
https://www.scribd.com/document/...
https://www.scribd.com/document/368260699/API-RP-686-Recommended-Practice-for-Machinery-Installation-pdf
https://www.scribd.com/document/376446172/API-RP-572-Inspection-of-Pressure-vessels-Fev-2001-pdf
https://www.scribd.com/document/525907406/API-1109-Marking-Liquid-Petroleum-Pipeline-Facilities-93
https://www.scribd.com/document/528568373/API-6F2-1999-3rd-Edition-Technical
https://www.scribd.com/document/429486381/Api-Spec-1B
https://www.scribd.com/document/474116127/API-50-pdf
https://www.scribd.com/document/517965991/API-578-2018-Marked-H
https://www.scribd.com/document/258851419/Webinar-session-3-Slides
https://www.scribd.com/doc/201171580/API-580-Index
https://www.scribd.com/document/527889026/API-510-2006
https://www.scribd.com/document/472324200/API-572-Inspection-of-Press-Vessel-pdf
https://www.scribd.com/document/536131482/Api-510-edi-2006
https://www.scribd.com/document/538737851/API-576-Inspection-PSV
https://www.scribd.com/document/550215908/Dokumen-tips-API-Rp-576
https://www.scribd.com/document/546211222/API-Rp-1632pdf-Compress
https://www.scribd.com/document/527264846/API-572-Inspection-for-PV
https://www.scribd.com/document/547437491/API-RP-7L
https://www.scribd.com/document/546896964/API-RP-13C-Mud-Process-1996
https://www.scribd.com/document/546896952/API-RP-14J-Haz-Analysis-2001
https://www.scribd.com/document/546896972/API-RP-16Q-Drilling-Riser-1993
https://www.scribd.com/document/546896947/API-RP-17G-Completion-Workover-Riser
https://www.scribd.com/document/546896954/API-RP-12N-Firebox-Flame-Arrestors-1994
https://www.scribd.com/document/546896941/API-RP-13J-Heavy-Brines-1997
https://www.scribd.com/document/244124898/API-Summit-2013
https://www.scribd.com/document/551839026/QRI-API-RP-652-Linings-of-Aboveground
https://www.scribd.com/document/546896958/API-Rp-53-BOP-Equipment-Systems-1997
https://www.scribd.com/document/546896961/API-RP-13E-Shaker-Screens
https://www.scribd.com/document/547933350/API-576-Inspection-Pressure-Relief-Devices-1992
https://www.scribd.com/document/524149561/API-STD-674-Bombas-Reciprocantes
https://www.scribd.com/document/535956357/API-RP-576-4th-Edition-April-2017
https://www.scribd.com/document/549590657/API-505-2018
https://www.scribd.com/document/525084176/API-RP-Limpieza-de-Tanques-de-Almacenamiento
https://www.scribd.com/document/356572848/API-RP-08B-Hoisting-Equipment-1997
https://www.scribd.com/document/533295224/API-STD-520-2010
https://www.scribd.com/document/454904903/API-RP-11G-5th-Ed-2013-Recommended-Practice-for-Installation-Maintenance-and-Lubrication-of-Pumping-Units-pdf
https://www.scribd.com/document/525957274/14-API-RP-14C-Basic-Surface-Safety-Systems-on-Offshore-Production-Platforms
https://www.scribd.com/document/534607574/API-620
https://www.scribd.com/document/533237526/API-Std-Selection-And-Installation-of-Pressure-Relieving-Devices-in-Refineries-Part-1-Sizing-and-Selection-by-American-Petroleum-Insti
https://www.scribd.com/document/546896933/API-RP-11S2-Submersible-Pumps-1997
https://www.scribd.com/document/547891292/API-RP-64-Recommended-Practices-for-Diverter-Systems-Equip1
https://www.scribd.com/document/548237168/API-RP-10B-2-April-2013
https://www.scribd.com/document/526858071/API-RP-584-1st-May-2014-Integrity-Operating-Windows
https://www.scribd.com/document/534213461/API-RP-11V8-Gas-Lift-System-Design-and-Performance-Prediction
https://www.scribd.com/document/425845121/API-2F-Mooring-Chain
https://www.scribd.com/doc/230189951/API-Rp-5lw-Linepipe-Marine-Transport
https://www.scribd.com/document/543421725/API-970-2017
https://www.scribd.com/document/548451620/API-RP-53-BOP-equipment-for-Drilling
https://www.scribd.com/document/546674884/API-RP-572-Recipientes-a-Presion
https://www.scribd.com/document/188376351/API-RP-554-Process-Control-Instrument
https://www.scribd.com/document/524394537/API-1169-Pipeline-Construction-Inspector-Certification-WRGC-2014
https://www.scribd.com/document/525144024/API-7L-R2012-1st-Edition-Procedures
https://www.scribd.com/document/525340051/API-Rp-500-Classification-of-Locations-at-Petroleum-Facilities
https://www.scribd.com/document/547515482/1-1-API-RP-44-Sampling-2nd-Ed
https://www.scribd.com/document/536753665/API-RP-7L-Procedures-for-Inspection-Maintenance-Repair1
https://www.scribd.com/document/543295885/API-2610-ed2
https://www.scribd.com/document/545771721/API-rp-2d-Operation-and-Maintenance-of-Offshore-Cranes-by-API-Z-lib-org
https://www.scribd.com/document/550403403/API-11BR
https://www.scribd.com/document/544196309/API-5L8
https://www.scribd.com/document/546896965/API-RP-51-Onshore-Oil-and-Gas-Production-Practices-for-Prote
https://www.scribd.com/document/550117441/API-570
https://www.scribd.com/document/548237175/API-RP-10A-24rd-01-Dec-2010
https://www.scribd.com/document/545170660/API-RP-2GEO-ADDENDUM-1-OCTOBER-2014-Geotechnical-and-Foundation-Design
https://www.scribd.com/document/550117442/API-510
https://www.scribd.com/document/525127444/API-TR-941-2008-09
https://www.scribd.com/document/521444397/API-5L3
https://www.scribd.com/document/547444155/AP%C4%B0-5DP
https://www.scribd.com/document/527132769/API-RP-571-Damage-Mechanisms-Affecting-Fixed-Equipment-in-the-Refining-Industry-by-American-Petroleum-Institute-Z-lib-org-1
https://www.scribd.com/document/527395983/API-570-JUNE-2006
https://www.scribd.com/document/543402682/API-1160-2019
https://www.scribd.com/document/489449292/API-RP-556-1997-Instrumentacion-Hornos-y-Calderas-pdf
https://www.scribd.com/document/550540680/api-14e-e5
https://www.scribd.com/document/349739335/Anexo-N-1-Norma-API-RP-7L-pdf
https://www.scribd.com/document/544955220/API-575-2020
https://www.scribd.com/document/525173488/API-13A-Specifications
https://www.scribd.com/document/547437829/API-Rp-5b1-%D0%A0%D0%B5%D0%BA%D0%BE%D0%BC%D0%B5%D0%BD%D0%B4%D0%BE%D0%B2%D0%B0%D0%BD%D0%BD%D0%B0%D1%8F-%D0%9A%D0%BE%D0%BD%D1%82%D1%80%D0%BE%D0%BB%D1%8C-%D0%A0%D0%B5%D0%B7%D1%8C%D0%B1%D1%8B-%D0%9E%D0%B1%D1%81%D0%B0%D0%B4%D0%BD%D1%8B%D1%85-%D0%91%D1%83%D1%80%D0%B8%D0%BB%D1%8C%D0%BD%D1%8B%D1%85-%D0%9B%D0%B8%D0%BD%D0%B8%D0%B9%D0%BD%D1%8B%D1%85-%D0%A2%D1%80%D1%83%D0%B1-%D0%B8-%D0%9D%D0%B0%D1%81%D0%BE%D1%81%D0%BD%D0%BE-%D0%9A%D0%BE%D0%BC%D0%BF%D1%80%D0%B5%D1%81%D1%81%D0%BE%D1%80%D0%BD%D0%BE%D0%B3%D0%BE-%D0%91%D1%83%D1%80%D0%B8%D0%BB%D1%8C%D0%BD%D0%BE%D0%B3%D0%BE
https://www.scribd.com/document/530640123/API-RP-576-3rd-Ed-Nov-2009-Inspection-of-Pressure-relieving-Devices
https://www.scribd.com/document/546896757/API-510-Pressure-Vessels-2001
https://www.scribd.com/document/535507856/API-RP-2219-Publication-Safe-Operationof-Vacuum-Trucks-in-Petroleum-Service
https://www.scribd.com/document/541560150/API-RP-2A-WSD-Constructing-of-fixed-offshore-platforms
https://www.scribd.com/document/543421723/API-11S2-2013
https://www.scribd.com/document/501882768/API-751-pdf
https://www.scribd.com/document/546491154/Dokumen-tips-API-Rp-1632-3rd-1996-18p-Cathodic-Protection-of-Underground-Petroleum-Storage-Tanks-and-Piping-Systems

https://www.scribd.com/document/542435017/Catalogo-de-Normas-API-2006
https://www.scribd.com/document/... API-RP-2Z-1998Add
https://www.scribd.com/document/... API-RP-551-1993-ReaddAdd
https://www.scribd.com/document/547629920/API-MPMS-7-1-Toma-de-Temperatura-con-Termometro-de-Vidrio
https://www.scribd.com/document/550168946/API-619-5th
https://www.scribd.com/document/550673424/API-RP-59-Well-Control
https://www.scribd.com/document/547366155/API-RP-551-Ed-1
https://www.scribd.com/document/540017711/API-RP-1102-APR-1993
https://www.scribd.com/document/549601711/API-RP-583-2021
https://www.scribd.com/document/546896969/API-RP-14F-Electrical-Systems-1999
https://www.scribd.com/document/502839467/API-5L2-internal-coat
https://www.scribd.com/document/531090045/API-RP-2T-Planning-designing-and-Constructing-of-Tension-Leg-Platforms
https://www.scribd.com/document/549739832/API-505-e1-reaffirmation-1
https://www.scribd.com/document/525127879/API-941-2020
https://www.scribd.com/document/545327496/API-12J
https://www.scribd.com/document/482280198/api-17b-docx
https://www.scribd.com/document/445943142/API-RP-8B-2002-RP-for-proced-for-insp-maint-repair-and-remanufacture-of-hoisting-equip
https://www.scribd.com/document/544227489/API-572-2016
https://www.scribd.com/document/531355721/API-510-2006
https://www.scribd.com/document/425464669/RP-5L2
https://www.scribd.com/document/456963012/API-D10
https://www.scribd.com/document/543852744/API-1111-2015
https://www.scribd.com/document/538826761/API-580-RBI
https://www.scribd.com/document/543852566/API-2000
https://www.scribd.com/document/548391253/API-652-2005
https://www.scribd.com/document/540084472/API-554-Process-Instrumentation-and-Controlpdf-Compress
https://www.scribd.com/document/536123262/API-5L-2007
https://www.scribd.com/document/539822327/API-752-2009-Management-of-Hazards-Associated-With-Location-of-Process-Plant-Permanent-Buildings
https://www.scribd.com/document/550168906/API-574
https://www.scribd.com/document/535645701/Flame-Arresters-in-Piping-Systems-API-2028
https://www.scribd.com/document/488723886/RP-669-1st-Edition-Ballot-Draft-pdf
https://www.scribd.com/document/549025787/API-Publication-2030
https://www.scribd.com/document/537411078/API-5L
https://www.scribd.com/document/527996044/API-675
https://www.scribd.com/document/430936118/5-API-RP-505-02-API-RP-505-Recommended-Practice-for-Classification-of-Location-for-Electrical-Installation-at-Petroleum-Facility
https://www.scribd.com/document/531257213/API-5L
https://www.scribd.com/document/541547388/API-537-2003
https://www.scribd.com/document/487334722/RP-591
https://www.scribd.com/document/541855433/API-Spec-17d-2011
https://www.scribd.com/document/528194774/API-13B1
https://www.scribd.com/document/534457059/API-5L-2015
https://www.scribd.com/document/521315307/api-2c-2004
https://www.scribd.com/document/542017187/API-650
https://www.scribd.com/document/546827576/API-582-Edition-2
https://www.scribd.com/document/536181019/API-510-9th-2006-Pressure-Vessel-Inspect
https://www.scribd.com/document/544499452/Crane-Operations-API-RP2D-6th-Ed-May07-1
https://www.scribd.com/document/536456423/API-2027
https://www.scribd.com/document/525760820/API-5L
https://www.scribd.com/document/527298917/API-12J-Spec-for-Oil-Gas-Sepaartor-89
https://www.scribd.com/document/550403386/API-Spec-11b
https://www.scribd.com/document/512819664/RP-T4-Training-of-Offshore-Personnel-in-Nonoperating-Emergencies-Second-Edition
https://www.scribd.com/document/534563282/API-573-2013
https://www.scribd.com/document/561620404/API-650-Code-Pages
https://www.scribd.com/document/545327488/API-12K
https://www.scribd.com/document/539638392/API-SPEC-16D-2004-1
https://www.scribd.com/document/534148760/API-Recommended-Practice-585-2014
https://www.scribd.com/document/544192653/API-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
https://www.scribd.com/document/543545891/API-660-ED-2020
https://www.scribd.com/document/535564976/API-580-Risk-Based-Inspection
https://www.scribd.com/document/549920130/API-560-5th-Edition
https://www.scribd.com/document/469486933/API-544
https://www.scribd.com/document/468322062/API-RP-8B-2002-RP-for-proced-for-insp-maint-repair-and-remanufacture-of-hoisting-equip-pdf
https://www.scribd.com/document/541265621/API-STD-521-for-flare-sizing-version-2008
https://www.scribd.com/document/457553319/API-MPMS-7-2-2019
https://www.scribd.com/document/545975869/361299300-API-1102-Steel-Pipelines-Crossing-Railroads-and-Highways-PDF
https://www.scribd.com/document/538342335/API-RP520-Part-I
https://www.scribd.com/document/536349302/API-Rp574-1998-Piping
https://www.scribd.com/document/487740938/API-585-PEI-Incident-Investigation-pdf
https://www.scribd.com/document/543549049/API-570-2009
https://www.scribd.com/document/551181853/API-570-2009
https://www.scribd.com/document/527889031/API-570-2009
https://www.scribd.com/document/539936249/API-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
https://www.scribd.com/document/544660300/API-RP-5L1-Railroad-Transportation-of-Line-Pipe-1997
https://www.scribd.com/document/535908043/API-5L-2004
https://www.scribd.com/document/512819758/RP-T-7-Training-of-Personnel-in-Rescue-of-Persons-in-Water-Second-Edition
https://www.scribd.com/document/526778088/API-653-Tank-Inspection-Alteration-and-Repair
https://www.scribd.com/document/523948858/API-5L-2004
https://www.scribd.com/doc/250136605/API-RP-13B-1-Field-Testing-for-Water-Based-Drilling-Fluids-1
https://www.scribd.com/document/544955419/API-5CT-2011
https://www.scribd.com/document/544660367/API-RP-2N-Planning-Designing-and-Constructing-Structures-and-Pipelines-for-Arctic-Conditions-1995
https://www.scribd.com/document/544660333/API-RP-5C5-Evaluation-Procedures-for-Casing-and-Tubing-Connections-1996
https://www.scribd.com/document/59049423/API-RP-17A-Design-and-Operation-Subsea-Production-Systems-1996
https://www.scribd.com/document/546420325/API-STD-598-2009
https://www.scribd.com/document/483529468/API-RP-578-1st-edition-May-1999-Alloy-Pipeing-Materials-pdf
https://www.scribd.com/document/542077626/API-STD-598
https://www.scribd.com/document/529605389/RP-54-e4
https://www.scribd.com/document/225360274/API-HF3

https://www.scribd.com/document/538819681/API-682
https://www.scribd.com/doc/31476290/API-RP-2A-WSD-Recmd-Pract-for-Plng-and-Constructfixed-off
https://www.scribd.com/document/338818177/API-686-2-Machinery-Installation-Practice
https://www.scribd.com/document/512201267/API-Bulletin-587-may-2021
https://www.scribd.com/document/328460057/API-5L-Edition-2007-Oke
https://www.scribd.com/document/539962669/API-650
https://www.scribd.com/document/543852570/API-650
https://www.scribd.com/document/541747273/API-571-2nd-2011-Damage-Mechanisms-Affecting-Fixed-Equipment
https://www.scribd.com/document/549725299/API-520-2000

are infringing upon API's exclusive copyright rights and should be removed or disabled.

4) Contact Information:

Joseph Cherayath

Yellow Brand Protection

6060 N. Central Expressway

Dallas, TX 75206

+442033144680

api.ipr@ybrandprotection.com

5) API has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

6) The information in this Notice of Copyright Infringement is accurate, and under penalty of perjury, Yellow Brand Protection is authorized to act on behalf of API, the owner of the exclusive right being infringed.

In addition, API hereby notifies you that the website content that you are hosting at the above-identified links is in violation of API's Terms and Conditions, located at: https://www.api.org/terms-and-conditions. Namely, it infringes on the copyright and trademark rights of API.

Sincerely,

*Joseph*

Joseph Cherayath

**Yellow Brand Protection**
On behalf of
**American Petroleum Institute**

American Petroleum IPR <api.ipr@ybrandprotection.com>
Wed 2/23/2022 3:23 PM
To: copyright@scribd.com <copyright@scribd.com>

📎 2 attachments (252 KB)
Copyright Declaration (9-16-20).pdf; POA- Yellow Brand (1-24-20) (1).pdf;

To Whom It May Concern,

We are authorized to act on behalf of American Petroleum Institute ("API") with respect to intellectual property and other matters.

This letter is to notify you and all related entities thereto that the content hosted by scribd.com, LLC at the links set forth below, presumably for one or more of your users, infringes the intellectual property rights of API.

In order to expedite the removal of the infringing content, we are submitting this Notice of Copyright Infringement and request that you expeditiously remove or disable access to the material hosted at the URL listed below, as required under the Copyright Act. The following sets forth the statutorily required elements of our Notice of Copyright Infringement:

1) Yellow Brand Protection is authorized to send this notice of infringement and demand. API is the owner of an exclusive right that is claimed to be infringed. The signature of Joseph Cherayath, Yellow Brand Protection's authorized representative is set forth below.

2) The copyrighted works that are being infringed are: American Petroleum Institute's copyrighted materials which can be found on their website https://www.api.org/.

3) The products located at:

https://www.scribd.com/document/335264557/API-598
https://www.scribd.com/document/525840465/API-STD-1104-21-Ed-2021
https://www.scribd.com/document/362460508/API-Std-598-Valve-Inspection-and-Testing-2004
https://www.scribd.com/doc/311713964/api-610-11th
https://www.scribd.com/document/374950906/API-609-Butterfly-Valves-Double-Flanged-Lug
https://www.scribd.com/document/535523196/API-STD-617
https://www.scribd.com/document/400559225/API-STD-672-2004
https://www.scribd.com/document/492864946/API-STD-608
https://www.scribd.com/doc/148497681/API-STD-607-1993-PDF
https://www.scribd.com/document/555981296/API-STD-2RD-Dynamic-Risers-for-Floating
https://www.scribd.com/document/394706652/API-608
https://www.scribd.com/document/555484505/API-STD-617-2014-8TH-ED
https://www.scribd.com/document/546896940/API-RP-13I
https://www.scribd.com/document/341982566/API-2H
https://www.scribd.com/document/375077397/api-598-%EB%B2%88%EC%97%AD-pdf
https://www.scribd.com/document/537144403/API-622
https://www.scribd.com/document/525340118/API-STD-53-DIC-2018-5-edition-pdf
https://www.scribd.com/document/466056234/API-599-Metal-Plug-Valves-pdf
https://www.scribd.com/document/539566483/API-Std-608-Metall-Ball-Valves-Flanged-Threaded-and-Welding-Ends
https://www.scribd.com/document/527996346/API-STD-1104-99
https://www.scribd.com/document/546420525/API-STD-607-1993
https://www.scribd.com/document/546420691/API-STD-599-1994
https://www.scribd.com/document/374286818/API-590
https://www.scribd.com/document/546420355/API-STD-599-1994
https://www.scribd.com/document/528257765/API-STD-607-2005
https://www.scribd.com/document/534851501/API-STD-607-1993
https://www.scribd.com/document/549590747/API-RP-2021
https://www.scribd.com/document/321948829/%D0%A0%D1%83%D1%81%D1%81%D0%BA%D0%B8%D0%B9-API-6D-2014
https://www.scribd.com/document/458445947/API-MPMS-6-4-2007-2012
https://www.scribd.com/document/546420572/API-STD-609-1997
https://www.scribd.com/document/546420536/API-STD-608-2009
https://www.scribd.com/document/342282577/254748805-api-598-%EB%B2%88%EC%97%AD-pdf
https://www.scribd.com/document/397184785/API-MPMS-14-10
https://www.scribd.com/document/328205443/API-5b-Part1
https://www.scribd.com/document/538819988/API-617-6th-Ed-Feb-1995-Centrifugal-Compressors
https://www.scribd.com/document/537009109/API-Std-600-Valves
https://www.scribd.com/document/555228809/API-2001
https://www.scribd.com/document/335580497/API-608-2002-pdf
https://www.scribd.com/document/347816711/API-2350
https://www.scribd.com/document/227631769/Ppt-API-Tank-Standards
https://www.scribd.com/document/546420352/API-STD-600-2001
https://www.scribd.com/document/531836168/API-611-2014
https://www.scribd.com/document/512694548/API-std-624-2-2014
https://www.scribd.com/document/516796403/API-8c-Compress
https://www.scribd.com/document/539936218/API-2217A-01-2005
https://www.scribd.com/document/503457522/Fdocuments-in-API-St-2000-Venting-Atmospheric-and-Low-Pressure-Storage-Tankspdf

https://www.scribd.com/document/461092579/API-677-2006-pdf
https://www.scribd.com/document/339442344/API-Std-910-Machinery
https://www.scribd.com/document/485875393/API-STD-25100-pdf
https://www.scribd.com/document/550177607/API-Std-613-4th-1995
https://www.scribd.com/doc/266302522/API-STD-674
https://www.scribd.com/document/527996509/API-STD-682-84
https://www.scribd.com/document/367801981/API-620
https://www.scribd.com/document/548497261/API-Std-662
https://www.scribd.com/document/546674840/API-STD-618
https://www.scribd.com/document/519427438/API-STD-650
https://www.scribd.com/document/540050520/API-STD-936-2014
https://www.scribd.com/document/534647760/API-STD-6FA-2020
https://www.scribd.com/document/492864919/API-STD-607
https://www.scribd.com/document/543295865/Qdoc-tips-API-Std-2610pdf
https://www.scribd.com/document/490086958/API-Specification-15LR-pdf
https://www.scribd.com/document/420212883/API-662-pdf
https://www.scribd.com/document/390922498/API-STD-1104-PDF
https://www.scribd.com/document/390672270/API-Std-526-pdf
https://www.scribd.com/document/440968286/API-20E-2-1
https://www.scribd.com/document/387934162/API-609
https://www.scribd.com/document/394289008/API-RP-2201-2010-Safe-Hot-Tapping-Practices-in-the-Petroleum-and-Petrochemical-Industries-en-Es
https://www.scribd.com/document/343958141/5-API-PUB-850-620-650-653-97
https://www.scribd.com/document/533149542/API-671-4TH-EDITION
https://www.scribd.com/presentation/355937283/Curso-API-653-ASME-R2008-06-ppt
https://www.scribd.com/document/399886119/API-602-1998-pdf
https://www.scribd.com/document/472053730/API-677-3rd-2006-General-Purpose-Gear-Units-for-Petroleum-Chemical-and-Gas-Industry-Services
https://www.scribd.com/document/550177600/API-Std-618-5th-Ed-2009
https://www.scribd.com/document/472808310/API-TR-21TR1-pdf
https://www.scribd.com/document/554432230/API-6H
https://www.scribd.com/document/355320952/api-6d-1994-%EC%86%A1%EC%9C%A0%EA%B4%80-%EB%B0%B8%EB%B8%8C-%EC%82%AC%EC%96%91%EC%84%9C
https://www.scribd.com/document/411633691/API
https://www.scribd.com/document/528257455/API-600
https://www.scribd.com/doc/285401371/API-1160-Traduccion
https://www.scribd.com/presentation/310751238/2013-NISTM-API-Tank-Standards
https://www.scribd.com/document/404339857/API-534-2007-pdf
https://www.scribd.com/document/476846007/api-620-russian
https://www.scribd.com/document/467789089/API-TR-6AF2-1999-Capabilities-of-API-Integral-Flanges-Under-Combination-of-Loading-Phase-II-2-pdf
https://www.scribd.com/document/344008173/API-571-FRANCE-pdf
https://www.scribd.com/document/332582348/API-17F
https://www.scribd.com/document/553432374/API-Std-600-40th-Edition-2021-Steel-Gate-Valves-Flanged-and-Butt-welding-Ends-Bolted-Bonnets
https://www.scribd.com/document/391482849/API-5LC
https://www.scribd.com/document/363327818/API-676-Ed2-Positive-Displacement-Pumps-Rotary-1994
https://www.scribd.com/document/525494503/API-Std-Supl-2-1993
https://www.scribd.com/document/340020908/API-2550-part-1
https://www.scribd.com/document/537009009/API-STD-527-Valvulas-de-Seguridad
https://www.scribd.com/document/364634321/API-RP-2009-Safe-Welding-Cutting-and-Hot-Work-PT
https://www.scribd.com/document/375145847/Shell-and-Tube-Heat-Exchangers-For-General-Refinery-Services-pdf
https://www.scribd.com/document/525758740/API-STD-653-Manutencao-em-tanques
https://www.scribd.com/document/361818366/API-537-Flare
https://www.scribd.com/document/502101293/API-Std-680-1987-Instrument-Air-Compressors
https://www.scribd.com/document/211879959/API-650-2012
https://www.scribd.com/document/549985817/API-610-8th-Edition
https://www.scribd.com/doc/282521670/API-12F-pdf
https://www.scribd.com/document/268566880/Composite-List-of-Manufacturers-Licensed-for-Use-of-the-API-Monogram-a0b0e20a96
https://www.scribd.com/document/324841453/API-611-1997
https://www.scribd.com/document/535563111/std-598
https://www.scribd.com/document/520539164/API-1158
https://www.scribd.com/document/323999096/API-600
https://www.scribd.com/document/483631502/API-603
https://www.scribd.com/document/455066431/API-618-STD-1995-06-ED-4
https://www.scribd.com/document/494739411/API-BULL-2U-Stability-Design-of-Cylindrical-Shells
https://www.scribd.com/document/466119460/API-671-3TH-ED-pdf
https://www.scribd.com/document/552809675/API-STD-618-8th-2007-Reciprocating-Compressors-for-Petroleum-Chemical-And-Gas-Industry-Services
https://www.scribd.com/document/454618672/API-599-1994
https://www.scribd.com/document/531083600/API-STD-53-2012-Blow-Out-Prevention-2
https://www.scribd.com/doc/272313890/5-API-674-95
https://www.scribd.com/document/535563108/std-594
https://www.scribd.com/document/427723127/Comprobacion-de-valvulas-y-Pruebas-Segun-API-598
https://www.scribd.com/document/535563110/std-602
https://www.scribd.com/document/549258854/API-19-2-Evaporative-Loss-Measurement
https://www.scribd.com/document/536368790/API-Standard-612
https://www.scribd.com/document/540661983/API-STD-510-Pressure-Vessel-Inspection-Code
https://www.scribd.com/document/538629815/API-STD-510-Pressure-Vessel-Inspection-Code
https://www.scribd.com/document/536962867/API-STD-614-2008-Lubrication-Shaft-Sealing-and-Oil-Control-System-1-pdf

https://www.scribd.com/document/472027601/api-650-653-normadoc-03-2014-archives-pdf
https://www.scribd.com/document/434743409/API-620-10th-Ed-Feb-2002-add-1-y-2-April-2004-Design-and-Construction-of-Large-Welded-Low-Pressure-Storage-Tanks
https://www.scribd.com/document/554695363/API-Pub-327-Aboveground-Storage-Tanks-Standard-Tutorial
https://www.scribd.com/document/524445773/API-8C
https://www.scribd.com/document/517505764/Pdfcoffee-com-API-Std-560-Fired-Heaters-for-General-Refinery-Servicepdf-PDF-Free
https://www.scribd.com/document/555484562/Api-Std-660-Shell-And-Tube-Heat-Exchangers-For-General-Refinery-Services-6Th-2001-41P
https://www.scribd.com/document/483489354/API-599
https://www.scribd.com/doc/305292815/API-527-1991
https://www.scribd.com/document/428037219/API-4-INTRO
https://www.scribd.com/document/322214771/STD-526-PSV
https://www.scribd.com/doc/73492396/API-STD-650-Welded-Steel-Tanks-for-Oil-Storage-1998
https://www.scribd.com/document/391428044/API-526
https://www.scribd.com/document/484956814/API-581-pdf
https://www.scribd.com/document/555662866/API-12F
https://www.scribd.com/document/424447184/Norma-API-579-S-i-xi-Espanol
https://www.scribd.com/document/519142770/API-608-2002
https://www.scribd.com/document/535679957/API-0610-8
https://www.scribd.com/document/362199057/API-2201-Espanol-pdf
https://www.scribd.com/document/493115745/API-653-Presentacion
https://www.scribd.com/document/455703422/API-St-622-2011
https://www.scribd.com/document/472515635/API-RP-14E-1991
https://www.scribd.com/document/537454402/API-MPMS-4-1-05-r2009
https://www.scribd.com/document/326385358/API-2201-pdf
https://www.scribd.com/document/544994629/API-11P
https://www.scribd.com/document/537867781/API-St-662-Plate-Heat-Exchangers-for-General-Refinery-Services
https://www.scribd.com/document/544959459/API-8C-1997
https://www.scribd.com/document/491791138/API-12F
https://www.scribd.com/document/509887465/5-API-RP-14E-91-1
https://www.scribd.com/document/537009426/API-651-2007-en-es
https://www.scribd.com/document/473758484/API-STD-12R1-6TH-ED-2020-Installation-Operation-Maintenance-Inspection-pdf
https://www.scribd.com/document/470279762/290487710-api-576-pdf-pdf
https://www.scribd.com/document/555154658/Manual-of-Petroleum-API-Chapter-20-1
https://www.scribd.com/document/528310175/API-2201-Scanned
https://www.scribd.com/document/538819825/API-618-4th-Ed-Jun-1995-Recip-Compressors
https://www.scribd.com/document/538677720/Kupdf-net-API-619rotary-Compressor
https://www.scribd.com/document/435854209/API-Espanol
https://www.scribd.com/document/546319845/API-STD-53-5th-Ed-2018-Well-Control-Equipment-Systems-for-Drilling-Wells
https://www.scribd.com/doc/250142703/API-650-Ed-11-2007
https://www.scribd.com/doc/310500672/API-598-1990
https://www.scribd.com/document/373876082/API-Rp-14e-1-de-3
https://www.scribd.com/document/373954221/API-650-2010-11va-Edicion-Add-1-y-2
https://www.scribd.com/document/350669955/API-5L-00-pdf
https://www.scribd.com/document/341524641/API-Catalog-03

are infringing upon API's exclusive copyright rights and should be removed or disabled.

4) Contact Information:

Joseph Cherayath

Yellow Brand Protection

6060 N. Central Expressway

Dallas, TX 75206

+442033144680

api.ipr@ybrandprotection.com

5) API has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

6) The information in this Notice of Copyright Infringement is accurate, and under penalty of perjury, Yellow Brand Protection is authorized to act on behalf of API, the owner of the exclusive right being infringed.

In addition, API hereby notifies you that the website content that you are hosting at the above-identified links is in violation of API's Terms and Conditions, located at: https://www.api.org/terms-and-conditions. Namely, it infringes on the copyright and trademark rights of API.

Sincerely,

Joseph Cherayath

(No subject)

American Petroleum IPR <api.ipr@ybrandprotection.com>
Tue 3/29/2022 7:59 AM

To: copyright@scribd.com <copyright@scribd.com>

To Whom It May Concern,

We are authorized to act on behalf of American Petroleum Institute ("API") with respect to intellectual property and other matters.

This letter is to notify you and all related entities thereto that the content hosted by scribd.com, LLC at the links set forth below, presumably for one or more of your users, infringes the intellectual property rights of API.

In order to expedite the removal of the infringing content, we are submitting this Notice of Copyright Infringement and request that you expeditiously remove or disable access to the material hosted at the URL listed below, as required under the Copyright Act. The following sets forth the statutorily required elements of our Notice of Copyright Infringement:

1) Yellow Brand Protection is authorized to send this notice of infringement and demand. API is the owner of an exclusive right that is claimed to be infringed. The signature of Joseph Cherayath, Yellow Brand Protection's authorized representative is set forth below.

2) The copyrighted works that are being infringed are: American Petroleum Institute's copyrighted materials which can be found on their website https://www.api.org/.

3) The products located at:

https://www.scribd.com/document/533149574/API-613-5TH-EDITION
https://www.scribd.com/document/558147995/API-RP-14F-2018
https://www.scribd.com/document/547880349/API-RP-2201-0995
https://www.scribd.com/document/465276093/API-526-Flanged-Steel-Pressure-Relief-Va
https://www.scribd.com/document/424017080/API-686-Traduzida
https://www.scribd.com/document/536882522/API-2026
https://www.scribd.com/document/557790189/API-2610-94-Standard-Design-Construction-Operation-Maintenanc
https://www.scribd.com/document/552661556/API-554
https://www.scribd.com/document/403506413/kupdf-net-api-std-660-2007-shell-and-tube-heat-exchangers-pdf
https://www.scribd.com/document/471036120/API-5LC-1998
https://www.scribd.com/document/539715019/API-20C-2009-2014
https://www.scribd.com/document/438784555/API-STANDARD-620-PDF
https://www.scribd.com/document/559359340/API-2-B-1990
https://www.scribd.com/document/559522205/API-591-User-Acceptance-of-Refinery-Valves
https://www.scribd.com/document/545771653/API-RP-577-by-API-Z-lib-org
https://www.scribd.com/document/556104068/Capitulo-09-Normas-de-Construcao
https://www.scribd.com/document/516686405/API-STD-610-2010-09-Centrifugal-Pumps-for-Petroleum-PDFDrive
https://www.scribd.com/document/516686464/API-STD-610-2010-09-Centrifugal-Pumps-for-Petroleum-PDFDrive
https://www.scribd.com/document/490851027/kupdf-net-tablas-para-drill-collars-y-drill-pipe-api-rp-7g-pdf
https://www.scribd.com/document/477044119/espec-API-12-K-pdf
https://www.scribd.com/document/548173398/API-Standard-616-Gas-Turbines-1998
https://www.scribd.com/document/460876851/API-Bull-6RS-1990-scan
https://www.scribd.com/document/469486827/API-542
https://www.scribd.com/document/439678651/API-0581-Publ-2000-pdf
https://www.scribd.com/document/476097288/API-MPMS-4-1-2005-pdf
https://www.scribd.com/document/440694551/API-Standard-65-Part-2
https://www.scribd.com/document/544411343/API-2210-Flame-Arresters-for-Vents-of-Tanks-Storing-Petroleum-Products
https://www.scribd.com/document/558147452/API-RP-55-2013
https://www.scribd.com/document/560391089/API-SP-11P-Packaged-Reciprocating-Compressors-1989
https://www.scribd.com/document/459249860/API-589-pdf
https://www.scribd.com/document/481959362/kupdf-net-api-rp-582-2001pdf-pdf
https://www.scribd.com/doc/314403243/API-Norma-650-Espanol
https://www.scribd.com/document/500330571/API-4G-RP
https://www.scribd.com/document/537198173/API-5LD
https://www.scribd.com/document/538818396/API-688
https://www.scribd.com/document/556632735/API-SPEC-12F-2019-1
https://www.scribd.com/document/544660928/API-MPMS-Chp-2-Tank-calibration-Sec-2A
https://www.scribd.com/document/499047061/API-2H-2000
https://www.scribd.com/document/528968646/Pdfcoffee-com-API-Rp-577pdf-PDF-Free
https://www.scribd.com/document/560207661/API-2510A-2015-R
https://www.scribd.com/document/538819914/API-677-2nd-Ed-Jul-1997-Gear-Units
https://www.scribd.com/document/493742843/API-5L-Specification-for-Line-Pipe
https://www.scribd.com/document/524493522/API-MPMS-14-1
https://www.scribd.com/document/472025420/docsity-api-6d-specification-for-pipeline-valves-gate-ball-and-ch-pdf
https://www.scribd.com/document/538944430/API-RP-582-2001
https://www.scribd.com/document/323153629/API-1164-Pipeline-SCADA-Security-2nd-Ed
https://www.scribd.com/document/555175734/API-1160-2007
https://www.scribd.com/document/462605407/Api-5L-Specification-For-Line-Pipe-November-1992-pdf
https://www.scribd.com/document/403608009/321948829-%D0%A0%D1%83%D1%81%D1%81%D0%BA%D0%B8%D0%B9-API-6D-2014-pdf
https://www.scribd.com/document/528443906/API-526-2002-en-es
https://www.scribd.com/document/358756755/API-2030-Water-Spray-Sistems-en-Es
https://www.scribd.com/document/535575283/API-670-Machinery-Protection-Systems
https://www.scribd.com/document/524529571/API-6AV2-2020

https://www.scribd.com/document/467392252/API-6D-Valvulas-de-pipe-line-pdf
https://www.scribd.com/document/441173561/API-670-3rd-Ed-1993-Vibration-Axial-Position-and-Bearing-Temperature-Monitoring-Systems-pdf (obscured by header)
https://www.scribd.com/document/414262212/Norma-API-Rp-17a
https://www.scribd.com/document/511076126/API-MPMS-2-2B-Tank-Calibration
https://www.scribd.com/document/555709458/API-MPMS-2-2C
https://www.scribd.com/document/541405298/API-674-Standard
https://www.scribd.com/doc/256372676/API-Norma-650-Castellano
https://www.scribd.com/document/441173561/API-670-3rd-Ed-1993-Vibration-Axial-Position-and-Bearing-Temperature-Monitoring-Systems-pdf
https://www.scribd.com/document/522487576/API-674-Positive-Displacement-Pumps-Reciprocating-1995
https://www.scribd.com/document/471027011/API-Medicion-pdf
https://www.scribd.com/document/558146985/API-RP-574-1998
https://www.scribd.com/document/243142276/API-13I-Pruebas-de-Laboratorio
https://www.scribd.com/document/557044882/Toaz-info-Manual-of-Petroleum-Measurement-Standards-Chapter-4-Proving-Systems-Pr-0fe23147cecc90fb0cb29f65f166ab31
https://www.scribd.com/document/342461582/API-936-2004-Refractory-Installation-QC-pdf
https://www.scribd.com/document/443777279/API-936-FEB-2004-pdf
https://www.scribd.com/document/480854731/API-MPMS-14-1-pdf
https://www.scribd.com/document/525494693/API-Specification-6d-Specification-for-Pipeline-Valves
https://www.scribd.com/document/529965686/Pdfcoffee-com-API-612-PDF-Free
https://www.scribd.com/document/542435239/API-2I-1996
https://www.scribd.com/document/546827499/API-582-Edition-1
https://www.scribd.com/document/484128706/API-STANDART-602-Steel-Gate-valves-pdf
https://www.scribd.com/document/439624355/API-618-5th-Ed-2008
https://www.scribd.com/document/554695374/API-BULL-2V-Flat-Plate-Structures
https://www.scribd.com/document/523759008/314403243-API-Norma-650-Espanol
https://www.scribd.com/document/483576428/API-MPMS-02-2B-1989-1996-2002-Tank-calibration-pdf
https://www.scribd.com/document/362578616/API-615-Valve-Selection-Guide
https://www.scribd.com/document/466983223/API-526-2009
https://www.scribd.com/document/544660892/API-MPMS-Chp-2-Tank-calibration-Sec-2B
https://www.scribd.com/document/493225869/API-5L-2004
https://www.scribd.com/document/529603056/Idoc-pub-API-Rp-582pdf
https://www.scribd.com/document/530213440/Pdfcoffee-com-API-9a-Wire-Spec-PDF-Free
https://www.scribd.com/document/337604368/API-Bulletin-16J-Marine-Riser-pdf
https://www.scribd.com/document/396140978/API-650-pdf
https://www.scribd.com/document/477602010/API-5B-bf7b95b4-4691-42da-ba47-aeb28df9c2ad-13495-pdf
https://www.scribd.com/document/499157324/API610-11-highlights-Compressed-Material
https://www.scribd.com/document/435294787/NORMAS-API-650-pdf
https://www.scribd.com/document/537198620/API-550-Section-13-Alarms-and-Protective-Devices
https://www.scribd.com/document/460268757/Api-650-pdf
https://www.scribd.com/document/370879648/Aqi-661-1992-Heat-Exchanger-pdf
https://www.scribd.com/document/525494692/API-Specification-6D-Specification-for-Pipeline-Valves-1994-50pgs
https://www.scribd.com/document/509242048/API-12J-Oil-and-Gas-Separators
https://www.scribd.com/document/476094990/MPMS-4-1-2000-pdf
https://www.scribd.com/document/528310184/API-Rp-577-Welding-Inspection-and-Metallurgy-2004-2
https://www.scribd.com/document/535117535/API-MPMS-22-4-Testing-Protocol-for-Pressure
https://www.scribd.com/document/535908135/API-Glossary-of-Oilfield-Production-Terminology-GOT-Definitions-and-Abbreviations-1ST-ED-1988
https://www.scribd.com/document/393203795/MPMS-12-2-2-1995-05-00-pdf
https://www.scribd.com/presentation/546420460/API-582-2009-Welding-Guidelines-for-the-Chemicaloil-and-Gas-Industriespdf
https://www.scribd.com/document/492496791/5-API-RP-2201-2010-Actualizada
https://www.scribd.com/document/558281686/API-RP-5A3-2009-ERTA-2011-R2015
https://www.scribd.com/document/486832800/API-Spec-4F-Drilling-Structures-1995-1-pdf
https://www.scribd.com/document/465164312/API-MPMS-CAP-12-2-2-2003-pdf
https://www.scribd.com/document/562462025/17Y-1st-Edition-Ballot
https://www.scribd.com/document/447754877/API-RP-551-1993-pdf
https://www.scribd.com/document/452553548/API-650-Espanol-I-pdf
https://www.scribd.com/document/544660910/API-MPMS-Chp-2-Tank-Calibration-Sec-2C
https://www.scribd.com/document/435520986/SIRE
https://www.scribd.com/document/485777191/77430663-API-12k-oil-field-heaters-spec-pdf
https://www.scribd.com/document/527455928/API-Spec-8C-Drilling-Hoisting-Equipment-1998
https://www.scribd.com/document/532620225/API672-2004-4th-Edition
https://www.scribd.com/document/338143790/API-13I-Pruebas-de-Laboratorio-pdf
https://www.scribd.com/document/538819696/API-614-4th-Ed-Apr-1999-Lub-Shaft-Seal-Control-Oil-Sys-A
https://www.scribd.com/document/525339995/API-16D-3-ra-EDITION-NOV-2018-pdf
https://www.scribd.com/document/554695446/API-Spec-SLC-Specification-for-CRA-Line-Pipe
https://www.scribd.com/document/402551652/edoc-site-api-13i-pruebas-de-laboratoriopdf-pdf
https://www.scribd.com/document/530679163/Chapter-2-Tank-Calibration-Seccion-2-A
https://www.scribd.com/document/525238166/API-7K-Drilling-Equipment-5th-Edition
https://www.scribd.com/document/544411407/Manual-of-Petroleum-Measurement-Standards-Chapter-12
https://www.scribd.com/document/563780532/Spec-5CT-Edicion-7
https://www.scribd.com/document/476556156/kupdf-net-api-650-espaol-pdf

are infringing upon API's exclusive copyright rights and should be removed or disabled.

4) Contact Information:

Joseph Cherayath

Yellow Brand Protection

6060 N. Central Expressway

Dallas, TX 75206

+442033144680

api.ipr@ybrandprotection.com

5) API has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

6) The information in this Notice of Copyright Infringement is accurate, and under penalty of perjury, Yellow Brand Protection is authorized to act on behalf of API, the owner of the exclusive right being infringed.

In addition, API hereby notifies you that the website content that you are hosting at the above-identified links is in violation of API's Terms and Conditions, located at: https://www.api.org/terms-and-conditions. Namely, it infringes on the copyright and trademark rights of API.

Sincerely,

Joseph Cherayath
**Yellow Brand Protection**
On behalf of
**American Petroleum Institute**

(No subject)

American Petroleum IPR <api.ipr@ybrandprotection.com>
Tue 4/26/2022 7:36 AM

To: copyright@scribd.com <copyright@scribd.com>

To Whom It May Concern,

We are authorized to act on behalf of American Petroleum Institute ("API") with respect to intellectual property and other matters.

This letter is to notify you and all related entities thereto that the content hosted by scribd.com, LLC at the links set forth below, presumably for one or more of your users, infringes the intellectual property rights of API.

In order to expedite the removal of the infringing content, we are submitting this Notice of Copyright Infringement and request that you expeditiously remove or disable access to the material hosted at the URL listed below, as required under the Copyright Act. The following sets forth the statutorily required elements of our Notice of Copyright Infringement:

1) Yellow Brand Protection is authorized to send this notice of infringement and demand. API is the owner of an exclusive right that is claimed to be infringed. The signature of Joseph Cherayath, Yellow Brand Protection's authorized representative is set forth below.

2) The copyrighted works that are being infringed are: American Petroleum Institute's copyrighted materials which can be found on their website https://www.api.org/.

3) The products located at:

https://www.scribd.com/document/450461174/OH-Identificacion-del-tipo-de-clasificacion-de-la-bomba
https://www.scribd.com/document/368908570/API-MPMS-5-8-Section-8-Measurement-of-Liquid-Hydrocarbons-by-Ultrasonic-Flow-Meters-Using-Transit-Time-Technology
https://www.scribd.com/doc/151886846/API-17Dsupplement1-pdf
https://www.scribd.com/document/513597119/Aapi-Mpms-93
https://www.scribd.com/document/427861084/API-SPEC-11AX-COMPONENTS-OF-SUBSURFACE-PUMPS-pdf
https://www.scribd.com/document/430424292/CAP-18-1-1997-R-2002-API-MPMS
https://www.scribd.com/document/381252803/API-Bul-06af-1995
https://www.scribd.com/document/427864331/diverter-system
https://www.scribd.com/document/480854679/API-MPMS-5-6-Metering-Liquid-Coriolis-pdf
https://www.scribd.com/document/489494877/API-SPEC-15LE
https://www.scribd.com/document/563128311/API-Spec-5ST-2010-2015
https://www.scribd.com/document/538619701/API-6FA
https://www.scribd.com/document/48199756/API-15LP-1981
https://www.scribd.com/presentation/401868742/Attachment-B-PER15K-Status-ppt
https://www.scribd.com/document/558969251/API-16AR
https://www.scribd.com/document/495720898/2c-intro
https://www.scribd.com/document/460193087/api71
https://www.scribd.com/document/517661085/API-SPEC-Q2-2021
https://www.scribd.com/document/560300411/API-6A-20th-Edition
https://www.scribd.com/document/552575254/API-15LE
https://www.scribd.com/document/59630603/API-Oil-Country-Gages-Brochure
https://www.scribd.com/document/556162897/API-Spec-6d-2021
https://www.scribd.com/document/559851244/API-6A-Wellhead-Xmas-Tree
https://www.scribd.com/document/549590958/API-6DR
https://www.scribd.com/document/453137970/API-SPEC-13A-2019-pdf
https://www.scribd.com/document/229820836/API-SP-5B
https://www.scribd.com/document/560391231/API-SP-12F-Specification-for-Shop-Welded-Tank-for-Storage-of-Production-Liquids-1994
https://www.scribd.com/document/59722291/API6thvs7th
https://www.scribd.com/document/523795868/API-8B-Spec-8a-pdf
https://www.scribd.com/document/284391269/Hydraulic-Cathead-Spec-pdf
https://www.scribd.com/document/558848202/API-Spec-2f-1997
https://www.scribd.com/document/563352545/API-Spec-10-1990-Scan
https://www.scribd.com/document/366862611/6FA-API-Fire-Test-for-Valves-S
https://www.scribd.com/document/547797867/API-SPEC-7B-11C-Specification-for-Internal-Combustion-Reciproc1
https://www.scribd.com/document/559148713/API-SPEC-17K-Specification-for-Bonded-Flexible-Pipe
https://www.scribd.com/document/545771538/API-spec-2c-Specification-for-Offshore-Cranes-by-API-Z-lib-org
https://www.scribd.com/document/544343934/API-Spec-4F-Drilling-Structures-1995
https://www.scribd.com/document/554751965/API-RP-14H
https://www.scribd.com/document/466077392/API-6FD
https://www.scribd.com/document/130509052/API-Spec-Q1-Certification-Program
https://www.scribd.com/document/345102541/API-Spec-12k
https://www.scribd.com/document/552797367/API-5C6-2006-Welding-Connections-to-Pipe
https://www.scribd.com/document/545813488/API-Spec-11AX-2006-Specification-for-Subsurface
https://www.scribd.com/presentation/501287877/API-Specification-6A-Furnace-Calibration-Requirements
https://www.scribd.com/document/536916384/Pdfcoffee-com-API-6fd-Specification-for-Fire-Test-for-Check-Valves-95-PDF-Free
https://www.scribd.com/document/451423769/API-SPEC15LE-95-Polyethylene-Line-Pipe-pdf
https://www.scribd.com/document/390261722/API-7-1-1st-Edition-Addendum-1-March-2007
https://www.scribd.com/document/538557929/7-2-Add-1
https://www.scribd.com/document/548890240/API-SPEC-2B
https://www.scribd.com/document/552574947/API-15LE-2013
https://www.scribd.com/document/475540699/351186682-17K-2002-Specification-for-Boded-Flexible-Pipe-pdf-pdf

https://www.scribd.com/document/525551210/API-Spec-7-40th-Ed-2001

are infringing upon API's exclusive copyright rights and should be removed or disabled.

4) Contact Information:

Joseph Cherayath

Yellow Brand Protection

6060 N. Central Expressway

Dallas, TX 75206

+442033144680

api.ipr@ybrandprotection.com

5) API has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

6) The information in this Notice of Copyright Infringement is accurate, and under penalty of perjury, Yellow Brand Protection is authorized to act on behalf of API, the owner of the exclusive right being infringed.

In addition, API hereby notifies you that the website content that you are hosting at the above-identified links is in violation of API's Terms and Conditions, located at: https://www.api.org/terms-and-conditions. Namely, it infringes on the copyright and trademark rights of API.

Sincerely,

Joseph Cherayath
**Yellow Brand Protection**
On behalf of
**American Petroleum Institute**

(No subject)

American Petroleum IPR <api.ipr@ybrandprotection.com>
Mon 7/25/2022 7:44 PM
To: Scribd <copyright@scribd.com>

📎 2 attachments (236 KB)
POA- Yellow Brand (1-24-20) (1).pdf; Copyright Declaration (9-16-20).pdf;

To Whom It May Concern,
We are authorized to act on behalf of American Petroleum Institute ("API") with respect to intellectual property and other matters.
This letter is to notify you and all related entities thereto that the content hosted by scribd.com, LLC at the links set forth below, presumably for one or more of your users, infringes the intellectual property rights of API.
In order to expedite the removal of the infringing content, we are submitting this Notice of Copyright Infringement and request that you expeditiously remove or disable access to the material hosted at the URL listed below, as required under the Copyright Act. The following sets forth the statutorily required elements of our Notice of Copyright Infringement:
1) Yellow Brand Protection is authorized to send this notice of infringement and demand. API is the owner of an exclusive right that is claimed to be infringed. The signature of Joseph Cherayath, Yellow Brand Protection's authorized representative is set forth below.
2) The copyrighted works that are being infringed are: American Petroleum Institute's copyrighted materials which can be found on their website https://www.api.org/.
3) The products located at:

| URLs |
|---|
| https://www.scribd.com/document/116927587/API-Tank-Standards-Update |
| https://www.scribd.com/document/517656516/API-RP-1183-2020 |
| https://www.scribd.com/document/543744026/API-570-2009-Piping-Inspection |
| https://www.scribd.com/document/465298509/API-TR-1179-2019-Hydrostatic-Testing-as-an-Integrity-Management-Tool |
| https://www.scribd.com/document/558764168/API-754-2010 |
| https://www.scribd.com/presentation/396316445/65-API-REQUIRED |
| https://www.scribd.com/document/542301128/api-rp-1111 |
| https://www.scribd.com/document/375397641/API-Spec-5ST |
| https://www.scribd.com/document/172149587/API-Deepwater-Standards-Poster |
| https://www.scribd.com/document/297106273/API |
| https://www.scribd.com/document/561130652/API-MPMS-17-1 |
| https://www.scribd.com/document/481493699/API-510-pdf |
| https://www.scribd.com/document/562690895/API-554-PART-3-Process-Control-Systems-Project-Execution-and-Process-Control-System-Ownership-First-Edition |
| https://www.scribd.com/document/571900162/API-RP-540-1999 |
| https://www.scribd.com/document/408974671/API-19B-Perforator-Witness-Registered-Design-Application-Rev-9 |
| https://www.scribd.com/document/552661576/API-RP-14J-2001 |
| https://www.scribd.com/document/507306831/API-MPMS-17-6 |
| https://www.scribd.com/document/557786683/API-RP-02L-Planning-Design-and-Constructing-Offshore-Heliports-1996 |
| https://www.scribd.com/document/535117437/API-MPMS-5-5-2010 |
| https://www.scribd.com/document/560838432/api-rp-553-valv-control |
| https://www.scribd.com/document/561130582/API-576reparar-Psv |
| https://www.scribd.com/document/568450677/API-MPMS-17-1 |
| https://www.scribd.com/document/499937671/API-PUBL-310-1997 |
| https://www.scribd.com/document/483668361/API-686-96-RP-Machinery-Installation-and-Installation-Design-pdf |
| https://www.scribd.com/document/570929530/Tuxdoc-com-API-Rp-1110-Pressure-Testing-of-Liquid-Petroleum-Pipelines |
| https://www.scribd.com/document/560838430/API-RP-554-PART-3 |
| https://www.scribd.com/document/514306632/API-Mpms-Chapter-17-6-2002 |
| https://www.scribd.com/document/562424592/API-MPMS-CAP-16-2-1994-R2002 |
| https://www.scribd.com/document/558764840/API-11S4-electric-submersible-pump |
| https://www.scribd.com/document/559269703/API-MPMS-7 |
| https://www.scribd.com/document/546827994/API-RP-934-E |
| https://www.scribd.com/document/557420781/API-540-1999-ElectricalInstallationOilProcessPlants |
| https://www.scribd.com/document/561607004/API-2A-Fixed-Offshore-Platforms |
| https://www.scribd.com/document/534928270/API-2B |
| https://www.scribd.com/document/479076112/API-MPM-Doc |
| https://www.scribd.com/document/556073062/API-2350 |
| https://www.scribd.com/document/562148973/API-MPMS-Chapter-03-1B-Standard-Practice-for-Level-Measurement-of-Liquid-Hydrocarbons-in-Stationary-Tanks-by-Automatic-Tank-Gauging-Apr |
| https://www.scribd.com/document/540050425/API-576-2017 |
| https://www.scribd.com/document/535714657/API-598-Valves-Inspection-and-Testing |
| https://www.scribd.com/document/556518982/API-RP-556 |
| https://www.scribd.com/document/552072001/API-RP-2A-2014 |
| https://www.scribd.com/document/473491890/API-spec-hydrofrac-pdf |
| https://www.scribd.com/document/539160967/API-2200 |
| https://www.scribd.com/document/542229360/API-Rp-538-Industrial-Fired-Boilers |
| https://www.scribd.com/document/405829005/API-1177-Presentation |
| https://www.scribd.com/document/575798427/API-RP-575 |
| https://www.scribd.com/document/574306465/API-Heat-Treatment-and-Testing-of-Carbon-JUNE-2013 |
| https://www.scribd.com/document/574306247/API-5B-R2015-15th-Edition-2 |
| https://www.scribd.com/document/556271705/API-5T1-96 |
| https://www.scribd.com/document/480177206/API-570-2009 |
| https://www.scribd.com/document/93235594/api-5dp-e1 |
| https://www.scribd.com/document/577065338/API-RP-10B-2-2005 |
| https://www.scribd.com/document/577648287/API-RP-1615-2011 |

https://www.scribd.com/document/570162971/API-RP-09A-Wire-Rope-Specs-1995
https://www.scribd.com/document/578618059/api-2030
https://www.scribd.com/document/578576271/API-SPEC-5B-Specification-for-Threading-Gauging-and-Thread-Inspection-of-Casing-Tubing-and-Line-Pipe-Threads-FIFTEENTH-EDITION
https://www.scribd.com/document/578618076/API-2217A-Guidelines-for-Work-in-Inert-Confined-Spaces-in-the-Petroleum-Industry-1997
https://www.scribd.com/document/578618077/API-2218-Fireproofing-Practices-in-Petroleum-and-Petrochemical-Processing-Plants-1999
https://www.scribd.com/document/578617226/API-12R1-Recommended-Practice-for-Seeting-Maintenance-Inspection-Operation-and-Repair-of-Tanks-in-Production-Service-1997
https://www.scribd.com/document/578617219/API-15HR-Specification-for-High-Pressure-Fiberglass-Line-Pipe-2001
https://www.scribd.com/document/580341349/API-RP-5LW
https://www.scribd.com/document/580341347/API-RP-2T
https://www.scribd.com/document/484638110/PROGRAMME-API-7G-2-pdf
https://www.scribd.com/document/570162376/API-Spec-Q1-Quality-Programs-1994
https://www.scribd.com/document/513610287/Catalogue-API
https://www.scribd.com/document/406837846/API-5L-46th-Edition-Update-20180726
https://www.scribd.com/document/93480890/Presentation-API-5L
https://www.scribd.com/doc/247179973/API-5L-45th-Edition
https://www.scribd.com/document/576060508/API-Spec-Q1-Report
https://www.scribd.com/document/400230761/API-650-12th-Edition-Addendum-3-Update-20180816
https://www.scribd.com/document/323286990/P550-datasheet
https://www.scribd.com/document/364762718/API-Monogram
https://www.scribd.com/document/556390460/Shanghai-Drill-Pipe-API-Spec-5DP-Certificate
https://www.scribd.com/document/548951679/API-BROCHURE
https://www.scribd.com/document/560255939/API
https://www.scribd.com/document/484638130/PROGRAMME-API-7F-pdf
https://www.scribd.com/document/549455419/API-ISO-9001-2015-Transition-4th-Notice-20161003
https://www.scribd.com/document/518463314/22007505-Rev-01-API-Monogram-Mud-Gas-Separator
https://www.scribd.com/presentation/509914789/Item-7a-Mono-Program-Staff-Liaison-Report-to-SC-June-2015-EP-Stds-Conference
https://www.scribd.com/document/473492886/Annexure-1-4-API-14A-Monogram-Licence
https://www.scribd.com/document/574426884/API-5L-Specification-for-Pipeline
https://www.scribd.com/document/542902701/22007511-Rev-01-Liquid-Seal-Monitoring
https://www.scribd.com/document/518463675/22007511-Rev-01-Liquid-Seal-Monitoring
https://www.scribd.com/doc/296337224/121210-technical-summary-1500hp-a3f6f046-bc1d-4f1b-8860-5650db0c28ca
https://www.scribd.com/document/441378362/API-RP-1175-Overview
https://www.scribd.com/presentation/354845358/API-SC10-API-Bulletin-E3-Status-Jan-2016-rev-2
https://www.scribd.com/document/514932540/API-668-2018
https://www.scribd.com/document/325877567/6A-API-HF-standards-ASTMD18-26-pdf
https://www.scribd.com/document/577846585/API-RP-535-2014
https://www.scribd.com/doc/233688154/API-53-Changes-4th-Edition-vs-3rd-Edition-pdf
https://www.scribd.com/document/354106483/API-582-2009-Welding-Guidelines-for-the-Chemical-Oil-and-Gas-Industries
https://www.scribd.com/document/556708627/API-RP-540-4th-Ed-Apr-1999-r2004
https://www.scribd.com/document/376433195/Structures-Hugh-Westlake
https://www.scribd.com/document/397695942/Presentation-API-RP19B-pdf
https://www.scribd.com/document/577929944/API-RP-5LT-1ST-ED-R-2019-Recommended-Practice-for-Truck-Transportation
https://www.scribd.com/document/580190191/API-RP-5B1-Gauging-and-Inspection-of-Casing-Tubing-And-Line-Pipe-Threads-5th-Ed-1999
https://www.scribd.com/document/579242515/RP-11V5
https://www.scribd.com/document/552648985/35408401-API-Practice-for-FPSO
https://www.scribd.com/document/566511132/API-RP-2SK-Design-Analysis-of-Station-Keeping-Systems-for-Floating-Structures
https://www.scribd.com/document/555842045/API-583-2019FirstdraftRev2
https://www.scribd.com/document/580731136/API-RP-932B-Design-Materials-Fabrication-Operation-and-Inspection-Guidelines-for-Corrosion-Control-in-Hydroprocessing-Reactor-Effluent-Air-Co
https://www.scribd.com/document/553635672/Previews-API-934-A-e2-Pre-1
https://www.scribd.com/document/563304670/API-5I8-96-Field-Inspection-of-Line-Pipe
https://www.scribd.com/document/479997487/API-574-Questions
https://www.scribd.com/document/553635621/Previews-API-934-A-e2-Pre-1
https://www.scribd.com/presentation/82333030/2-Related-Post-Construction-Codes-and-Standards
https://www.scribd.com/document/513464670/14-Sc10-Well-Cements1
https://www.scribd.com/document/512819619/RP-T1-Orientation-Programs-for-Personnel-Going-Offshore-for-the-First-Time-Fourth-Edition
https://www.scribd.com/presentation/173770997/2-Safetymgt-Pac-Rgm
https://www.scribd.com/document/360378012/API-document-pdf
https://www.scribd.com/document/477794037/API-TR-934-D-2010
https://www.scribd.com/document/389164789/API-17X-BallotDraft-With-Comments-2017-07-13
https://www.scribd.com/document/526857794/API-754-Standard-Process-Safety-Performance-Indicators-for-Refining-and-Petrochemical-Industries
https://www.scribd.com/document/561650333/RP-576-1992-Inspection-of-Pressure-Relieving-Devices
https://www.scribd.com/document/334709848/previews-API-1169-e1-pre-pdf
https://www.scribd.com/document/555112498/Stnd-65-2-e2-Migracao-de-Gas-Em-Pocos
https://www.scribd.com/document/144307078/2-API653-Pt1-1
https://www.scribd.com/document/552661523/1149e2BallotDraftv2
https://www.scribd.com/document/531099640/API-521-June-2020

are infringing upon API's exclusive copyright rights and should be removed or disabled.
4) Contact Information:
Joseph Cherayath
Yellow Brand Protection
6060 N. Central Expressway
Dallas, TX 75206
+442033144680
api.ipr@ybrandprotection.com

5) API has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

6) The information in this Notice of Copyright Infringement is accurate, and under penalty of perjury, Yellow Brand Protection is authorized to act on behalf of API, the owner of the exclusive right being infringed.

In addition, API hereby notifies you that the website content that you are hosting at the above-identified links is in violation of API's Terms and Conditions, located at: https://www.api.org/terms-and-conditions. Namely, it infringes on the copyright and trademark rights of API.


Sincerely,



Joseph Cherayath
**Yellow Brand Protection**
On behalf of
**American Petroleum Institute**

American Petroleum IPR <api.ipr@ybrandprotection.com>
Thu 8/25/2022 3:19 PM
To: Scribd <copyright@scribd.com>

📎 2 attachments (236 KB)
Copyright Declaration (9-16-20).pdf; POA- Yellow Brand (1-24-20) (1).pdf;

To Whom It May Concern,

We are authorized to act on behalf of American Petroleum Institute ("API") with respect to intellectual property and other matters.

This letter is to notify you and all related entities thereto that the content hosted by scribd.com, LLC at the links set forth below, presumably for one or more of your users, infringes the intellectual property rights of API.
In order to expedite the removal of the infringing content, we are submitting this Notice of Copyright Infringement and request that you expeditiously remove or disable access to the material hosted at the URL listed below, as required under the Copyright Act. The following sets forth the statutorily required elements of our Notice of Copyright Infringement:

1) Yellow Brand Protection is authorized to send this notice of infringement and demand. API is the owner of an exclusive right that is claimed to be infringed. The signature of Joseph Cherayath, Yellow Brand Protection's authorized representative is set forth below.
2) The copyrighted works that are being infringed are: American Petroleum Institute's copyrighted materials which can be found on their website https://www.api.org/.
3) The products located at:

| |
|---|
| https://www.scribd.com/document/559675617/API-510-2014 |
| https://www.scribd.com/document/490475824/API-664-2014 |
| https://www.scribd.com/document/513642258/API-MPMS-4-9-1 |
| https://www.scribd.com/document/482165933/API-Certificate-6A-0568 |
| https://www.scribd.com/document/379580986/API-4-9 |
| https://www.scribd.com/document/397381770/API-6a-Certificate |
| https://www.scribd.com/document/573601892/API-MPMS-Chapter-1-July-1994-English |
| https://www.scribd.com/document/411717749/API-547-2017 |
| https://www.scribd.com/document/513549503/API-TR-2568 |
| https://www.scribd.com/document/437736717/API-16AR |
| https://www.scribd.com/document/516875674/API-609-2021 |
| https://www.scribd.com/document/543421724/API-598-2016 |
| https://www.scribd.com/document/372465197/API |
| https://www.scribd.com/document/516271201/6-API-9-1-Density-Determination |
| https://www.scribd.com/document/562053328/API-9A-11 |
| https://www.scribd.com/document/473623760/API-Chapter-10-4-2013-pdf |
| https://www.scribd.com/document/559007297/API-Mpms-Chapter-4-1 |
| https://www.scribd.com/document/513642452/API-MPMS-4-9-4-2010 |
| https://www.scribd.com/document/485093283/API-676-3rd-Edition-pdf |
| https://www.scribd.com/document/530031407/172041308-API-MPMS-2-2D |
| https://www.scribd.com/document/492544359/API-1989-1990-Interpretations-1991 |
| https://www.scribd.com/document/546674546/API-2B-Especs-Tuberia-de-Acero-Estructural |
| https://www.scribd.com/document/487941111/API-MPMS-5-3-2005-Adenda-2009-Meter-Turbina-pdf |
| https://www.scribd.com/document/518882135/API-MPMS-4-9-2 |
| https://www.scribd.com/document/538945199/API-MPMS-5-2-2005 |
| https://www.scribd.com/document/482699831/API-BULL-97-2013-12-01 |
| https://www.scribd.com/document/535117432/API-MPMS-5-2-2010 |
| https://www.scribd.com/document/570150232/API-MPMS-CH-3-1A-Measurement-Standard |
| https://www.scribd.com/document/535156508/API-609-2004-Butterfly-Valves |
| https://www.scribd.com/document/349285450/API-Standard-for-Third-Party-Network-Connectivity-2007 |
| https://www.scribd.com/document/535117435/API-MPMS-5-1-2011 |
| https://www.scribd.com/document/430977820/API-MPMS-2-8B |
| https://www.scribd.com/document/562365326/API-Spec-09A-25th-Ed-2004-02 |
| https://www.scribd.com/document/520425634/api-mpms-4-5pdf |
| https://www.scribd.com/document/511076135/API-MPMS-2-2D-Tank-Calibration |
| https://www.scribd.com/document/420432969/API-RP555-Process-Analyzer |
| https://www.scribd.com/document/539213145/API-1-EnglishChapter-I-Vocabulary |
| https://www.scribd.com/document/559007651/API-Mpms-Chapter-4-8 |
| https://www.scribd.com/document/565593723/API-STD-599 |
| https://www.scribd.com/document/519655118/API-700-Plant-Completion-Checklist |
| https://www.scribd.com/document/513642447/API-MPMS-4-9-3 |

https://www.scribd.com/document/535117436/API-MPMS-5-3-2009
https://www.scribd.com/document/504522881/API-Production-Tests-and-Specifications-Interstate-Trade-in-Oil-and-Gas
https://www.scribd.com/document/504522881/API-MPMS-Ch-22-6
https://www.scribd.com/document/504522881/API-MPMS-Ch-22-6
https://www.scribd.com/document/530624295/API-9A-2020
https://www.scribd.com/document/517692094/API-CHAPTER-4-7
https://www.scribd.com/document/557810183/API-5LC-2020
https://www.scribd.com/document/540151104/API-2D-2-2020
https://www.scribd.com/doc/120149223/API-Brochures
https://www.scribd.com/document/576040820/API-RP-1188-2009
https://www.scribd.com/document/555899924/API-1188-2022
https://www.scribd.com/document/511876697/Certificate-API-5CT-0779
https://www.scribd.com/document/363530605/Attachment-5-4-API-1525
https://www.scribd.com/document/412866047/API-MPMS-9-4-EDITION-FIRST-JANUARY-2018-unprotected-pdf
https://www.scribd.com/document/504008874/API-Certificate-6DSS-0048
https://www.scribd.com/document/577240686/API-MPMS-10-9
https://www.scribd.com/document/577240560/API-MPMS-10-7
https://www.scribd.com/document/577516943/API-5L-D2015
https://www.scribd.com/document/569388868/API-11PL-2019
https://www.scribd.com/document/560400507/API-MPMS-Chapter-3-1A-Standard-Practice-for-the-Manual-Gauging-of-Petroleum-and-Petroleum-Products-JAN-2021
https://www.scribd.com/document/575937941/API-Monogram-Licensing-Program-Requirements-FM-002-Revision-16-20220509
https://www.scribd.com/document/391060592/Advisory-11-API-Monogram-Manufacturing-Licensing-20180507
https://www.scribd.com/document/582301773/API-Spec-7-2-Impreso
https://www.scribd.com/document/582177743/API-RP-2207-2007
https://www.scribd.com/document/476097181/API-1525A-BULK-ENGINE-OIL-CHAIN-OF-CUSTODY-AND-QUALITY-DOCUMENTATION
https://www.scribd.com/document/435655913/previews-1937076-pre-4
https://www.scribd.com/document/487941040/8-1
https://www.scribd.com/document/487941180/8-1-pdf
https://www.scribd.com/document/484893531/Api676-2009-Bombas-desplazamiento-positivo-pdf
https://www.scribd.com/document/520536014/Certificate-6A-2009
https://www.scribd.com/document/520536013/Certificate-16A-0471
https://www.scribd.com/document/575938039/API-570-Piping-Inspection-certification-Pass
https://www.scribd.com/document/552550562/Certificate-16A-0250
https://www.scribd.com/document/391065940/Advisory-7-API-Code-of-Ethics-and-Conduct-Poster-English-20170705
https://www.scribd.com/document/486521767/API-MPMS-8-2-2015-unprotected
https://www.scribd.com/document/550662923/API-609
https://www.scribd.com/document/345042853/6-Certificate-6D-0097
https://www.scribd.com/document/570753263/API-1525-2nd-Edition
https://www.scribd.com/document/546336659/Certificate-6D-1583
https://www.scribd.com/document/556565124/API-MPMS-4-3-1988-2002-scan
https://www.scribd.com/document/566353418/Certificate-16A-0250
https://www.scribd.com/document/534382433/1036-Certificate-9A-0019
https://www.scribd.com/document/556564790/API-MPMS-5-8-2011
https://www.scribd.com/document/572347532/API-12R1-6th-Edition-Addendum-1-June-2021-Installation-Operation
https://www.scribd.com/document/442860302/API-2-2G-CALIBRACION-DE-TANQUES-UTILIZANDO-LA-ESTACION-TOTAL
https://www.scribd.com/document/551240328/Certificate-6A-1178-20200629123557
https://www.scribd.com/document/441378271/API-RP-1175-Alarm-Management
https://www.scribd.com/document/580486234/API-Spec-6d-2021
https://www.scribd.com/document/480507394/API-MPMS-12-2-5-2001
https://www.scribd.com/document/479004312/API-St-6AR-2019
https://www.scribd.com/document/499586185/API-1604-2021
https://www.scribd.com/document/468266527/BOP-API-Certificate-16A-0111-shengkai
https://www.scribd.com/document/134271111/API-570-pdf
https://www.scribd.com/document/484486212/API-20F-2020
https://www.scribd.com/document/406978969/API-St-6X-2019
https://www.scribd.com/document/528526764/Certificate-API-5CT-0779
https://www.scribd.com/document/354064045/API
https://www.scribd.com/document/504735485/Certificate-API-5CT-0779
https://www.scribd.com/document/579932841/Monogram-Certificate-API-6D
https://www.scribd.com/document/535156612/API-6D-IsO-14313-Edition-23

are infringing upon API's exclusive copyright rights and should be removed or disabled.
4) Contact Information:
Joseph Cherayath
Yellow Brand Protection

6060 N. Central Expressway
Dallas, TX 75206
+442033144680
api.ipr@ybrandprotection.com

5) API has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

6) The information in this Notice of Copyright Infringement is accurate, and under penalty of perjury, Yellow Brand Protection is authorized to act on behalf of API, the owner of the exclusive right being infringed.

In addition, API hereby notifies you that the website content that you are hosting at the above-identified links is in violation of API's Terms and Conditions, located at: https://www.api.org/terms-and-conditions. Namely, it infringes on the copyright and trademark rights of API.


Sincerely,

Joseph Cherayath
**Yellow Brand Protection**
On behalf of
**American Petroleum Institute**

American Petroleum IPR <api.ipr@ybrandprotection.com>
Mon 9/26/2022 5:36 PM
To: Scribd <copyright@scribd.com>

📎 2 attachments (236 KB)
POA- Yellow Brand (1-24-20) (1).pdf; Copyright Declaration (9-16-20).pdf;

To Whom It May Concern,

We are authorized to act on behalf of American Petroleum Institute ("API") with respect to intellectual property and other matters.

This letter is to notify you and all related entities thereto that the content hosted by scribd.com, LLC at the links set forth below, presumably for one or more of your users, infringes the intellectual property rights of API.
In order to expedite the removal of the infringing content, we are submitting this Notice of Copyright Infringement and request that you expeditiously remove or disable access to the material hosted at the URL listed below, as required under the Copyright Act. The following sets forth the statutorily required elements of our Notice of Copyright Infringement:

1) Yellow Brand Protection is authorized to send this notice of infringement and demand. API is the owner of an exclusive right that is claimed to be infringed. The signature of Joseph Cherayath, Yellow Brand Protection's authorized representative is set forth below.
2) The copyrighted works that are being infringed are: American Petroleum Institute's copyrighted materials which can be found on their website https://www.api.org/.
3) The products located at:

| |
|---|
| https://www.scribd.com/document/504669471/API-Publ-935 |
| https://www.scribd.com/document/424356006/api-660 |
| https://www.scribd.com/document/500038599/API-MPMS-11-2-1 |
| https://www.scribd.com/document/361136322/API-13-J |
| https://www.scribd.com/document/515090009/API-594 |
| https://www.scribd.com/document/414763760/API-MPMS-2-2A |
| https://www.scribd.com/document/546497328/API-20D |
| https://www.scribd.com/document/448741066/API-6AF |
| https://www.scribd.com/document/528617520/API-682-4th-Edition |
| https://www.scribd.com/document/529053516/API-6D |
| https://www.scribd.com/doc/23252998/API-612 |
| https://www.scribd.com/document/435676491/API-20H |
| https://www.scribd.com/document/561541234/API-2000 |
| https://www.scribd.com/document/527295565/API-691-2017 |
| https://www.scribd.com/document/545268065/API-6D-2015 |
| https://www.scribd.com/document/430766608/API-RT-980-2018 |
| https://www.scribd.com/document/354365272/API-Mpms-Capitulo-3-1a |
| https://www.scribd.com/document/402720186/API-MPMS-5-1 |
| https://www.scribd.com/document/542656346/api-520-2 |
| https://www.scribd.com/document/537920427/pdf-api-mpms-capitulo-31a-compress |
| https://www.scribd.com/document/471036112/API-5C2-1999-BULL |
| https://www.scribd.com/document/572096425/API-2000 |
| https://www.scribd.com/document/250534249/API-E5-Document |
| https://www.scribd.com/document/501647793/API-1117-08-R13 |
| https://www.scribd.com/document/563823530/API-602-2015 |
| https://www.scribd.com/document/529889058/API-520-part-2 |
| https://www.scribd.com/document/364520408/71290210-API-590-Steel-Line-Blanks-pdf |
| https://www.scribd.com/document/561130581/API-541 |
| https://www.scribd.com/document/569649159/API-Procedures-for-Standards-Development-2022 |
| https://www.scribd.com/document/547550218/API-TR-6MET |
| https://www.scribd.com/document/562138664/API-2000-6TH-EDITION-NOV-2009 |
| https://www.scribd.com/document/571169291/API-20EOLCS |
| https://www.scribd.com/document/556286384/API-MPMS-Chapter-4-1 |
| https://www.scribd.com/document/558493340/API-Manual-of-Petroleum-Measurement-Standards-Chapter-3-Tank-Gauging |
| https://www.scribd.com/document/443450248/API-BULL-6AF-1995-Technical-Report-on-Capabilities-of-API-Flanges-Under-Combinations-of-pdf |
| https://www.scribd.com/document/543372164/API-670-5th-Edition-1 |
| https://www.scribd.com/document/507306649/API-Crude-Oil-Data-Exchange-Implementation-Guidelines |
| https://www.scribd.com/document/281994675/API-TR-939D-SCC-of-CS-in-Fuel-Grade-Ethanol |
| https://www.scribd.com/document/381288641/API-12P-Specification-for-Fiberglass-Reinforced-Plastic-Tanks |
| https://www.scribd.com/document/555175743/API-1163-in-Line-Inspection |
| https://www.scribd.com/document/525074378/API-MPMS-14-8 |
| https://www.scribd.com/document/512710089/API-576-page-1 |
| https://www.scribd.com/document/523460367/API-MPMS-12-1-2-ADD-1 |
| https://www.scribd.com/document/493002910/Attachment-6-API-MPMS-12-2-2 |
| https://www.scribd.com/document/550662925/API-609 |
| https://www.scribd.com/document/550168769/API-0685-5th |
| https://www.scribd.com/document/246599602/Lubricant-Service-Designation-for-Automotive-Manual-Trasmissions-Manual-Transaxles-and-Axles-API-1560 |
| https://www.scribd.com/document/537411075/API-6D |
| https://www.scribd.com/document/544196300/API-5L1 |
| https://www.scribd.com/document/500374764/previews-API-610-13709-e11-E1-pre |
| https://www.scribd.com/document/450843846/API-MPMS-11-2-3 |

https://www.scribd.com/document/561130578/API-599
https://www.scribd.com/document/559070663/api-mpms-14-3-4
https://www.scribd.com/document/463147884/API-MPMS-4-2-R2015-ADD2015
https://www.scribd.com/document/471951350/API-Manual-of-Petroleum-Measurement-Standards-Chapter-5
https://www.scribd.com/document/443450286/API-BULL-6AF-1995-Technical-Report-on-Capabilities-of-API-Flanges-Under-Combinations-of-pdf
https://www.scribd.com/document/549258840/API-5L2
https://www.scribd.com/document/499319620/API-5L-Line-Pipe
https://www.scribd.com/document/499319620/API-5L-Line-Pipe
https://www.scribd.com/document/427676519/Previews-API-541-e5-Pre
https://www.scribd.com/document/363853005/API-1163-e2-pre
https://www.scribd.com/document/539714879/API-20D-2013
https://www.scribd.com/document/535529310/API-MPMS-20-5
https://www.scribd.com/document/338088673/API-675
https://www.scribd.com/document/87281248/API-2000
https://www.scribd.com/document/539714915/API-20A-2012-2015
https://www.scribd.com/document/556702389/API-Std-1102
https://www.scribd.com/document/576629594/API-526-2009
https://www.scribd.com/document/577240559/API-MPMS-10-6
https://www.scribd.com/document/423024701/Previews-API-607-e6-Pre
https://www.scribd.com/document/577851854/API-6D-2008-ISO-14313-2007-UPD-08-2011
https://www.scribd.com/document/564352155/API-594-2022
https://www.scribd.com/document/581200620/API-Technical-Report-5C3
https://www.scribd.com/document/393232871/Previews-API-521-e6-Pre
https://www.scribd.com/document/581769924/API-17
https://www.scribd.com/document/582837814/Publicacion-334-API
https://www.scribd.com/document/556379719/API-594
https://www.scribd.com/document/584465896/API-1542-STD-Identificacion-Tuberias-Aviacion
https://www.scribd.com/document/584134028/API-0603-07
https://www.scribd.com/document/585522783/API-TR-17TR8-2022
https://www.scribd.com/document/586329449/API-STD-603-2018
https://www.scribd.com/document/586783266/API-6AM-report-on-material-toughness
https://www.scribd.com/document/586486928/VALTEK-API-6D-CERT
https://www.scribd.com/document/586787912/API-11b-Sucker-Rod
https://www.scribd.com/document/586329394/API-STD-607-2016
https://www.scribd.com/document/586548271/API-602
https://www.scribd.com/document/586784483/Safety-Inveroment-API-Rp-75
https://www.scribd.com/document/543345166/API-API-Std-520-2-2015-PSV-Installation
https://www.scribd.com/document/585630820/API-deta
https://www.scribd.com/document/589347344/API-571
https://www.scribd.com/document/481726397/SUNE-API-6D-1371-8691-CC-20130510-Monogram
https://www.scribd.com/document/522800903/wiita-api
https://www.scribd.com/document/471951470/5A5-S1-pdf
https://www.scribd.com/document/193545194/Briskin-Tina-Individual-Certification-Programs-2
https://www.scribd.com/document/356903671/Files-29-pdf
https://www.scribd.com/document/590283806/API-Spec-16C-2021
https://www.scribd.com/document/352427546/API-RP-1175-Metrics-KPIs-and-Targets
https://www.scribd.com/doc/268343298/API-8A-13th-Edition
https://www.scribd.com/document/498619623/API-570
https://www.scribd.com/document/163732847/Previews-API-4G-e4-Pre-3
https://www.scribd.com/doc/139137420/44-API-2D
https://www.scribd.com/document/586958107/ANSI-API-RP-5A3-2009-2021
https://www.scribd.com/document/586787052/SPEC-8C-Rev3-w-Addendum1
https://www.scribd.com/document/586787138/API-5D-Specification-for-Drill-Pipe
https://www.scribd.com/document/536048241/2016CompositeList-Web
https://www.scribd.com/document/239323238/Gasket-Catalogue
https://www.scribd.com/document/590968259/API-6D
https://www.scribd.com/document/424556370/Previews-API-661-e7-Pre
https://www.scribd.com/document/586103144/API-St-19C-2018
https://www.scribd.com/document/531101587/API-560-FEB-2016
https://www.scribd.com/document/551943621/API-St-936-2014
https://www.scribd.com/document/556632542/API-594-2017
https://www.scribd.com/document/591763227/API-SPEC-4F-Specification-for-Drilling-and-Well-Servicing-Structures
https://www.scribd.com/document/592058170/API-1165-SCADA
https://www.scribd.com/document/594252990/API-2554-Clb-Attqs
https://www.scribd.com/document/594150164/API-575
https://www.scribd.com/document/522282064/Kupdf-net-API-Rp-2a-Lrfd-Recommended-Design-for-Fixed-Offshore-Plataformspdf
https://www.scribd.com/document/440010277/API-RP-9B-Wire-Rope-en-Es-2
https://www.scribd.com/document/576974175/API-600-2009
https://www.scribd.com/document/593704584/API-MPMS-CAP-17-7-1995
https://www.scribd.com/document/524314324/Kupdf-net-API-6a
https://www.scribd.com/document/594133557/API-6D-2014
https://www.scribd.com/document/455244571/OCC-2017
https://www.scribd.com/document/593329979/API-RP-5L1-03-1997
https://www.scribd.com/document/460192912/CERTS-for-PEWO-001-OCI-0033-BLOCK-HOOK-COMBO-MODEL-BHU-150-SN-1509061-FEB-2010

https://www.scribd.com/document/543544339/NORMA9B
https://www.scribd.com/document/541865063/API-603
https://www.scribd.com/document/451865063/API-603
https://www.scribd.com/document/587463819/03-AHE-API-SPEC-2F-Mooring-Chain
https://www.scribd.com/document/539714605/API-20A-2012-2015
https://www.scribd.com/document/588526764/API7F
https://www.scribd.com/doc/214051719/API-Spec-12J-Oil-Gas-Separators-7th-Ed-1989
https://www.scribd.com/document/538619560/API-5lcp-Specification-for-Coiled-Line-Pipe-1999
https://www.scribd.com/document/563823479/API-594-2017
https://www.scribd.com/document/553517676/API-15HR-4th-Edition
https://www.scribd.com/document/431156227/MPMS-Sedimento-y-Agua
https://www.scribd.com/document/342965826/API-12J-SPEC-FOR-OIL-AND-GAS-SEPARATORS-pdf
https://www.scribd.com/document/572051365/API-STD-685-2000
https://www.scribd.com/document/572051380/API-STD-610-1995
https://www.scribd.com/document/556702393/API-Std-2510
https://www.scribd.com/document/556708764/API-STD-2000-2014
https://www.scribd.com/document/586329587/API-STD-623-2021
https://www.scribd.com/document/560168264/API-STD-616-2011-5th-Edition-Part-1
https://www.scribd.com/document/378496710/A14
https://www.scribd.com/document/594750004/API-MPMS-11-2-4
https://www.scribd.com/document/594849091/API-2000
https://www.scribd.com/document/595198513/API-RP-86
https://www.scribd.com/document/478986806/API-527-2020-pdf
https://www.scribd.com/document/398515150/ASTM-API-11-5-3-1
https://www.scribd.com/document/382218431/Previews-API-616-Gas-Turbines
https://www.scribd.com/document/489830461/previews-API-17J-e4-pre
https://www.scribd.com/document/366416729/Previews-API-12J-e8-2008-Pre
https://www.scribd.com/document/587647283/API-St-1163-2021
https://www.scribd.com/document/481834607/PN-34204201-Rotary-Table
https://www.scribd.com/document/532803449/01-standard-basic-design
https://www.scribd.com/document/595259683/575-Guidelines-and-Methods-for-Inspection-of-Existing-Atmospheric-and-Low-Pressure-Storage-Tanks-Second-Editio
https://www.scribd.com/document/536042665/Updated-API-Q1-9th-Edition-with-addendum-1-2-and-erratas-1-2-3
https://www.scribd.com/document/550326366/08B
https://www.scribd.com/document/370501914/340026652-API-598-Valve-Inspection-and-Testing-9th-edition-2009-pdf-pdf
https://www.scribd.com/document/428031037/preview
https://www.scribd.com/document/237117545/Anualreport-12-13-National-Tubes
https://www.scribd.com/document/492135551/Chapter-5-3-Measurement-by-Turbine-Meters
https://www.scribd.com/document/406660533/API-TR-6MET-2018-pdf
https://www.scribd.com/document/429669356/4-2-e3-WAddendum
https://www.scribd.com/document/428193799/Previews-1258882-Pre
https://www.scribd.com/document/406907115/20-2-Allocation-Measurement-Single-Phase-Device-pdf
https://www.scribd.com/document/167807083/Medidores-vortice
https://www.scribd.com/document/549796511/Cons-Grales-Medicion
https://www.scribd.com/document/586952066/API-COLM-Ch-4-5-e4-reaffirmation
https://www.scribd.com/document/593042085/API-RP-54-Occupational-Safety-for-Oil-Gas-Well-Drilling-Servicing-Operations
https://www.scribd.com/document/455500281/previews-API-2-2G-e1-pre
https://www.scribd.com/document/593097788/Kupdf-net-API-Mpms-31bpdf
https://www.scribd.com/document/536828602/API-St-673-2014
https://www.scribd.com/document/443072870/API-682-4TH-EDITION-pdf
https://www.scribd.com/document/246955266/previews-API-4F-e4-pre-pdf
https://www.scribd.com/document/556286393/API-MPMS-Chapter-4-2
https://www.scribd.com/document/556149592/API-20H-2015
https://www.scribd.com/document/531098454/API-527-July-2020
https://www.scribd.com/document/440045707/2-Previews-API-MPMS-Chapter-10-Section-2
https://www.scribd.com/doc/287305369/API-600-2009
https://www.scribd.com/document/325600194/Previews-API-11E-e19-Pre
https://www.scribd.com/document/485260117/%25D8%25A7%25D9%2584%25D9%2585%25D8%25A8%25D8%25A7%25D8%25A7%25D9%2584%25D8%25A7%25D8%25AA-%25D8%25A7%25D25D
https://www.scribd.com/document/503742000/54610382-API-1104-e20wErr2-Reaffirmed-2010-pdf
https://www.scribd.com/document/481997917/API-100-2-2020-pdf
https://www.scribd.com/document/529368524/API-St-2554-1966-2012-scan
https://www.scribd.com/document/535458822/API-Q1-ISO-29001-2010
https://www.scribd.com/document/343372249/Previews-API-11B-e27-WE2-Pre
https://www.scribd.com/document/249191325/Previews-API-19-1-4-Edition-2012-pdf
https://www.scribd.com/document/369801994/API-1163-2013
https://www.scribd.com/document/432974579/API-682-4th-edition-piping-plans-Eagleburgmann
https://www.scribd.com/document/529368536/API-St-2553-1965-scan
https://www.scribd.com/document/542227390/API-12-2-3-MANUAL-OF-PETROLEUM-MEASUREMENT-STANDARDS-CHAPTER-12-CALCULATION-OF-PETROLEUM-QUANTITIES-SECTION-2-CALCULA
https://www.scribd.com/document/546874430/Measurement-Standards-Turbine
https://www.scribd.com/document/589361289/API-20-3
https://www.scribd.com/document/546874429/Measurement-Standards-PDmeters
https://www.scribd.com/document/556632545/API-20N-2019-1
https://www.scribd.com/document/556286389/API-MPMS-Chapter-4-4
https://www.scribd.com/document/556632540/API-6X-2019-1
https://www.scribd.com/document/549928501/API-1509-19th-Edition-01-2021
https://www.scribd.com/document/576979166/API-607-SEVENTH-EDITION-JUNE-2016-2

are infringing upon API's exclusive copyright rights and should be removed or disabled.

4) Contact Information:

Joseph Cherayath

Yellow Brand Protection

6060 N. Central Expressway

Dallas, TX 75206

+442033144680

api.ipr@ybrandprotection.com

5) API has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

6) The information in this Notice of Copyright Infringement is accurate, and under penalty of perjury, Yellow Brand Protection is authorized to act on behalf of API, the owner of the exclusive right being infringed.

In addition, API hereby notifies you that the website content that you are hosting at the above-identified links is in violation of API's Terms and Conditions, located at: https://www.api.org/terms-and-conditions. Namely, it infringes on the copyright and trademark rights of API.


Sincerely,

Joseph Cherayath

**Yellow Brand Protection**

On behalf of

**American Petroleum Institute**

American Petroleum IPR <api.ipr@ybrandprotection.com>
Tue 10/25/2022 4:35 PM
To: Scribd <copyright@scribd.com>

📎 2 attachments (236 KB)
Copyright Declaration (9-16-20) (1).pdf; POA- Yellow Brand (1-24-20) (1) (1).pdf;

To Whom It May Concern,

We are authorized to act on behalf of American Petroleum Institute ("API") with respect to intellectual property and other matters.

This letter is to notify you and all related entities thereto that the content hosted by scribd.com, LLC at the links set forth below, presumably for one or more of your users, infringes the intellectual property rights of API.

In order to expedite the removal of the infringing content, we are submitting this Notice of Copyright Infringement and request that you expeditiously remove or disable access to the material hosted at the URL listed below, as required under the Copyright Act. The following sets forth the statutorily required elements of our Notice of Copyright Infringement:

1) Yellow Brand Protection is authorized to send this notice of infringement and demand. API is the owner of an exclusive right that is claimed to be infringed. The signature of Joseph Cherayath, Yellow Brand Protection's authorized representative is set forth below.

2) The copyrighted works that are being infringed are: American Petroleum Institute's copyrighted materials which can be found on their website https://www.api.org/.

3) The products located at:

https://www.scribd.com/document/553894133/Standard-API-570-4th-Ed-February-2016
https://www.scribd.com/document/379113580/api-537-p1
https://www.scribd.com/document/411618350/API-551
https://www.scribd.com/document/424143894/API-Q2-Spanish
https://www.scribd.com/doc/292315969/API-16A-Guidelines
https://www.scribd.com/document/440710430/API-527
https://www.scribd.com/document/403564201/API-570
https://www.scribd.com/presentation/440269380/API-570-course-API-571-Standard-44
https://www.scribd.com/doc/255863642/API-12F
https://www.scribd.com/document/493698809/API-612
https://www.scribd.com/document/110710018/API-560
https://www.scribd.com/document/268929228/API-356
https://www.scribd.com/document/347192663/api-621
https://www.scribd.com/document/382044177/API-551
https://www.scribd.com/document/534426441/API-6D
https://www.scribd.com/document/335032753/API-580
https://www.scribd.com/document/423714482/API-12B
https://www.scribd.com/document/397979911/API-TR-10TR1-2008
https://www.scribd.com/doc/293121596/API-2015
https://www.scribd.com/document/551307486/API-14C
https://www.scribd.com/document/387885269/API-607
https://www.scribd.com/document/551359894/API-MPMS-11-1-2007
https://www.scribd.com/document/530031406/145914002-API-Mpms-Chapter-2-8b-Tank-Calibration
https://www.scribd.com/document/479584968/API-1628B-TOMA-DE-DECISIONES-BASADA-EN-RIESGOS-1996
https://www.scribd.com/document/491093670/API-5L-45th-Edition
https://www.scribd.com/document/324462910/API-527-Seat-Tightness-of-Pressure-Relief-Valves
https://www.scribd.com/document/544609997/API-938-Repair-Cracks

https://www.scribd.com/document/560479014/Vdocuments-mx-API-684-Ed-1-1996-Tutorial-Rotor-Dynamics-and-Balancing

https://www.scribd.com/document/462400039/API-12R1-1997-Recommended-Practice-for-Setting-Maintenance-Inspection-Operation-and-Repair-of-pdf

https://www.scribd.com/document/429457790/API-PUBL-4618-PDF

https://www.scribd.com/document/477987719/API-530-pdf

https://www.scribd.com/document/535908790/API-MPMS-11-2-1-1-8-1984-Compressibility-Factors-for-Hydrocarbons

https://www.scribd.com/document/478339769/API-573

https://www.scribd.com/document/521948575/API-MPMS-2-2A

https://www.scribd.com/document/518149543/API-Publ-2214-Spark-Ignition-Properties-of-Hand-Tools

https://www.scribd.com/document/489717149/api-1104-1999-2

https://www.scribd.com/document/515109866/API-MPMS-13-1

https://www.scribd.com/document/554138082/API-1581-Spec-Aviation-Jet-Fuel-Filter-Separator

https://www.scribd.com/document/569339698/1

https://www.scribd.com/document/499937682/API-PUBL-534-1995

https://www.scribd.com/document/535908341/API-1155-1995

https://www.scribd.com/document/486521878/API-MPMS-11-2-3-unprotected

https://www.scribd.com/document/409006600/API-651-Cathodic-Protection

https://www.scribd.com/document/556839043/FACTORES-DE-CORRECCION-DE-VOLUMEN-API-Mpms-11-1-Vol-II

https://www.scribd.com/document/500080775/API-619

https://www.scribd.com/document/461198609/API-Cap-3-2-Medicion-en-Carrotanques-pdf

https://www.scribd.com/document/501818041/API-2551-HORIZONTAL-TANK-CALBRATION

https://www.scribd.com/document/454525739/API-681-pdf

https://www.scribd.com/document/502839622/API-17I-Installation-Guidelines-for-Subsea-Umbilicals-October-1996

https://www.scribd.com/document/540772177/API-6D

https://www.scribd.com/document/350669999/API-12gdu-90

https://www.scribd.com/doc/314710475/API-API-6d-2008-Specification-for-Pipeline-Valves-2008

https://www.scribd.com/document/516207211/API-4G

https://www.scribd.com/document/435952492/API-5L

https://www.scribd.com/document/228405611/API-API-Recommended-Practice-9b

https://www.scribd.com/document/220023641/API-2H

https://www.scribd.com/document/574337853/API-Std-603-2001

https://www.scribd.com/document/328805523/API-6A

https://www.scribd.com/document/465397873/API-2D-Offshore-Cranes

https://www.scribd.com/document/565479830/API-1104-22nd-Edition

https://www.scribd.com/document/474931146/API-12D

https://www.scribd.com/document/582175766/API-689-2007-Collection-and-Exchange-of-Reliability-and-Maintenance-Data-for-Equipment

https://www.scribd.com/document/584577882/API-11ER-2009-3rd-Edition-Guarding-of-Pumping-Units

https://www.scribd.com/document/584979638/API-Std-625-2014-1st-ADDENDUM-2-Tank-Systems-for-Refrigerated-Liquefied-Gas

https://www.scribd.com/document/585522971/API-TR-942-B-1st-Ed-2017

https://www.scribd.com/document/585908078/API-MPMS-6-5

https://www.scribd.com/document/583587168/API-2350-2012-Overfill-Protection-for-Storage-Tanks-in-Petroleum-Facilities

https://www.scribd.com/document/546031748/API-12R1-1997

https://www.scribd.com/document/504870814/API-RP520-I

https://www.scribd.com/document/402530140/API-576

https://www.scribd.com/document/556271723/API-6A-99

https://www.scribd.com/document/592739968/API-RP-520-II-Instalacion-de-Dispositivos-para-alivio-de-presion

https://www.scribd.com/document/542062859/API-650

https://www.scribd.com/document/420754984/API-RP14E

https://www.scribd.com/document/593703266/API-MPMS-CAP-7-2-1995

https://www.scribd.com/document/593551124/API-RP-520-Part-2

https://www.scribd.com/document/597332493/API-MPMS-21-1-2013

https://www.scribd.com/document/340034114/API-675-pdf

https://www.scribd.com/document/429666344/API-5L-2013

https://www.scribd.com/document/597453836/API-14A

https://www.scribd.com/document/597687500/API-MPMS-2-2A-Second-Edition-2019
https://www.scribd.com/document/598216535/API-BN3-FLANGE
https://www.scribd.com/document/598216518/API-BUL-E3
https://www.scribd.com/document/598216521/API-RP-7G
https://www.scribd.com/document/598665887/API-STD-53-5th-Edition
https://www.scribd.com/doc/51790435/API-SPEC-12P-1995
https://www.scribd.com/document/593321756/API-Publication-700-2nd-Sept-1981
https://www.scribd.com/doc/49595987/API-SPEC-5D
https://www.scribd.com/document/379968309/previews-1744826-pre-5
https://www.scribd.com/document/600137687/API-7-2-Specification-for-Threading-and
https://www.scribd.com/doc/180755782/API-5B-e15-pre
https://www.scribd.com/document/127391940/Hopkins-Holly-API-Standards123
https://www.scribd.com/document/600137581/API-4F-SPEC-Specification-for-Drilling-and-Well-Servicing-Structures-2008
https://www.scribd.com/document/326249574/API-6AM-Material-Toughness-1995
https://www.scribd.com/document/338011892/API-608-Flanges
https://www.scribd.com/document/338869257/API-650
https://www.scribd.com/document/408971032/API-St-608-2012
https://www.scribd.com/document/174892842/2-12-1-API-Oil-Water-Detector-Standard
https://www.scribd.com/document/515109409/API-13-3-MAYO-2016
https://www.scribd.com/document/591428643/Overview-of-API-Risk-Based-Inspection-Technology
https://www.scribd.com/document/597485620/API-12P
https://www.scribd.com/document/376304940/Previews-API-3-1A-e3-Pre-1
https://www.scribd.com/document/202952937/API-Afpm-Rfs
https://www.scribd.com/document/599782282/API-RP-1110-1997
https://www.scribd.com/document/598225579/API-SPC-6D-2021
https://www.scribd.com/document/597302630/API-Spec-1B-1995-Scan
https://www.scribd.com/document/546874727/Measurement-Standard-Ch6
https://www.scribd.com/document/331402911/API-4-9-3-e1
https://www.scribd.com/document/596958996/API-MPMS-21-1-2nd-Feb-2013-Chapter
https://www.scribd.com/document/598155454/API-6X-2nd-Edition
https://www.scribd.com/doc/146839383/Previews-API-608-e5
https://www.scribd.com/document/543263644/MNLTP27-Foreword
https://www.scribd.com/document/389218300/API-Publ-4618-1995-Scan
https://www.scribd.com/document/494348166/API-650-2021
https://www.scribd.com/document/588170569/API-TR-684-1-2019
https://www.scribd.com/document/587004979/API-TR-FUEL-GAS-MEASUREMENT-Final-Draft-October-25
https://www.scribd.com/document/365297083/Manual-of-Petroleum-Measurement-Standards-Chapter-11
https://www.scribd.com/document/472266847/previews-2124632-pre
https://www.scribd.com/document/550231035/API-1104-Welding-of-Pipelines-and-Related-Facilitiesw
https://www.scribd.com/document/582297182/API-14G-4Ed-2007
https://www.scribd.com/document/520529006/2016-API-570-4th-Edtion-Cover
https://www.scribd.com/document/389881430/Dencidad-Del-Agua-manual-of-Petroleum-Measurement-Standards-Chapter-11
https://www.scribd.com/document/547099167/API-MPMS-5-7-1st-Feb-2003-Testing
https://www.scribd.com/document/586049119/API-555-Analyzer
https://www.scribd.com/document/522057296/API-RECOMMENDED-PRACTICE-1646
https://www.scribd.com/document/451257872/MPMS-21
https://www.scribd.com/doc/264489562/API-676-Positive-Displacement-Pumps-Rotary-pdf
https://www.scribd.com/doc/266045303/API-14-Natural-Gas-section-3-Part-1
https://www.scribd.com/document/599895460/API-P-2021-1991
https://www.scribd.com/document/547629900/API-MPMS-7-2-Toma-de-Temperatura-Con-Termometro-Electronico
https://www.scribd.com/document/547629954/API-MPMS-7-2-Toma-de-Temperatura-Con-Termometro-Electronico
https://www.scribd.com/doc/257141475/API-5L-Gr-B-5-Things-You-Didnt-Know
https://www.scribd.com/document/556565302/API-Training-Exercise-Guidelines-TR-1159
https://www.scribd.com/document/593703643/API-MPMS-CAP-12-2-1-1995
https://www.scribd.com/document/385758984/API-936-Course-Material
https://www.scribd.com/document/293216940/API-Specification-1584-Ip-3rd-Ed-2001-Four-Inch-Hydrant-System-Components-and-Arrangements-1

https://www.scribd.com/document/581379899/API-AP-IP-SPECIFICATION-1584-APRIL-2001-FOUR-INCH-HYDRANT-SYSTEM-COMPONENTS-AND-ARRANGEMENTS-THIRD-EDITION-1

https://www.scribd.com/document/535909915/Manual-of-Petroleum-Measurement-Standards-Chapter-11-3-3

https://www.scribd.com/document/423281240/standard-for-fired-heaters-in-general-refinery-services

https://www.scribd.com/document/600265637/api-techanical-report-938c-use-of-duplex-stainless-steels-in

https://www.scribd.com/document/560426531/Pdfcoffee-com-API-612-2020-Petroleum-Petrochemical-and-Natural-Gas-Industries-Steam-Turbines-Special-Purpose-Applications-PDF-Free

https://www.scribd.com/document/413875171/API-Technical-Report-942-A-1st-Ed-Ballot-Draft-Rev-C-Apr-30-2013

https://www.scribd.com/document/350168243/17p3e2Ballotdraft2-2016

https://www.scribd.com/document/511348453/Previews-1909951-Pre

https://www.scribd.com/document/339626751/API-guidance-doc-storage-handling-petroleum-coke-pdf

https://www.scribd.com/document/345848201/API-5L-Grade-B-5-Things-You-May-Still-Don-t-Know-HYSP-Steel-Pipe-Supplier

https://www.scribd.com/document/493473349/MPMS-10-2-81

https://www.scribd.com/document/596887058/%D8%A7%7DB%8C%D9%85%D9%86%DB%8C-%D8%AD%D9%81%D8%A7%D8%B1%DB%8C

https://www.scribd.com/document/431466232/api2350-pdf

https://www.scribd.com/document/343193695/api-570-pdf

https://www.scribd.com/document/509784828/RP-75-rev2

https://www.scribd.com/document/332796442/API-602-Valvulas-de-Compuerta-Compactas

https://www.scribd.com/document/502730769/1129

https://www.scribd.com/document/292549710/APIRP16E-pdf

https://www.scribd.com/document/471950954/API-U-Trainer-Application-Individual

https://www.scribd.com/doc/311335743/API-Monogram-License-6a-1648

https://www.scribd.com/document/150367246/Panel3-Modine

https://www.scribd.com/document/417970198/NORMAS-API

https://www.scribd.com/document/473506503/API-BUL-11K-Desing-of-Air-exchange-coolers

https://www.scribd.com/document/444919512/API-STANDARD-2000-pdf

https://www.scribd.com/document/429798639/API-660

https://www.scribd.com/document/429053690/API-Standard-936-Manual-Book-2014-pdf

https://www.scribd.com/document/384043113/API-650

https://www.scribd.com/document/415447479/Previews-API-598-e9-Pre

https://www.scribd.com/document/328127077/Api-2B

https://www.scribd.com/doc/186509265/RP-14E

https://www.scribd.com/document/600662768/RP-754-Fact-Sheet

https://www.scribd.com/document/592552511/RP-754-Fact-Sheet

https://www.scribd.com/document/596965314/API-2350-Overfill-protection-of-storage-tanks

https://www.scribd.com/document/600545940/API-610-12th

https://www.scribd.com/document/582039249/API-RP-520-Part1-Sizing-Selection-and-Instillation-of-Pressure-Relieving-Device-7th-ed-Jan-2000

https://www.scribd.com/presentation/414601861/Sweatman

https://www.scribd.com/document/74140027/Carbon-Capture

https://www.scribd.com/doc/316178946/API-571-Questions

https://www.scribd.com/document/499813469/API-650-2003

https://www.scribd.com/document/559779196/API-607

https://www.scribd.com/doc/63140551/API-12K

https://www.scribd.com/document/450224414/API-6D-pdf

https://www.scribd.com/document/361704375/API-670-00

https://www.scribd.com/document/509121368/Norma-API-682

https://www.scribd.com/doc/239168432/API-PUB-353

https://www.scribd.com/document/398414991/API-609-2004

https://www.scribd.com/document/516428277/aAPI-1104-1999

https://www.scribd.com/document/398413827/API-2Y-1999

are infringing upon API's exclusive copyright rights and should be removed or disabled.

4) Contact Information:

Joseph Cherayath

Yellow Brand Protection
6060 N. Central Expressway
Dallas, TX 75206
+442033144680
api.ipr@ybrandprotection.com

5) API has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

6) The information in this Notice of Copyright Infringement is accurate, and under penalty of perjury, Yellow Brand Protection is authorized to act on behalf of API, the owner of the exclusive right being infringed.

In addition, API hereby notifies you that the website content that you are hosting at the above-identified links is in violation of API's Terms and Conditions, located at: https://www.api.org/terms-and-conditions. Namely, it infringes on the copyright and trademark rights of API.


Sincerely,

Joseph Cherayath
**Yellow Brand Protection**
On behalf of
**American Petroleum Institute**

Case 4:23-mc-80309-KAW   Document 1-2   Filed 11/30/23   Page 63 of 122

American Petroleum IPR <api.ipr@ybrandprotection.com>
Wed 11/30/2022 1:04 PM
To: Scribd <copyright@scribd.com>

2 attachments (236 KB)
POA- Yellow Brand (1-24-20) (1) (1).pdf; Copyright Declaration (9-16-20) (1).pdf;

To Whom It May Concern,

We are authorized to act on behalf of American Petroleum Institute ("API") with respect to intellectual property and other matters.

This letter is to notify you and all related entities thereto that the content hosted by scribd.com, LLC at the links set forth below, presumably for one or more of your users, infringes the intellectual property rights of API.
In order to expedite the removal of the infringing content, we are submitting this Notice of Copyright Infringement and request that you expeditiously remove or disable access to the material hosted at the URL listed below, as required under the Copyright Act. The following sets forth the statutorily required elements of our Notice of Copyright Infringement:

1) Yellow Brand Protection is authorized to send this notice of infringement and demand. API is the owner of an exclusive right that is claimed to be infringed. The signature of Joseph Cherayath, Yellow Brand Protection's authorized representative is set forth below.
2) The copyrighted works that are being infringed are: American Petroleum Institute's copyrighted materials which can be found on their website https://www.api.org/.
3) The products located at:

https://www.scribd.com/document/551307470/API-14E
https://www.scribd.com/document/478750783/312813408-API-2A-Measurement-and-Calibration-of-Upright-Cylindrical-Tanks-by-the-Manual-Tank-Strapping-Method-pdf
https://www.scribd.com/document/509510487/API-Publ-4608-User-s-Guide-Evaluation-of-Sediment-Toxicity-Tests-for-Biomonitoring-Programs-1994
https://www.scribd.com/document/544285552/API-674-Positive-Displacement-Pumps-Reciprocating
https://www.scribd.com/document/525872700/API-14E
https://www.scribd.com/document/485150971/312742178-api-650-pdf-pdf
https://www.scribd.com/document/539502913/API-2A-20th-1-50
https://www.scribd.com/doc/316971432/API-5L-Line-Pipe-pdf
https://www.scribd.com/document/537264610/API-530-Calcul-of-Heater-Tube-Thick-in-Petrol-Ref
https://www.scribd.com/document/442125404/API-2216-Ignition-Risk-of-Hydrocarbon-Vapors-by-Hot-Surfaces-in-the-Open-Air-1991-pdf
https://www.scribd.com/document/558765142/API-531Noise-From-Heaters
https://www.scribd.com/document/493698848/API-613
https://www.scribd.com/document/525872691/API-6D-Specification-for-pipeline-valves
https://www.scribd.com/document/509209312/API-MPMS-2A-Tank-Calibration-Strapping-Method
https://www.scribd.com/document/544285589/API-617-Centrifugal-Compressors
https://www.scribd.com/document/544285713/API-685-Sealless-Centrifugal-Pumps
https://www.scribd.com/document/332071425/API-590
https://www.scribd.com/document/519712030/api650
https://www.scribd.com/document/383579963/API-BULL-5C2-Performance-Properties-of-Casing-Tubing-and-Drill-1999-pdf
https://www.scribd.com/document/560621189/Toaz-info-API-614-Pr-e6e73a8288d93762c54aaf46efcd52cc
https://www.scribd.com/document/544285496/API-675-Positive-Displacement-Pumps-Controlled-Volume
https://www.scribd.com/document/512272061/API-Chp-8-Muestreo
https://www.scribd.com/document/537264535/API-55-Recom-Pract-for-Oil-and-Gas-Prod-Plant-Oper-Involving-Hydr

https://www.scribd.com/document/524125551/API-11AX-2001
https://www.scribd.com/document/394960231/API-511-1995
https://www.scribd.com/document/566024985/API-2D-operation-and-Maintenance-of-Offshore-Cranes-1999
https://www.scribd.com/document/539502949/API-2A-1st-Fix-offshore-platform
https://www.scribd.com/document/475320390/API-MPMS-12-3-1996-2006
https://www.scribd.com/document/495899879/API-Dr-351-1996-Scan
https://www.scribd.com/document/512286989/API-939
https://www.scribd.com/document/470762957/api-1104-pdf
https://www.scribd.com/document/437888209/API-653-5Ed-Add1-2018-pdf
https://www.scribd.com/document/502460699/API-9A-Wire-Rope
https://www.scribd.com/document/532982103/API-Bul-5C3-1999-Formulas-and-Calculations-for-Casing-Tubing-Drill-Pipe-And-Line-Pipe-Proper
https://www.scribd.com/document/542015586/API-650-welded-steel-tanks
https://www.scribd.com/document/401192409/API-6L-TO-DETRMINE-ANGLE-AND-DOGLEG-SEVERITY-pdf
https://www.scribd.com/document/459446803/API-570-Piping-inspection-pdf
https://www.scribd.com/document/516428546/api-1993-int
https://www.scribd.com/document/473624053/API-Chapter-17-3-2009
https://www.scribd.com/document/482524465/413050663-API-560-pdf
https://www.scribd.com/document/485151256/312742178-api-650-pdf-pdf
https://www.scribd.com/document/494766088/API-PUB-2021A-1998
https://www.scribd.com/document/499446258/API-5C7-R2007-1st-Edition-Coiled
https://www.scribd.com/document/582285620/API-14g-1993-Fire-Prev-Offsh
https://www.scribd.com/document/589022887/API-651-Cathodic-Protection-of-Above-Grnd-Petroleum-Storage-Tanks
https://www.scribd.com/document/596638577/API-MPMS-2-2A-1995
https://www.scribd.com/document/592121786/api650
https://www.scribd.com/document/599895454/API-Bull-2v-2000
https://www.scribd.com/document/312975857/api-1104
https://www.scribd.com/document/430273461/api-plub
https://www.scribd.com/document/601027761/API-2B
https://www.scribd.com/document/602060719/API-RP2RD-1998
https://www.scribd.com/document/602168294/API-SPEC-17F-Specification-For-Subsea-Production-Control-Systems-1st-Edition-Jan-2003
https://www.scribd.com/document/602060537/API-2S-1995
https://www.scribd.com/document/603589363/API-RP-5A5-Field-Inspection-of-New-Casing-Tubung-and-Plain-end-Drill-Pipe
https://www.scribd.com/document/604214992/API-Rp-11s3-Elcr-Submers-Pump-Instl
https://www.scribd.com/document/604217045/API-SPEC-11E-7ED-1994-PUMPING-UNIT-ISO-10431-1993
https://www.scribd.com/document/604531488/API-578-Guidelines-for-a-Material-Verification-2018
https://www.scribd.com/document/602059938/API-RP-2L-Heliport-Design-for-Fixed-Platform-1996
https://www.scribd.com/document/603539637/API-RP-14E-Design-and-Installation-of-Offshore-Production-Platform-Piping-Systems-2013
https://www.scribd.com/document/592552421/API-ANSI-RP-754-6-21-16-Webinar
https://www.scribd.com/document/442328606/API-1130-1995-computational-pipeline-monitoring
https://www.scribd.com/document/431495915/7-39922-247243174
https://www.scribd.com/document/381712226/Steels-for-Hydrogen-Service-at-Elevated-Temperatures-and-Pressures-in-Petroleum-Refineries-and-Pe-pdf
https://www.scribd.com/document/548024898/Manual-of-Petroleum-Measurement-Standards-Chapter-10-Sec-3-Compress
https://www.scribd.com/doc/256074269/MPMS-11-1-IX-2000
https://www.scribd.com/document/493473070/MPMS-1-94-Vocavulario
https://www.scribd.com/document/501038440/SPEC-16C-rev1
https://www.scribd.com/document/478017362/20-1-Allocation-measurement-1993
https://www.scribd.com/document/496536770/BULL-E3-rev1
https://www.scribd.com/document/559682779/API2218-Fireproofing-Practices-in-Petroleum-and-Petrochemical-Processing-Plants
https://www.scribd.com/document/559579122/Bull-16j-Rev1
https://www.scribd.com/document/433194475/api610-pdf
https://www.scribd.com/document/476426359/tempfile-docx-1003

https://www.scribd.com/document/580730108/11AR-2
https://www.scribd.com/document/496536677/BULL-16D-rev1
https://www.scribd.com/document/501038567/SPEC-16D-rev1
https://www.scribd.com/document/512819202/STD-5T1-rev10-IMPERFECTION-TERMINOLOGIE
https://www.scribd.com/doc/200015378/Seal-Plans
https://www.scribd.com/document/501038569/SPEC-16R-rev1
https://www.scribd.com/document/501038436/SPEC-6H-rev2
https://www.scribd.com/document/531573859/S-1-rev19
https://www.scribd.com/document/496536867/BULL-D10-rev2
https://www.scribd.com/document/554530263/TABLE-54-C
https://www.scribd.com/document/402579495/Tesis-Evaluacion-de-Bes-Mediante-Analisis-Nodal
https://www.scribd.com/document/350367296/2005-Workforce-Study
https://www.scribd.com/document/427343637/interpretations1986
https://www.scribd.com/document/458385749/RP-11S1-rev3-pdf
https://www.scribd.com/doc/81374380/MNLTP15-Foreword
https://www.scribd.com/document/269720273/API-Pub301-Tank-Survey
https://www.scribd.com/doc/152220573/ICPStats-Oct-2012
https://www.scribd.com/document/554138121/API1540-Aviation-Facilities
https://www.scribd.com/document/490643738/API-MPMS-3-2-pdf
https://www.scribd.com/document/463396007/API-MPMS-11-2-84
https://www.scribd.com/document/473446201/previews-2024172-pre
https://www.scribd.com/document/605786596/API-2510-a-Fire-Protection-Considerations-for-D-O-of-LPG-Storage-Facilities
https://www.scribd.com/doc/154068593/Welding-Pipe-Line
https://www.scribd.com/document/523996584/APITR-11L-Design-Calculations-for-Sucker-Rod-Pumping-System
https://www.scribd.com/document/376581456/API617-6th-1995-En
https://www.scribd.com/document/380925384/API-6171
https://www.scribd.com/document/479151373/MPMS-6-1
https://www.scribd.com/document/369221078/A-Pi-2510-Copied
https://www.scribd.com/document/595353482/re753
https://www.scribd.com/document/541578727/API-612-Turbinas-2
https://www.scribd.com/document/315225718/570
https://www.scribd.com/document/358688556/199555284-api610
https://www.scribd.com/document/601027740/API-2C
https://www.scribd.com/document/601027769/API-2C
https://www.scribd.com/document/559730656/previews-2199345-pre
https://www.scribd.com/document/542480222/AgPI-rty
https://www.scribd.com/document/507358640/API-TECHNICAL-REPORT-17TR2-envelhecimento-PA-e-VIC
https://www.scribd.com/document/602167901/API-RP-2L-Recommended-Practice-For-Planning-Designing-And-Constructing-Heliports-For-Fixed-OffShore-Platforms-4th-Edition-May-1996
https://www.scribd.com/document/503206938/API-2510A-2001-ed2
https://www.scribd.com/document/507358462/API-17TR6
https://www.scribd.com/document/412155943/4234-CC-20140602-Monogram-2016
https://www.scribd.com/document/540609697/Previews-1947789-Pre
https://www.scribd.com/document/602061770/API-619-1997
https://www.scribd.com/document/602060913/API-5-T1-1996
https://www.scribd.com/document/600137598/API-4G-RP-Inspection-Maintainance-2004
https://www.scribd.com/document/602060725/API-RP2X-1996
https://www.scribd.com/document/602060551/API-RP-2X-US-amd-PM-Examination-of-OffShore-Strctures-1996
https://www.scribd.com/document/394303696/Nfpa-14
https://www.scribd.com/document/493092863/NFPA-13H

are infringing upon API's exclusive copyright rights and should be removed or disabled.
4) Contact Information:
Joseph Cherayath
Yellow Brand Protection
6060 N. Central Expressway
Dallas, TX 75206

+442033144680
api.ipr@ybrandprotection.com

5) API has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

6) The information in this Notice of Copyright Infringement is accurate, and under penalty of perjury, Yellow Brand Protection is authorized to act on behalf of API, the owner of the exclusive right being infringed.

In addition, API hereby notifies you that the website content that you are hosting at the above-identified links is in violation of API's Terms and Conditions, located at: https://www.api.org/terms-and-conditions. Namely, it infringes on the copyright and trademark rights of API.


Sincerely,

Joseph Cherayath
**Yellow Brand Protection**
On behalf of
**American Petroleum Institute**

American Petroleum IPR <api.ipr@ybrandprotection.com>
Fri 12/23/2022 1:47 PM
To: Scribd <copyright@scribd.com>

📎 2 attachments (236 KB)
POA- Yellow Brand (1-24-20) (1) (1).pdf; Copyright Declaration (9-16-20) (1).pdf;

To Whom It May Concern,

We are authorized to act on behalf of American Petroleum Institute ("API") with respect to intellectual property and other matters.

This letter is to notify you and all related entities thereto that the content hosted by scribd.com, LLC at the links set forth below, presumably for one or more of your users, infringes the intellectual property rights of API.
In order to expedite the removal of the infringing content, we are submitting this Notice of Copyright Infringement and request that you expeditiously remove or disable access to the material hosted at the URL listed below, as required under the Copyright Act. The following sets forth the statutorily required elements of our Notice of Copyright Infringement:

1) Yellow Brand Protection is authorized to send this notice of infringement and demand. API is the owner of an exclusive right that is claimed to be infringed. The signature of Joseph Cherayath, Yellow Brand Protection's authorized representative is set forth below.
2) The copyrighted works that are being infringed are: American Petroleum Institute's copyrighted materials which can be found on their website https://www.api.org/.
3) The products located at:

https://www.scribd.com/document/561108515/API-579-Asme-Ffs-2-2009-Fitness-for-Service-Example-Problem-Manual
https://www.scribd.com/document/546027950/API-6AR-1994
https://www.scribd.com/document/334285009/API-Publ-7103
https://www.scribd.com/document/492544459/API-Publ-1509C-1996
https://www.scribd.com/document/492544384/API-Publ-349-1998
https://www.scribd.com/document/516428715/api-1989-90-int
https://www.scribd.com/document/499937686/API-PUBL-535-1995
https://www.scribd.com/document/539662743/API-RP40
https://www.scribd.com/document/467392114/API-620-Diseno-de-tanques-pdf
https://www.scribd.com/document/482699680/API-API-IP-STD-1598-2007-07-01
https://www.scribd.com/document/516428534/api-1994-95-int
https://www.scribd.com/document/482697011/API-ACHIEVING-COMMON-1996-05-01
https://www.scribd.com/document/450224144/API-14E-Design-installation-of-offshore-platform-piping-pdf
https://www.scribd.com/document/482697947/API-API-EI-MPMS-19-5-2009-09-01
https://www.scribd.com/document/462400029/API-12D-1994-Specification-for-Field-Welded-Tanks-for-Storage-of-Production-Liquids-pdf
https://www.scribd.com/document/457148518/STD-API-PETRO-TR-4686-007-ENGL-1999
https://www.scribd.com/document/462400035/API-12F-1994-Specification-for-Shop-Welded-Tanks-for-Storage-of-Production-Liquids-pdf
https://www.scribd.com/document/462400036/API-12J-1989-Specification-for-Oil-and-Gas-Separators-pdf
https://www.scribd.com/document/558761921/API-521-1997
https://www.scribd.com/document/556271480/Api-11-L6
https://www.scribd.com/document/539662666/API-RP-521-1997

https://www.scribd.com/document/544285560/API-681-Liquid-Ring-Vacuum-Pumps-and-Compressors

https://www.scribd.com/document/509104697/API-Publ-4641-Summary-of-Produced-Water-Toxicity-Identification-Evaluation-Research-1996

https://www.scribd.com/document/555980581/API-Vocational-Book-1-Introduction-to-Oil-and-Gas-Production

https://www.scribd.com/document/479585008/API-DR-53-CARACTERIZACION-DE-LOS-RESIDUOS-ASOCIADOS-A-LA-EXPLORACION-Y-PRODUCCION-1996

https://www.scribd.com/document/491791089/API-6FD-Fire-Test-for-Check-Valves

https://www.scribd.com/document/352807090/API-11AX2015-Tablecont

https://www.scribd.com/document/353922688/323454426-API-Catalog-1

https://www.scribd.com/document/541560223/API-RP2A

https://www.scribd.com/document/420705637/API-1140wb-Vavles

https://www.scribd.com/document/371839032/API-1104-pdf

https://www.scribd.com/document/581198116/API-5L

https://www.scribd.com/document/584215563/API-5L

https://www.scribd.com/document/321829390/API-1169-Pipeline-Inspector-Exam-Fact-Sheet

https://www.scribd.com/doc/265720212/API-1111-Spreadsheet

https://www.scribd.com/document/554182069/api-610-11th

https://www.scribd.com/document/389234344/API-6A-718-04

https://www.scribd.com/doc/46831403/1995-API-R13D

https://www.scribd.com/document/604770182/API-661

https://www.scribd.com/document/548750069/API-520-1

https://www.scribd.com/document/393207546/API-620-pdf

https://www.scribd.com/document/601681922/API-20J-2022

https://www.scribd.com/document/434107358/previews-1900082-pre

https://www.scribd.com/document/442218527/Catalog-of-Analog-Computer-Dynamometer-Cards

https://www.scribd.com/document/496747158/Rail-infrastructure-brochure-2015-vs3-pr

https://www.scribd.com/document/32062811/API-News-Release-Gerard-Testimony-on-Gulf-Accident

https://www.scribd.com/document/606041760/API-577

https://www.scribd.com/document/448857399/API-570-Wallet-Card

https://www.scribd.com/doc/306923641/API-653

https://www.scribd.com/document/606266003/API-MPMS-3-1A

https://www.scribd.com/document/606336694/VALVE-SELECTION-GUIDE-API

https://www.scribd.com/document/423634640/API

https://www.scribd.com/document/430999115/api-8c

https://www.scribd.com/document/569499181/API-STD-622-2018

https://www.scribd.com/document/433511247/API-681

https://www.scribd.com/document/458986149/API-541

https://www.scribd.com/document/574573317/API-20-B-2020

https://www.scribd.com/document/415654420/API-1107

https://www.scribd.com/document/556702388/API-STD-675

https://www.scribd.com/document/534322234/api-674

https://www.scribd.com/document/372787400/API-MPMS-3-1B-2001-pdf

https://www.scribd.com/document/606718127/API-609-Butterfly-Valves-5th-Edition

https://www.scribd.com/document/398709022/API-998-pdf

https://www.scribd.com/document/432861434/API-MPMS-19-3-PART-A-97-R2007

https://www.scribd.com/document/606192612/API-1640-2021

https://www.scribd.com/document/608299645/API-Vocational-Book1

https://www.scribd.com/document/608601339/API-RP-2SIM-2014-Structural-Integrity

https://www.scribd.com/document/608165604/API-6A

https://www.scribd.com/document/394130693/API-752

https://www.scribd.com/document/247193661/API-13D

https://www.scribd.com/document/338336233/API-510

https://www.scribd.com/document/420610429/API-945
https://www.scribd.com/document/526896597/API-RP-556-PART-1-Section-10-1997
https://www.scribd.com/document/347260302/API-Rp-02-Fp1-Mooring-Fps-1993
https://www.scribd.com/document/588240114/API-RP-540-PDF
https://www.scribd.com/document/445478897/API-RP-14E-pdf-pdf
https://www.scribd.com/document/429373679/kupdf-net-api-rp-500-pdf
https://www.scribd.com/document/465410699/API-RP-2D-June2003-RP-for-Operation-Maintenance-of-Offshore-Cranes-pdf
https://www.scribd.com/document/537199196/API-RP500
https://www.scribd.com/document/401853744/351669304-API-RP-520-part-2-pdf-pdf
https://www.scribd.com/document/588526334/API-RP-752
https://www.scribd.com/document/609068357/api-rp-14epdf
https://www.scribd.com/document/577065390/API-RP-10B
https://www.scribd.com/document/605145343/API-RP-14E
https://www.scribd.com/document/402201035/API-RP-5B1-Gaging-and-Inspection-of-Casing-Tubing-1999-pdf
https://www.scribd.com/document/589009778/API-RP-1168-2015
https://www.scribd.com/document/606192941/API-RP-1175-2015
https://www.scribd.com/document/425514487/API-RP-576-1992-Pressure-relieving-devices-Inspection-pdf
https://www.scribd.com/doc/235336249/GRP-API-RP-750
https://www.scribd.com/document/606192978/API-RP-1177-2017
https://www.scribd.com/document/525270332/GRP-API-RP-750
https://www.scribd.com/document/537198297/API-550-Section-3-Temperature
https://www.scribd.com/document/185974774/RBI-Training-2008-US
https://www.scribd.com/document/549693528/API-6A-Licensing-Information-Form-20190510
https://www.scribd.com/doc/269720284/Api15
https://www.scribd.com/document/361942948/mpms-5-1-pdf
https://www.scribd.com/document/421847939/Q1
https://www.scribd.com/document/472743581/API650-1-pdf
https://www.scribd.com/document/609644813/API-BULL-2S
https://www.scribd.com/doc/119838693/ZXCVGBH
https://www.scribd.com/document/513396427/API-674
https://www.scribd.com/document/513588086/API-421
https://www.scribd.com/doc/315041697/API-1615
https://www.scribd.com/document/385308077/API-2530
https://www.scribd.com/document/437810428/API-520
https://www.scribd.com/document/434640799/API-norma
https://www.scribd.com/document/576974206/API-609-2010
https://www.scribd.com/document/561498861/Api
https://www.scribd.com/document/605604029/API-STD-607
https://www.scribd.com/document/601985295/API-STD-1104-espanol
https://www.scribd.com/document/604205337/API-STD-608
https://www.scribd.com/document/563267738/ANSI-API-STD-2015-2001
https://www.scribd.com/document/476896884/API-576
https://www.scribd.com/document/608128223/API-10A
https://www.scribd.com/document/563332179/API-938-B
https://www.scribd.com/document/450293024/4-5981321398012872437
https://www.scribd.com/document/331102380/Curso-de-Preparacion-Para-Certificacion-API-570
https://www.scribd.com/doc/248926875/API-2217A001
https://www.scribd.com/document/603113466/API
https://www.scribd.com/document/579922136/API-12l-Treaters
https://www.scribd.com/document/234705848/97370153-API-6-d-Rev-2002-Portugues-1
https://www.scribd.com/document/609645486/API-SPEC-2C

https://www.scribd.com/document/551307976/API-12
https://www.scribd.com/presentation/392603969/Progetto-Dinamica-Del-Rotori
https://www.scribd.com/document/595412809/api-12k
https://www.scribd.com/document/392679063/API-14F-Electrical-Installations-Class1-Division-1-1999
https://www.scribd.com/document/606192779/API-RP-945-2003-2008
https://www.scribd.com/doc/170062781/API-2021
https://www.scribd.com/document/606177838/API-Chapter-V-Preparation-of-Equipment-for-Safe-Entry-and-Work-2nd-1972
https://www.scribd.com/document/606177842/API-Chapter-V-Preparation-of-Equipment-for-Safe-Entry-and-Work-3rd-1978
https://www.scribd.com/document/611607550/API-12K
https://www.scribd.com/document/462016340/API-590
https://www.scribd.com/document/413673568/API-12F
https://www.scribd.com/doc/156315638/API-674
https://www.scribd.com/document/359172672/API-1169-Factsheet
https://www.scribd.com/document/492257095/API-609
https://www.scribd.com/document/606192359/API-1161-2021
https://www.scribd.com/document/397913524/Previews-API-12J-e8-2008-Pre
https://www.scribd.com/document/378325729/Pages-From-API-570-2016
https://www.scribd.com/document/606191700/API-650-1973
https://www.scribd.com/document/427551704/MyAPI-Login-20181210-1
https://www.scribd.com/document/472475715/previews-1985910-preAPI-594
https://www.scribd.com/document/463465317/API-670V2-pdf
https://www.scribd.com/document/604348929/API-MPMS-C5-2
https://www.scribd.com/document/490335605/API-520-2-pdf
https://www.scribd.com/document/476303842/API-PUBL-1130-pdf
https://www.scribd.com/document/52663204/API-5-6-2002
https://www.scribd.com/document/495183204/316178946-API-571-Questions
https://www.scribd.com/document/36263063/API-6F-A
https://www.scribd.com/document/559739399/API-PR-5B1-Ad1
https://www.scribd.com/document/385844788/api-620-pdf
https://www.scribd.com/presentation/357774708/API-570-course-API-577-Standard-14-ppt
https://www.scribd.com/document/347453369/API-610-2003-Pumps-Centrifugal
https://www.scribd.com/document/433927754/API-670-Protecciones-de-Maquinas
https://www.scribd.com/document/549238614/API-653-2020
https://www.scribd.com/document/350642841/API-Infrastructure-Investment-Study
https://www.scribd.com/document/608377774/TTSP-API-5CT-0623-2020-2022
https://www.scribd.com/doc/305962460/NORMA-API-575-pdf
https://www.scribd.com/document/393758928/API-Recomendation-Practice-5A3-pdf
https://www.scribd.com/document/393392135/NORMA-API-575-pdf-pdf
https://www.scribd.com/document/490593191/api-5l-line-pipe-pdf
https://www.scribd.com/document/423468700/API-MPMS-4-3-pdf
https://www.scribd.com/document/470332609/API-2201-2003-pdf
https://www.scribd.com/document/604349502/API-MPMS-C5-5
https://www.scribd.com/document/439204825/API-661-ENFRIADORES-pdf
https://www.scribd.com/document/560794930/API-610-8th-Edition
https://www.scribd.com/document/555898877/API-Oilfield-Production-Terminology
https://www.scribd.com/document/599629274/API-Publ-1628-1980-Underground-Spill-Cleanup-Manual
https://www.scribd.com/document/577112990/API-refinery-fire-ptcn
https://www.scribd.com/document/476303826/API-PUBL-1113-pdf
https://www.scribd.com/document/356792969/API-510-2001-pdf
https://www.scribd.com/document/610208143/API-600-2001-2
https://www.scribd.com/document/493563736/API-650-2003-C

https://www.scribd.com/document/578536945/AFPM-API-Letter-to-Biden
https://www.scribd.com/document/439204493/API-661-ENFRIADORES-pdf
https://www.scribd.com/doc/228660167/API-571-Pressure-Vessel-Inspection-Code
https://www.scribd.com/doc/344890383/API-6FA-3rd-Edition-4-1999
https://www.scribd.com/document/571537343/Api-686-1996NormaBasesPlataformasBase
https://www.scribd.com/document/468266529/HERRAMIENTAS-DE-MANEJO-API-Rutong-8C
https://www.scribd.com/document/426342372/API-7-1-2006-Rotary-Drill-Stem-Elements
https://www.scribd.com/doc/56736236/API-560-4th-ed-Aug-2007
https://www.scribd.com/presentation/336668716/2006-API-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
https://www.scribd.com/document/447345033/API-TR-934-G-2016
https://www.scribd.com/document/428962022/API-12p-FIBERGLASES-TANKS-pdf
https://www.scribd.com/doc/256931798/API-Bull-6AM-95-Material-Toughness
https://www.scribd.com/document/197598341/API-681-Liquid-Ring-Vacuum-Pumps
https://www.scribd.com/document/606450506/API-598-2016
https://www.scribd.com/document/441821093/API-11S-Operation-Maintenance-Troublesho-pdf
https://www.scribd.com/document/561383017/Tuboscope-Abu-Dhabi-API-Q1-5CT-Expires-072022
https://www.scribd.com/doc/152988782/API-007L
https://www.scribd.com/doc/265334261/API-St-2510-Design-and-Construction-of-Lpg-Installations
https://www.scribd.com/document/520239398/API-576-2017
https://www.scribd.com/document/531110988/Pages-From-API-520-PART-2-2003
https://www.scribd.com/document/606717984/API-598-Valve-Inspection-and-Testing
https://www.scribd.com/document/606177837/API-Chapter-III-Inspection-Planning-3rd-1985
https://www.scribd.com/document/240513335/API-1470WB-Oil-and-Gas-Separators-pdf
https://www.scribd.com/document/483204881/API-12D-Tanques-Soldados-en-Campo-pdf
https://www.scribd.com/document/168107405/API-6D-Specification-for-Pipeline-Valves
https://www.scribd.com/document/582297339/API-510-8-Ed-Add-4-2003
https://www.scribd.com/document/499418637/Pages-from-API-520-PART-2-2003
https://www.scribd.com/doc/236688792/API-676-Positive-Displacement-Pumps-Rotary
https://www.scribd.com/document/389096127/api-610-ISO-13709-2009-identical-pdf
https://www.scribd.com/document/264148084/API-17J-Specification-for-Unbonded-Flexible-Pipe
https://www.scribd.com/document/379117404/api-537-p3
https://www.scribd.com/document/459211313/API-6D
https://www.scribd.com/document/488595963/Api-527-pdf
https://www.scribd.com/document/444876194/API-520-Part-1-7th-ed-2000-PSV-pdf
https://www.scribd.com/document/363778911/API-D14-1967-Statistical-Analysis-of-Crude-Oil-Recovery-and-Recivery-Efficiency
https://www.scribd.com/document/372296457/api2201-pdf
https://www.scribd.com/document/456866442/API-662-1995-Plate-Heat-Exchangers
https://www.scribd.com/document/443200481/55208719-API-2610-Design-Inspection-of-Terminal-amp-Tank-Facilities-pdf
https://www.scribd.com/document/345814440/API-5B1-pdf
https://www.scribd.com/document/612132810/API-MPMS-19-3-PART-C
https://www.scribd.com/document/461087278/API-RP-02D-Offshore-Cranes-1995-pdf
https://www.scribd.com/document/609911737/API-RP-5B1-2015
https://www.scribd.com/document/517219765/API-570-Refresher-Material
https://www.scribd.com/document/587303974/API-Rp-14b-Russian
https://www.scribd.com/document/537198312/API-550-Section-08-Seals-Purges-Wint
https://www.scribd.com/document/602590613/API-RP-1162-2010-Parte-1
https://www.scribd.com/document/346302348/API-13B1-Pruebas-Base-Agua
https://www.scribd.com/document/482695435/API-510-CHINESE-2014-05-01
https://www.scribd.com/document/547517278/API-RP-550-1-4-1980-scan
https://www.scribd.com/document/460924420/357529352-API-RP-85-2003-pdf
https://www.scribd.com/document/547516895/API-RP-550-1-4-1980-scan

https://www.scribd.com/document/611094192/API-RP-573-Inspeccion-de-Calentadores-Pirotubulares
https://www.scribd.com/document/562255199/API-Inspeccion-IP-71-Traducido
https://www.scribd.com/document/580348279/API-RP-63-90-EVALUACION-DE-POLIMEROS
https://www.scribd.com/document/345856586/API-RP-02D-Offshore-Cranes-1999-pdf
https://www.scribd.com/document/611094009/API-RP-577-Inspeccion-Metalurgica-y-de-Soldadura
https://www.scribd.com/document/413985888/API-Rp-02-Fp1-Mooring-Fps-1993
https://www.scribd.com/document/609188170/API-RP-577-Welding-InspectionMetallurgy-1stEd
https://www.scribd.com/document/547517282/API-RP-550-1-5-1985-scan
https://www.scribd.com/document/523383146/Qdoc-tips-API-Rp-53-Bop-Equipment-Systems
https://www.scribd.com/document/556519751/API-RP-550-Seccion-11-Electrical-Power-Supply
https://www.scribd.com/document/512522177/Qdoc-tips-API-Rp-53-Bop-Equipment-Systems
https://www.scribd.com/document/556479047/API-RP-577-2nd-Ed-Dec-2013-en-es
https://www.scribd.com/document/383791241/API-Rp-13j-Testing-of-Heavy-Brines-en-Espanol-en-Es-2
https://www.scribd.com/document/496118070/API-571
https://www.scribd.com/document/583404903/previews-2247751-pre-1
https://www.scribd.com/document/387070335/API-578-Questions
https://www.scribd.com/document/609830465/RP-1626
https://www.scribd.com/document/383579948/API-BULL-11K-Design-of-Air-Exchange-Coolers-1988-pdf
https://www.scribd.com/document/478017353/21-1-Electronic-gas-measurement-1993-pdf
https://www.scribd.com/document/408227091/Spring-2018-Educating-Our-Energy-Future-Client-Report
https://www.scribd.com/document/409935095/api2510a-pdf
https://www.scribd.com/document/423468501/API-MPMS-3-4
https://www.scribd.com/doc/286302922/108716033-API-12B-PDF
https://www.scribd.com/document/498280190/H00008
https://www.scribd.com/document/351806523/API527-pdf
https://www.scribd.com/document/551312666/5-6091286132887126954
https://www.scribd.com/document/546874405/C-14-3-Orifice-Meter

are infringing upon API's exclusive copyright rights and should be removed or disabled.

4) Contact Information:

Joseph Cherayath

Yellow Brand Protection

6060 N. Central Expressway

Dallas, TX 75206

+442033144680

api.ipr@ybrandprotection.com

5) API has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

6) The information in this Notice of Copyright Infringement is accurate, and under penalty of perjury, Yellow Brand Protection is authorized to act on behalf of API, the owner of the exclusive right being infringed.

In addition, API hereby notifies you that the website content that you are hosting at the above-identified links is in violation of API's Terms and Conditions, located at: https://www.api.org/terms-and-conditions. Namely, it infringes on the copyright and trademark rights of API.


Sincerely,


Joseph Cherayath

**Yellow Brand Protection**

On behalf of

**American Petroleum Institute**

American Petroleum IPR <api.ipr@ybrandprotection.com>
Wed 1/25/2023 12:50 PM
To: Scribd <copyright@scribd.com>

📎 2 attachments (236 KB)
Copyright Declaration (9-16-20) (1).pdf; POA- Yellow Brand (1-24-20) (1) (1).pdf;

To Whom It May Concern,

We are authorized to act on behalf of American Petroleum Institute ("API") with respect to intellectual property and other matters.

This letter is to notify you and all related entities thereto that the content hosted by scribd.com, LLC at the links set forth below, presumably for one or more of your users, infringes the intellectual property rights of API.

In order to expedite the removal of the infringing content, we are submitting this Notice of Copyright Infringement and request that you expeditiously remove or disable access to the material hosted at the URL listed below, as required under the Copyright Act. The following sets forth the statutorily required elements of our Notice of Copyright Infringement:

1) Yellow Brand Protection is authorized to send this notice of infringement and demand. API is the owner of an exclusive right that is claimed to be infringed. The signature of Joseph Cherayath, Yellow Brand Protection's authorized representative is set forth below.

2) The copyrighted works that are being infringed are: American Petroleum Institute's copyrighted materials which can be found on their website https://www.api.org/.

3) The products located at:

https://www.scribd.com/document/436147879/Api-Design-Calculations
https://www.scribd.com/document/561541386/API-14B-1994
https://www.scribd.com/document/552661573/api-1130-2002
https://www.scribd.com/document/513033750/API-MPMS-17-3
https://www.scribd.com/document/467391681/API-676-Bombas-de-desplazamaiento-positivo
https://www.scribd.com/document/420212752/API-STD-598-pdf
https://www.scribd.com/document/529368537/API-St-2552-1966-2007-scan
https://www.scribd.com/document/522487501/API-PUBL-4653
https://www.scribd.com/document/538346432/API-RP521
https://www.scribd.com/document/483527140/API-RP-14H
https://www.scribd.com/document/357191036/API-2207
https://www.scribd.com/document/523948862/API-521-1999
https://www.scribd.com/document/559070616/api-mpms-14-3-1
https://www.scribd.com/document/525957319/15-API-RP-750-Management-of-Process-Hazard
https://www.scribd.com/document/470792626/api-spec-5L-pdf
https://www.scribd.com/document/561130655/API-MPMS-17-3
https://www.scribd.com/document/513033741/API-MPMS-17-2
https://www.scribd.com/document/540772200/API-598
https://www.scribd.com/document/540772200/API-598
https://www.scribd.com/document/561541510/API-RP521
https://www.scribd.com/document/540772165/API-600
https://www.scribd.com/document/579242101/REPORT-OF-LINE-PIPE
https://www.scribd.com/document/555112576/API-10B
https://www.scribd.com/document/377773978/API-Audit-Response-Instructions-20180314

https://www.scribd.com/document/586783466/VALVE-TESTING-API-STANDARD-598
https://www.scribd.com/document/545793394/API-2Q-Bolt-Letter-to-Bsee
https://www.scribd.com/document/540788365/API-600
https://www.scribd.com/document/498280272/Cumulative
https://www.scribd.com/document/596638583/API-MPMS-5-2-1987
https://www.scribd.com/document/596638579/API-MPMS-2-2B-1989
https://www.scribd.com/document/596638581/API-MPMS-4-3-1988
https://www.scribd.com/document/536642802/API510PressureVesselInspection11thed1stBallot
https://www.scribd.com/document/597720025/API-1102-1993
https://www.scribd.com/doc/148150660/SourceInspectorFlyer-Final
https://www.scribd.com/doc/305543155/api1110
https://www.scribd.com/doc/305543041/api598
https://www.scribd.com/document/404338490/API-Smart-Leak-Detection-and-Repair-pdf
https://www.scribd.com/document/603632501/API-555-Process-Analyzers
https://www.scribd.com/doc/94055730/API-12B
https://www.scribd.com/document/604216414/API-STD-677-2ED-1997-GEAR-UNIT-GENRL-PURPOSE
https://www.scribd.com/document/604348627/API-677
https://www.scribd.com/document/357890854/API-Quote
https://www.scribd.com/document/606718057/API-607-FIRE-TEST-FOR-SOFT-SEAT-PLUG-VALVES-4TH-ED
https://www.scribd.com/document/519890649/07-01-API-Product-Profile-1
https://www.scribd.com/document/609645081/API-Publ-7101
https://www.scribd.com/document/515110333/API-MPMS-3-2
https://www.scribd.com/document/563352539/API-Spec-5LX-1982-Scan
https://www.scribd.com/document/561223038/5L1-02-LP-Transportation
https://www.scribd.com/document/561019437/PIP-REIE686
https://www.scribd.com/document/613910197/API-11K
https://www.scribd.com/document/597691003/API-MPMS-4-5-MASTER-METER
https://www.scribd.com/document/606560966/GPA-2172-96
https://www.scribd.com/document/579911790/650
https://www.scribd.com/document/564134670/Metodo-de-prueba-estandar-para-sedimentos-en-petroleo-
crudo-y-fueloleos-por-el-metodo-de-extraccion
https://www.scribd.com/document/561519353/RP686-Machinery-Installation-Design
https://www.scribd.com/document/557349846/Pdfcoffee-com-API-Publ-2510apdf-PDF-Free
https://www.scribd.com/document/610153277/NOT-ACTIVE-API-STD-2550-1987-Method-for-
Measurement-and-Calibration-of-Upright-Cylindrical-Tanks
https://www.scribd.com/document/561519355/Std610-Centrifugal-Pumps
https://www.scribd.com/document/564220930/api530
https://www.scribd.com/document/561519352/PUBL684-Rotor-Dynamics-Balancing
https://www.scribd.com/document/561130982/rp2003
https://www.scribd.com/document/561519344/Std611-General-Purpose-Steam-Turbines
https://www.scribd.com/document/563267292/API-570-Piping-inspection-code
https://www.scribd.com/document/563238307/API-510-Vessel-inspection-code
https://www.scribd.com/document/580745456/11ER
https://www.scribd.com/document/588762690/ANSI-API-600-2001-ISO-10434-1998-Cancelada
https://www.scribd.com/document/580745466/11G
https://www.scribd.com/document/612071204/Flame-Arrester-1999
https://www.scribd.com/document/565497358/API-Field-Measurement-Study
https://www.scribd.com/document/580152148/API-6D-Rev-1-ISO-14313
https://www.scribd.com/document/586405978/API-Rp-11g-Installation-Lubrication-of-Pumping-Units-1994
https://www.scribd.com/document/574419623/EI-1590-2002-MICRO-FILTERS
https://www.scribd.com/document/613313201/API-Spec-Q2-Rus
https://www.scribd.com/document/562151906/API-MPMS-Chapter-17-04-Method-for-Quantification-of-
Small-Volumes-on-Marine-Vessels-OBQ-ROB-ESPANOL-October-1994

https://www.scribd.com/document/600145974/API-RP11L-R2000
https://www.scribd.com/document/607456768/API-11TE-4%C2%AA-ed-2016
https://www.scribd.com/document/612132771/MPMS19-3H
https://www.scribd.com/document/594750643/MPMS-15
https://www.scribd.com/document/602584782/MPMS-13-2-CONTROL-ESTADISTICO-PARA-MEDIDORES-EN-PRUEBA-desbloqueado
https://www.scribd.com/document/562148990/API-MPMS-Capitulo-1-Vocabulario-Julio-de-1994
https://www.scribd.com/document/558038991/API-MPMS-1-Vocabulario-Espanol
https://www.scribd.com/document/562141951/API-5-2-Med-Hidr-Liq-Med-Desplaz
https://www.scribd.com/document/614676910/MPMS-Chapter-11-2-2
https://www.scribd.com/document/561301611/API-Mpms-5-1-en-Espanol
https://www.scribd.com/document/573407165/API-14-5-Calculation-of-Gross-Heating-Value-Relative-Density-and-Compressibility-Factor-copia-1
https://www.scribd.com/document/583117420/API-Q1-9th-edICIO
https://www.scribd.com/document/607798970/API-676-2009-Positive-Displacement-Pumps-Rotary
https://www.scribd.com/document/590960888/API-MPMS-5-8-en-es
https://www.scribd.com/document/559359352/API-2a-Lrfd-1993
https://www.scribd.com/document/612071265/Fixed-Water-Spray-System-1998
https://www.scribd.com/document/602591172/APIRP580-02-Risk-based-inspection
https://www.scribd.com/document/613223268/API-6FA-1994
https://www.scribd.com/document/585035819/API-MPMS-13-Aspectos-Estadisticos-de-La-Medicion-y-El-Muestreo
https://www.scribd.com/document/584830111/Norma-API-MPMS-19-1-Evaporative-Loss-Measurement-en-Es
https://www.scribd.com/document/599094664/api-2201-hot-tapping-compress
https://www.scribd.com/document/561130651/API-MPMS-17-1-ESPANOL
https://www.scribd.com/document/556511092/Fdocuments-in-API-1102-Pipelines-Crossing-Railroad-Highways
https://www.scribd.com/document/590425007/MEDICIONES-MARINAS
https://www.scribd.com/document/551298881/API-Capitulo-17-Sec-1-spanish
https://www.scribd.com/document/598752137/API-Mpms-6-1-Metering-Assemblies
https://www.scribd.com/document/557164697/previews-2110859-pre
https://www.scribd.com/document/565124313/API-2B-ED-2002
https://www.scribd.com/document/555534611/Chapter-10-Section4-Copia
https://www.scribd.com/document/606607960/API-2H-SPECIFICATION-FOR-CARBON-MANGANESE-STEEL-PLATE-OFFSHORE-PLATFORM-TUBULAR-JOINTS-VERSION-2000
https://www.scribd.com/document/565441459/Preview
https://www.scribd.com/document/568480638/CHAPTER-15-section
https://www.scribd.com/document/612638573/API-RP-7A1-1st-Ed-for-Testing-of-Thread-Compound-for-Rotary-Shouldered-Connections-Reaffirmed-March-2005
https://www.scribd.com/document/567070890/38606
https://www.scribd.com/document/563454246/API-Addendum-1-Capitulo-12-2007
https://www.scribd.com/document/550981010/API-500-Electrical-Installations-2nd-ed-11-1997-REAFFIRMED-NOV-2002
https://www.scribd.com/document/563228761/MPMS3-1A
https://www.scribd.com/document/606177926/API-Refinery-Appendix-Inspection-of-Welding-4th-1985
https://www.scribd.com/document/596639317/API-2513-1973
https://www.scribd.com/document/555534618/CHAPTER-10-Section5
https://www.scribd.com/document/571029504/Significadoycontenidodelaespecificacionnormasycodigos
https://www.scribd.com/document/600806692/API-15-LR
https://www.scribd.com/document/555534567/CHAPTER-10-Section2-Copia
https://www.scribd.com/document/600623194/API-MPMS-8-5-2022
https://www.scribd.com/document/602519849/previews-2195142-pre

https://www.scribd.com/document/603181581/1-API-RP-581-3rd-Ed-2016-Risk-based-Inspection-Methodology-0001-300

https://www.scribd.com/document/612569022/API-546-3-ED-September-2008

https://www.scribd.com/document/572296800/Kupdf-net-Norma-API-1104

https://www.scribd.com/document/548615414/Motor-Oil-Guide-1020

https://www.scribd.com/document/597937966/previews-1893277-pre

https://www.scribd.com/document/602924348/Pub4691-FateOfSpilledOil3-1999

https://www.scribd.com/document/569936841/API-RP-505-Electrical-Inst-Class-1-Zone-0-Zone-1-Zone-2

https://www.scribd.com/document/563454247/API-19-1-2017

https://www.scribd.com/document/606177759/API-Chapter-II-Conditions-Causing-Deterioration-or-Failure-2nd-1973-74pgs

https://www.scribd.com/document/577293918/1-1-API-RP-44-Sampling-2nd-Ed-1

https://www.scribd.com/document/572852959/API-1013WB-Practical-Distillation-Unit-5-Normal-Operations-Unit-6-Normal-Operating-Situations

https://www.scribd.com/document/611500523/API-Guidelines-for-Pre-loading-Inspection-of-Marine-Vessel-Cargo-Tanks

https://www.scribd.com/document/574068154/Natural-Gas-Dehydration-Using-Glycol

https://www.scribd.com/document/564110739/APISP7K

https://www.scribd.com/document/568374041/570-API-570-1997-Piping-Inspection-Code

https://www.scribd.com/document/609320793/API-770

https://www.scribd.com/document/551371497/API-Effects-of-Oil-and-Chemically-Dispersed-Oil-in-the-Environment

https://www.scribd.com/document/606177847/API-Chapter-XI-Pipe-Valves-And-Fittings-2nd-1974

https://www.scribd.com/document/569661007/preview

https://www.scribd.com/document/597460795/1-Std-Para-R26-Dec-2009-to-incl-Sect-6-8

https://www.scribd.com/document/569786685/API-13B-2003

https://www.scribd.com/document/551312684/5-6224171613571514647

https://www.scribd.com/document/606192306/API-975-2021

https://www.scribd.com/document/612638538/API-RP-7G

https://www.scribd.com/document/570382041/API-582pdf

https://www.scribd.com/document/603727254/API-MPMS-CHAPTER-8-2-4th-Nov-2016-Standard-Practice-for-Automatic

https://www.scribd.com/document/551420625/1-5008326102184100076

https://www.scribd.com/document/563454318/API-13J-2014

https://www.scribd.com/document/602520352/API-SPEC-7-1-2006

https://www.scribd.com/document/583358879/API-1111-r

https://www.scribd.com/document/580342879/API-598-2016-10th-Edition-Valve-Inspection-and-Testing-en-es-TOAZ-INFO

https://www.scribd.com/document/598743251/RP59-Recommended-Practice-for-Well-Control-Operations-Rev2018-3

https://www.scribd.com/document/610036658/API-RP-5LT-1st-Mar-2012-Recommended-Practice-for-Truck-Transportation-of-Line-Pipe

https://www.scribd.com/document/606193038/API-Spec-5D-2001-scan

https://www.scribd.com/document/563454266/API-20-5-2017

https://www.scribd.com/document/559359347/API-2-V-2004

https://www.scribd.com/document/606177848/API-Chapter-XVI-Pressure-Relieving-Devices-3rd-1985

https://www.scribd.com/document/579922147/API-560-2001

https://www.scribd.com/document/609644755/API-570-2001-Piping-Inspection-Code

https://www.scribd.com/document/559500697/AP1-521-1990

https://www.scribd.com/document/550979899/API-681-1996-LRVP

https://www.scribd.com/document/563454257/API-19-2-2012

https://www.scribd.com/document/559373074/4-API-Spec-7-2-Spanish

https://www.scribd.com/document/562045877/Managing-Hydrotechnical-Hazard-for-Pipelines

https://www.scribd.com/document/458385775/RP-11S-rev3-pdf
https://www.scribd.com/document/406370179/API-521-pdf
https://www.scribd.com/document/439991668/API-RP-521-PDF-pdf
https://www.scribd.com/document/442917179/API-Pub-340-1997-Liquid-Release-Prevention-Detection-Aboveground-St-pdf
https://www.scribd.com/document/555856836/Kupdf-net-API-Rp-11l-Design-Calculation-for-Sucker-Rod-Pumping-System
https://www.scribd.com/document/418494061/API-527-Seat-Tightness-of-PSVs-pdf
https://www.scribd.com/doc/260002748/RP-13G-Rev3-Drilling-Mud-Report-Form
https://www.scribd.com/doc/87439630/API-527
https://www.scribd.com/doc/104054351/API-674
https://www.scribd.com/document/556702392/API-660-2001
https://www.scribd.com/document/111186893/api-rp-1632
https://www.scribd.com/document/506176334/API4F-2020
https://www.scribd.com/document/216582857/API-Motor-Data-Sheet
https://www.scribd.com/doc/112396507/API-2551-04-1987
https://www.scribd.com/document/387752753/API-12GDU-Glycol-Dehydration-Unit-Design-Information
https://www.scribd.com/document/333486136/14L-PGH-2009
https://www.scribd.com/document/521758808/Front-Matter-Combined
https://www.scribd.com/document/240550479/Previews-gpa2172-09-Pre
https://www.scribd.com/document/377140153/api-12b-15th-edition-compressed-pdf
https://www.scribd.com/doc/249874334/API-998-Technical-Data-Book
https://www.scribd.com/document/467481282/Api-Rec-505-Classification-Of-Locations-For-Electrical-Installations-At-Petroleum-Facilities
https://www.scribd.com/document/173827898/API-598
https://www.scribd.com/document/485032875/API-MPMS-COMP
https://www.scribd.com/document/391610587/API-14E
https://www.scribd.com/document/477462592/recomended-practice-for-offshore-piping
https://www.scribd.com/document/321778173/API-BULLETIN-2518-19-1D-pdf
https://www.scribd.com/document/431965492/RP-8B-Recommended-Practice-for-Procedures-for-Inspections-Maintenance-Repair-And-Remanufacture-of-Hoisting-Equipment
https://www.scribd.com/document/400429676/344252068-API-526-4-Edt-95-Flanged-Steel-P-R-Valves-pdf
https://www.scribd.com/document/407857146/wt-poster
https://www.scribd.com/document/250826939/API-Human-Factors-Tool-for-Existing-Operations
https://www.scribd.com/document/538966032/API-MPMS-4-4
https://www.scribd.com/document/296613453/API-Ratings-Oil
https://www.scribd.com/document/474677434/downfile-1-API-1110-PRESSURE-TEST
https://www.scribd.com/doc/133570291/API-11P-Recip-Compressor-pdf
https://www.scribd.com/document/445156596/API-CAPITULO-17-1
https://www.scribd.com/document/328045253/API686-pdf
https://www.scribd.com/doc/69184234/API-RP-500-Recommended-Practice-for-Classification-of-Locations-for-Electrical
https://www.scribd.com/document/459902344/Groundwater-Sensitivity
https://www.scribd.com/doc/226693945/39790478-API-700-Plant-Completion-Checklist
https://www.scribd.com/document/438448640/API-598-PDF
https://www.scribd.com/doc/233082178/API-5LW-1996
https://www.scribd.com/document/451002220/API-RP-13K-2nd-Ed-1996
https://www.scribd.com/document/423431976/API-606
https://www.scribd.com/document/411566009/API-16a-2nd-Ed-Specification-for-Drillthrough-Equipment
https://www.scribd.com/document/473506504/API-RP-11G-INSTALLATION-LUBRICATION-OF-PUMPING-UNITS-1994-pdf
https://www.scribd.com/document/425779526/Guide-for-Refinery-Inspection
https://www.scribd.com/document/541694828/2MET-14

https://www.scribd.com/document/395168631/API-5L3-pdf

https://www.scribd.com/document/250826737/API-Human-Factors-in-New-Facility-Design-Tool

https://www.scribd.com/document/454980435/2012-00-INTRODUCTION-SIRIM-TRAINING-API-510-pdf

https://www.scribd.com/document/98620572/API-PUBL-4677-Fugitive-Emissions-From-Refinery-Process-Drains

https://www.scribd.com/document/396189651/14830059-Estimators-Piping-ManHour-Manual-5th-Edition

https://www.scribd.com/document/401167955/API-14-C-pdf

https://www.scribd.com/document/463320760/API-MPMS-17-2

https://www.scribd.com/document/395643487/Doc-2

https://www.scribd.com/document/74246597/API-PUBL-761-Risk-Management-1999

https://www.scribd.com/document/605689623/API-11-D1

https://www.scribd.com/document/607474817/RP-8B-Recommended-Practice-for-Procedures-for-Inspections

https://www.scribd.com/document/585173446/ASTM-D1250-Petroleum-Measurement-Tables-Incl-52-53-54

https://www.scribd.com/document/605689330/API-Q1

https://www.scribd.com/document/610060068/API-570-ERRATA-2018-en-pt-1

https://www.scribd.com/document/554016975/ASTM-D1298-2017

https://www.scribd.com/presentation/557711803/API-682-2aEdicion

https://www.scribd.com/document/560400508/APIMPMCH12-1-1-2012-ERR-2015

https://www.scribd.com/document/568374042/570-API-570-2001-Piping-Inspection-Code

https://www.scribd.com/document/611824655/API-64-3rd-Ed-2017

https://www.scribd.com/document/603562521/API-TR-6AF3-2020

https://www.scribd.com/document/616396819/API-5C2-1999

https://www.scribd.com/document/617172787/API-STANDARD-6DX-VALVES

https://www.scribd.com/document/452477010/API-RP-6AR-Repair-of-wellheads-trees

https://www.scribd.com/document/198694346/API-Specification

https://www.scribd.com/document/578446086/Letter-to-President-Biden-on-10-in-2022-Plan

https://www.scribd.com/document/504747774/Vdocuments-mx-API-616-Gas-Turbines

https://www.scribd.com/document/616711183/API-RP-8B

https://www.scribd.com/document/616650350/API-580-Esp

https://www.scribd.com/document/617266854/17066

https://www.scribd.com/doc/273057346/API-598

https://www.scribd.com/doc/79207938/API-616-Gas-Turbines

https://www.scribd.com/doc/199809683/183314001-API-2521-Pressure-Vacuum-Vent-Valves-Atmospheric-Tanks

https://www.scribd.com/document/397648672/API-5B-Part1-pdf

https://www.scribd.com/doc/132792430/API-Bulletin-5C3-6th-Ed-Oct-1994-Calculations-for-Casing-Tubing-DrillPipe

https://www.scribd.com/document/512519058/API-6A

https://www.scribd.com/document/454817112/API-RP-07C-11F-Combustion-Engines-1994-pdf

https://www.scribd.com/doc/76764418/20689788-API-2201-Hot-Tapping

https://www.scribd.com/document/385783996/2019-API-Icp-Exam-Schedules

https://www.scribd.com/document/508416520/API-2531

https://www.scribd.com/document/394519441/API-12B-2014

https://www.scribd.com/document/52129021/API-594

https://www.scribd.com/document/471590766/API-2610-doc-pdf

https://www.scribd.com/document/479726217/AGA-No-3-pdf

https://www.scribd.com/document/399079259/API-617-CENTRIFUGAL-COMPRESSOR-pdf

https://www.scribd.com/document/241958251/API-598

https://www.scribd.com/document/343819534/A-Statistical-Study-of-Recovery-Efficiency-Api-Oct-1967

https://www.scribd.com/document/384746965/535-e3-PA

https://www.scribd.com/document/457442202/API-TR-934-F-Part-4-2018-The-Effects-of-Hydrogen-for-Establishing-Minimum-Pressurization-Temperature-for-Heavy-Wall-Steal-Reactor-Vessels-pdf

https://www.scribd.com/document/325369077/API-TR-942-A
https://www.scribd.com/doc/193475000/API-650-16th-Edition-1998-Welded-Steel-Tanks-for-Oil-Storage
https://www.scribd.com/document/510512437/API-610-9Ed-Centrifugal-Pumps
https://www.scribd.com/document/438377340/API-614-Lubrication-Shaft-Sealing-And-Control-Oil-Systems-And-Auxiliaries-For-Petroleum-pdf
https://www.scribd.com/document/413415244/API-754-Process-Safety-Performance-Indicators
https://www.scribd.com/document/365188188/2016-API-Catalog-Full-Final-1-50
https://www.scribd.com/document/411933841/API-RP-8B
https://www.scribd.com/doc/290466003/API-1104-2005
https://www.scribd.com/document/325603905/20689788-API-2201-Hot-Tapping
https://www.scribd.com/document/426514243/API-11AX-13th-Edition-Update-20150916
https://www.scribd.com/document/435759428/ASTM-D4007-11-Standard-Test-Method-for-Water-and-Sediment-in-Crude-Oil-by-the-Centrifuge-Method-Laboratory-Procedure
https://www.scribd.com/document/126922075/API661-2002-pdf
https://www.scribd.com/doc/234432925/Lighting-Lux-API-540
https://www.scribd.com/document/121468378/API-610
https://www.scribd.com/document/288560194/API-550-Section-06-85-Control-Valves
https://www.scribd.com/doc/26735469/API-574-Inspection-Practices-for-Piping-System-Components-2nd-Edi-1998
https://www.scribd.com/document/365432465/API-570-Piping-Inspector
https://www.scribd.com/document/471138276/ASTM-D-5854-96-for-Mixing-and-Handling-of-Liquid-Samples-of-Petroleum-and
https://www.slideshare.net/SwhHaideri/api-520
https://www.scribd.com/document/322624541/API-1104-21st-Edition
https://www.scribd.com/document/344138428/API-20E-Presentation-to-SC-16-pdf
https://www.scribd.com/document/330919301/API-612-Standard-SP-Application
https://www.scribd.com/document/397538016/API-5CT-Especificacion-Para-Carcasa-y-Tubos-2
https://www.scribd.com/document/493520394/API-653-5th

are infringing upon API's exclusive copyright rights and should be removed or disabled.

4) Contact Information:

Joseph Cherayath

Yellow Brand Protection

6060 N. Central Expressway

Dallas, TX 75206

+442033144680

api.ipr@ybrandprotection.com

5) API has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

6) The information in this Notice of Copyright Infringement is accurate, and under penalty of perjury, Yellow Brand Protection is authorized to act on behalf of API, the owner of the exclusive right being infringed.

In addition, API hereby notifies you that the website content that you are hosting at the above-identified links is in violation of API's Terms and Conditions, located at: https://www.api.org/terms-and-conditions. Namely, it infringes on the copyright and trademark rights of API.


Sincerely,


Joseph Cherayath

**Yellow Brand Protection**

On behalf of

**American Petroleum Institute**

**American Petroleum IPR** <api.ipr@ybrandprotection.com>
Wed 2/22/2023 9:32 AM
To: Scribd <copyright@scribd.com>

🔗 2 attachments (236 KB)
Copyright Declaration (9-16-20) (1).pdf; POA- Yellow Brand (1-24-20) (1) (1).pdf;

To Whom It May Concern,

We are authorized to act on behalf of American Petroleum Institute ("API") with respect to intellectual property and other matters.

This letter is to notify you and all related entities thereto that the content hosted by scribd.com, LLC at the links set forth below, presumably for one or more of your users, infringes the intellectual property rights of API.

In order to expedite the removal of the infringing content, we are submitting this Notice of Copyright Infringement and request that you expeditiously remove or disable access to the material hosted at the URL listed below, as required under the Copyright Act. The following sets forth the statutorily required elements of our Notice of Copyright Infringement:

1) Yellow Brand Protection is authorized to send this notice of infringement and demand. API is the owner of an exclusive right that is claimed to be infringed. The signature of Joseph Cherayath, Yellow Brand Protection's authorized representative is set forth below.

2) The copyrighted works that are being infringed are: American Petroleum Institute's copyrighted materials which can be found on their website https://www.api.org/.

3) The products located at:

https://www.scribd.com/document/579287601/API-PUBL-421-1990-Coalescers-Design
https://www.scribd.com/document/176506329/API-Doc-Review-Checklist
https://www.scribd.com/document/178017832/API-5L-Presentation
https://www.scribd.com/document/495705667/API-521-Copy-fire-case-part-2
https://www.scribd.com/document/283778706/Critical-Static-Gel-Strength-Calculation-API-Method
https://www.scribd.com/document/485086739/api-glossary-pdf
https://www.scribd.com/document/476111062/02-API-Report-to-PRCI-5-Feb-2019
https://www.scribd.com/document/584183281/API-CPD-Activities-Form
https://www.scribd.com/document/256972718/API-RP-545-Update-API-650-Monogram-Program-Update
https://www.scribd.com/document/340956646/API-570-Effectivity-Sheet-pdf
https://www.scribd.com/document/45201769/API-Ratings
https://www.scribd.com/document/593670873/API-DF-PROCESSING
https://www.scribd.com/document/411353357/API-ASTM-D6822-12b-2017-Density-Relative-Density-and-API-Gravity-of-Crude-Petroleum-and-Liquid-Petroleum-Products-by-Thermohydrometer-pdf
https://www.scribd.com/document/423432200/api-661-air-coolers
https://www.scribd.com/document/599082678/API-650-Welded-Steel-Appendix-B-Foundation
https://www.scribd.com/document/432099565/API-6D-monogram-program
https://www.scribd.com/document/600189719/API-PUBL-343-1998
https://www.scribd.com/document/600189941/API-PUBL-4689-2001
https://www.scribd.com/doc/256453447/api530

https://www.scribd.com/document/359929930/api608
https://www.scribd.com/document/389954309/documents-tips-api-14a-pdf-pdf
https://www.scribd.com/document/600752826/API-117
https://www.scribd.com/document/430549474/API-6A-June-2006
https://www.scribd.com/document/343229903/99896500-API-Mpms-Chapters-pdf
https://www.scribd.com/document/320132308/API-650
https://www.scribd.com/doc/269647055/16C-PGH-2009
https://www.scribd.com/document/330580072/API-1109-Marking-Liquid-Petroleum-Pipeline-Facilities
https://www.scribd.com/document/612859361/API-421
https://www.scribd.com/document/613382618/API-5L5
https://www.scribd.com/doc/186094897/api-spec-5L
https://www.scribd.com/document/615130007/API-2551
https://www.scribd.com/document/496118071/API-580
https://www.scribd.com/document/617911062/API-STD-599-2020
https://www.scribd.com/document/612420045/15-06
https://www.scribd.com/document/618776626/API-2210-Flame-Arresters-for-Vents-of-Tanks-Storing-Petroleum-Products
https://www.scribd.com/document/618854623/API-STD-2000-VENTING-ATMOSPHERIC-AND-LOW-PRESSURE-STORAGE-TANKS
https://www.scribd.com/doc/217417073/API-579-1-Asme-Ffs-1-Pa-PDF-File
https://www.scribd.com/document/374507132/API-1169-pdf
https://www.scribd.com/document/439284768/API-5CT-10th-Edition-Update-2018
https://www.scribd.com/doc/258343518/API-Spec-6H-Notification
https://www.scribd.com/document/430045783/223877104-API-Spec-2B-R2012-Specification-for-the-Fabrication-of-Structural-Steel-pdf
https://www.scribd.com/document/310591796/API-938-C
https://www.scribd.com/document/105330715/API-510-Body-of-Knowledge
https://www.scribd.com/document/331209906/API-5L-pdf
https://www.scribd.com/document/335336060/249342907-API-RP-752-pdf
https://www.scribd.com/document/592388840/D-4007-11e1-1
https://www.scribd.com/document/357808658/Normas-API-594-2010
https://www.scribd.com/doc/195757686/API-Rp-1107-93-Pipeline-Maintenance-Welding-Practices
https://www.scribd.com/document/411852820/1994-Proceedings
https://www.scribd.com/document/253467653/9A-26th-Edition-Purch-Guidelines-R1-20120429-pdf
https://www.scribd.com/document/331259970/05-API-Standard-2551-1965-Method-for-Measurement-and-Calibration-of-Horizontal-Tanks
https://www.scribd.com/document/413629671/Advisory-9-API-Recognition-Authority-of-Published-Standards-Ws-20161108
https://www.scribd.com/document/268200823/api-audit-checklist-9thedition-docx
https://www.scribd.com/document/398939090/API-ICP-Schedules-Fees
https://www.scribd.com/document/340896061/API-ICP-Schedules-Fees
https://www.scribd.com/document/448479561/API-4F-pdf
https://www.scribd.com/document/370430597/API-600-1997
https://www.scribd.com/document/474681508/API-17J-1999-pdf
https://www.scribd.com/document/521672843/API-STD-527-Seat-Thightness-of-pressure-relief-valves
https://www.scribd.com/document/520636952/API-661-5th-Air-Coooler
https://www.scribd.com/document/386720179/Api-St-527-Seat-Tightness-of-Pressure-Relief-Valves-pdf
https://www.scribd.com/document/496333234/api521
https://www.scribd.com/document/488547974/2-2b-Calibracion-de-tanques-verticales-por-metodo-optico
https://www.scribd.com/document/418128669/Punya-Fira
https://www.scribd.com/document/558066921/API-510
https://www.scribd.com/document/551181980/650
https://www.scribd.com/document/559499361/API-Project-88-22
https://www.scribd.com/document/516172334/API-6A-July-2004
https://www.scribd.com/document/619119737/API653
https://www.scribd.com/document/548750074/API-521
https://www.scribd.com/document/463382587/part-1
https://www.scribd.com/document/572331352/API-RP-550
https://www.scribd.com/document/620044001/RP-14E-rev5

https://www.scribd.com/document/65551480/API-DISENO-BOMBEO-MECANICO
https://www.scribd.com/document/396264644/5/API-MPMS-11-1-Length-190-2
https://www.scribd.com/document/394149727/2018-105-1169-FactSheet-2Q2018
https://www.scribd.com/document/429797121/interpretations1995-pdf
https://www.scribd.com/document/424174273/05D
https://www.scribd.com/doc/58530694/API-RP-579-2000
https://www.scribd.com/document/483892194/preview-Chapter-3
https://www.scribd.com/document/376840231/Previews-1880905-Pre
https://www.scribd.com/document/391526465/API5L-pdf
https://www.scribd.com/document/201354085/STD-619
https://www.scribd.com/document/491246901/API-5L-2000-pdf
https://www.scribd.com/document/30179307/API-Standard-650-10th-November-1998-Addendum-3-September-2003-C
https://www.scribd.com/document/620428383/API-Mpms-2-8a-1st-Ed-2002
https://www.scribd.com/doc/193041936/API-598
https://www.scribd.com/document/423922143/API-590
https://www.scribd.com/document/610208142/API-602-1998
https://www.scribd.com/document/606191707/API-650-1961
https://www.scribd.com/document/559359346/API-2-U-2004
https://www.scribd.com/document/561130432/API-12D-94
https://www.scribd.com/document/576913112/TABLA-6B1-API-Volume-Correction-Factors
https://www.scribd.com/document/587031157/API-12B-tanques-empernados
https://www.scribd.com/document/610208140/API-600-2001
https://www.scribd.com/document/616154739/API-RP-2217A-2017
https://www.scribd.com/document/605604032/API-1110-1997
https://www.scribd.com/document/609439485/API-Mpms-Chapter-3-3
https://www.scribd.com/document/610208135/API-650-2003
https://www.scribd.com/document/617870079/API-Mf-5u01-1993-Scan
https://www.scribd.com/document/617626434/API-Spec-2SC-2009-2020
https://www.scribd.com/doc/101745978/API-Purchasing-Guidelines-Handbook
https://www.scribd.com/document/340534116/API-616-pdf
https://www.scribd.com/document/223329899/API-RP1102-93-Steel-Pipelines-Crossing-Railroads-and-Highways
https://www.scribd.com/document/545053574/Pdfcookie-com-API-670-Condition-Monitoring-Systems
https://www.scribd.com/document/469539564/API-670-Positive-Displacement-Pumps-Rotary-2
https://www.scribd.com/doc/244531162/API-500-pdf
https://www.scribd.com/document/460460759/2D-os-crane-pdf
https://www.scribd.com/document/360061626/12J-PGH-2009-pdf
https://www.scribd.com/document/460460763/2Z-steel-plates-os-pdf
https://www.scribd.com/doc/311315289/API-598-Pressure-Test-Procedure-pdf
https://www.scribd.com/document/439441059/API-510-pressure-vessel-code-1992-pdf
https://www.scribd.com/document/351369348/API-530-Errata-2009
https://www.scribd.com/document/394328978/204387062-API-RP14E-Recommended-Practice-for-Design-and-Installation-of-Offshore-Production-Platform-Piping-Systems-October-1991-pdf
https://www.scribd.com/document/356341059/api-environmental-guidance-document-38b4b4c87a-pdf
https://www.scribd.com/document/330801033/API-MPMS-17-9-Spanish
https://www.scribd.com/document/497622718/PETRONAS-API
https://www.scribd.com/document/604798674/API-610
https://www.scribd.com/document/377758417/API-510-Espanol-Mayo-2014
https://www.scribd.com/document/561757624/API-Standards-Benefits-of-Using-API-Standards
https://www.scribd.com/document/617508563/API-RP-2201-03-Safe-Hot-Tapping-Practices-in-the-Petroleum-Petrochemical-Industries-Fifth-Edition-TXT
https://www.scribd.com/document/389595409/documents-tips-api-14dpdf-pdf
https://www.scribd.com/document/505349230/API-500
https://www.scribd.com/document/579287601/API-PUBL-421-1990-Coalescers-Design
https://www.scribd.com/document/335336060/249342907-API-RP-752-pdf
https://www.scribd.com/document/460460759/2D-os-crane-pdf
https://www.scribd.com/document/460460763/2Z-steel-plates-os-pdf
https://www.scribd.com/document/469539564/API-670-Positive-Displacement-Pumps-Rotary-2

https://www.scribd.com/document/359929930/api608

https://www.scribd.com/document/351072829/API-STD-527-Seat-Tightness-of-pressure-relief-valves

https://www.scribd.com/document/331259970/05-API-Standard-2551-1965-Method-for-Measurement-and-Calibration-of-Horizontal-Tanks

https://www.scribd.com/document/353543610/API-Standard-664-pdf

https://www.scribd.com/document/430045783/223877104-API-Spec-2B-R2012-Specification-for-the-Fabrication-of-Structural-Steel-pdf

https://www.scribd.com/document/413635486/Advisory-3-API-Management-Representative-20160413

https://www.scribd.com/document/268200823/api-audit-checklist-9thedition-docx

https://www.scribd.com/doc/209708305/Advisory-6-Design-and-Development-Exclusion-under-the-API-Monogram-Program

https://www.scribd.com/doc/305866686/API-570

https://www.scribd.com/document/411353357/API-ASTM-D6822-12b-2017-Density-Relative-Density-and-API-Gravity-of-Crude-Petroleum-and-Liquid-Petroleum-Products-by-Thermohydrometer-pdf

https://www.scribd.com/document/310591796/API-938-C

https://www.scribd.com/document/442234845/API-936-BOK-pdf

https://www.scribd.com/doc/217312427/API-Composite-List

https://www.scribd.com/document/429840885/API-936

https://www.scribd.com/document/439284768/API-5CT-10th-Edition-Update-2018

https://www.scribd.com/document/291768988/API-Standard-2015

https://www.scribd.com/document/464039220/API-936-Refractory-Inspector

https://www.scribd.com/doc/223877104/API-Spec-2B-R2012-Specification-for-the-Fabrication-of-Structural-Steel

https://www.scribd.com/document/448479561/API-4F-pdf

https://www.scribd.com/document/611104174/API-2023-2001-Guide-for-Safe-Storage-and-Handling-of-Heated-Petroleum-Derived-Asphalt-Products-and-Crude-Oil-Residua

https://www.scribd.com/document/495348506/AGA-3-No-1-API-2530-Ch-14-1985-Natural-Gas-Fluid-Measurement

https://www.scribd.com/doc/208232534/API-6FA-pdf

https://www.scribd.com/document/75296111/Body-Marking-NamePlate-of-Valves-API-6D-ISO14313

https://www.scribd.com/doc/126910087/API-6D-FE-DE-ERRATA

https://www.scribd.com/document/341279941/API-16A-ed-3-2004-pdf-pdf

https://www.scribd.com/document/474803747/9B

https://www.scribd.com/document/528709615/Norma-API-686-Alinhamento-a-Laser

https://www.scribd.com/document/407424469/270220855-API-2550-Method-for-Measurement-and-Calibration-of-Upright-Cylindrical-Tanks-pdf

https://www.scribd.com/document/395407327/API-537-08-Antorchas

https://www.scribd.com/document/494044947/476097289-API-MPMS-2-2B-2002-pdf

https://www.scribd.com/document/386122775/API-5-8-Medicion-de-Hidrocarburos-liquidos-mediante-medidores-de-flujo-ultrasonicos-pdf

https://www.scribd.com/doc/287415038/API-5L

https://www.scribd.com/document/446588327/395168631-API-5L3-pdf-1-pdf

https://www.scribd.com/document/210968719/API-4G-Well-Servicing-Structures

https://www.scribd.com/document/143271192/API-Mpms-8-1-Manual-Spot-Sampling

are infringing upon API's exclusive copyright rights and should be removed or disabled.

4) Contact Information:

Joseph Cherayath

Yellow Brand Protection

6060 N. Central Expressway

Dallas, TX 75206

+442033144680

api.ipr@ybrandprotection.com

5) API has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

6) The information in this Notice of Copyright Infringement is accurate, and under penalty of perjury, Yellow Brand Protection is authorized to act on behalf of API, the owner of the exclusive right being infringed.

In addition, API hereby notifies you that the website content that you are hosting at the above-identified links is in violation of API's Terms and Conditions, located at: https://www.api.org/terms-and-conditions. Namely, it infringes on the copyright and trademark rights of API.


Sincerely,
Joseph Cherayath


Yellow Brand Protection
On behalf of
American Petroleum Institute

## Notice of Infringement

## American Petroleum IPR <api.ipr@ybrandprotection.com>

Tue 3/28/2023 5:59 PM

To:Scribd <copyright@scribd.com>

📎 2 attachments (236 KB)
Copyright Declaration (9-16-20) (1).pdf; POA- Yellow Brand (1-24-20) (1) (1).pdf;

To Whom It May Concern,

We are authorized to act on behalf of American Petroleum Institute ("API") with respect to intellectual property and other matters.

This letter is to notify you and all related entities thereto that the content hosted by scribd.com, LLC at the links set forth below, presumably for one or more of your users, infringes the intellectual property rights of API.

In order to expedite the removal of the infringing content, we are submitting this Notice of Copyright Infringement and request that you expeditiously remove or disable access to the material hosted at the URL listed below, as required under the Copyright Act. The following sets forth the statutorily required elements of our Notice of Copyright Infringement:

1) Yellow Brand Protection is authorized to send this notice of infringement and demand. API is the owner of an exclusive right that is claimed to be infringed. The signature of Joseph Cherayath, Yellow Brand Protection's authorized representative is set forth below.

2) The copyrighted works that are being infringed are: American Petroleum Institute's copyrighted materials which can be found on their website https://www.api.org/.

3) The products located at:

https://www.scribd.com/document/588762737/ANSI-API-RP-14H-1994-Errata-1996-ISO-10419-1993
https://www.scribd.com/doc/254081886/API-Rec-581-Risk-Based-Inspection-Base-Resource-Document
https://www.scribd.com/document/614370661/API-SPEC-6A
https://www.scribd.com/document/544285577/API-676-Positive-Displacement-Pumps-Rotary
https://www.scribd.com/document/621899996/API-Public-4536-Efectos-a-la-Salud-del-METANOL
https://www.scribd.com/document/611594465/API-Astd-11e
https://www.scribd.com/document/375132818/API-650-12th-Add-2-Jan-2016
https://www.scribd.com/doc/75295337/Face-to-face-End-to-end-Dimensions-of-Valves-API-6D-ISO14313
https://www.scribd.com/doc/91735156/API-RP5C6-Cone-Xi-Ones-Soldadas-a-Tuberia
https://www.scribd.com/document/446931088/109550144-API-688-pdf
https://www.scribd.com/document/433129740/API-1169-EXAM-PDF-TUTORIAL-pdf
https://www.scribd.com/document/485775926/API-MPMS-17-2-Mediciones-de-Cargas-a-Bordo-de-Buques-pdf
https://www.scribd.com/document/318063553/API-527-2014-Seat-Tightness-of-Pressure-Relief-Valves
https://www.scribd.com/doc/312823002/7-ANSI-API-10D2
https://www.scribd.com/document/416151041/Pes-API-653-Upto-Jult-2020
https://www.scribd.com/doc/311315289/API-598-Pressure-Test-Procedure-pdf

https://www.scribd.com/document/351463558/API-671-Data-Sheet-Si-Units
https://www.scribd.com/document/438974821/API-540-pdf
https://www.scribd.com/doc/226057993/API-Mpms-8-4-Sampling
https://www.scribd.com/document/406125739/Chapter-7-Seccion-3-Espanol
https://www.scribd.com/doc/195757686/API-Rp-1107-93-Pipeline-Maintenance-Welding-Practices
https://www.scribd.com/document/396043352/Copia-de-API-Capitulo-17-Sec-5-Spanish
https://www.scribd.com/document/541081021/API-5DP-2nd-Edition-Update-20200609
https://www.scribd.com/document/222042685/API-13B2-Spanish
https://www.scribd.com/document/384804932/NORMA-API-1102
https://www.scribd.com/document/428687989/Portada-API-650-2018
https://www.scribd.com/document/378192970/Invoice-Payment-Print
https://www.scribd.com/document/438714166/E100132-EOLCS-Certificate-Eurol-API-20200331-pdf
https://www.scribd.com/document/416466683/API-MPMA-5-6-espanol-pdf
https://www.scribd.com/presentation/437356513/API-1160-GRUPO-6-pptx
https://www.scribd.com/document/525013100/NORMA-API-653-EN-ESPANOL
https://www.scribd.com/doc/243699781/API-6A-Specification-for-Xmas-Tree-and-WellHead-2011b-pdf
https://www.scribd.com/document/239665925/ACF17-Evalu00ating-the-Efficiency-of-Free-Product-Recovery
https://www.scribd.com/document/520043937/Professional-Certificates-2021-compressed
https://www.scribd.com/doc/103136989/API-5L1
https://www.scribd.com/doc/239217665/API-MPMS-5-2-1987-Measurement-of-Liquid-Hydrocarbons-by-Displacement-Meters
https://www.scribd.com/document/360083179/Appendix-I-API-650
https://www.scribd.com/document/558066921/API-510
https://www.scribd.com/document/472566811/API-2-DETECTION-AND-PREVENTION-OF-SAND-EROSION-1976-pdf
https://www.scribd.com/document/171390839/615-API
https://www.scribd.com/document/618776626/API-2210-Flame-Arresters-for-Vents-of-Tanks-Storing-Petroleum-Products
https://www.scribd.com/document/600189719/API-PUBL-343-1998
https://www.scribd.com/document/576913112/TABLA-6B1-API-Volume-Correction-Factors
https://www.scribd.com/document/615130007/API-2551
https://www.scribd.com/document/430549474/API-6A-June-2006
https://www.scribd.com/document/618854623/API-STD-2000-VENTING-ATMOSPHERIC-AND-LOW-PRESSURE-STORAGE-TANKS
https://www.scribd.com/document/613382618/API-5L5
https://www.scribd.com/document/516172334/API-6A-July-2004
https://www.scribd.com/doc/75295337/Face-to-face-End-to-end-Dimensions-of-Valves-API-6D-ISO14313
https://www.scribd.com/document/469328206/TDB-3-Petroleum-Fraction-Distillati
https://www.scribd.com/document/572331352/API-RP-550
https://www.scribd.com/document/65551480/API-DISENO-BOMBEO-MECANICO
https://www.scribd.com/document/320132308/API-650
https://www.scribd.com/document/290872507/8C-Specification-for-Drilling-and-Hoisting-Equipment-2012
https://www.scribd.com/document/390266495/API-MPMS-11-1-6-1980-1987
https://www.scribd.com/document/323859074/D4007-4924-1
https://www.scribd.com/document/599082678/API-650-Welded-Steel-Appendix-B-Foundation
https://www.scribd.com/doc/58530694/API-RP-579-2000
https://www.scribd.com/document/425182940/Astm-d-1250-Vol-Viii
https://www.scribd.com/document/483892194/preview-Chapter-3

https://www.scribd.com/document/77737508/API-571-2003-RP
https://www.scribd.com/document/391526465/API5L-pdf
https://www.scribd.com/doc/256453447/api530
https://www.scribd.com/document/376840231/Previews-1880905-Pre
https://www.scribd.com/document/480271853/ASTM-D1250-ADJ-V7-pdf
https://www.scribd.com/document/30179307/API-Standard-650-10th-November-1998-Addendum-3-September-2003-C
https://www.scribd.com/document/370430597/API-600-1997
https://www.scribd.com/document/611104174/API-2023-2001-Guide-for-Safe-Storage-and-Handling-of-Heated-Petroleum-Derived-Asphalt-Products-and-Crude-Oil-Residua
https://www.scribd.com/document/617508563/API-RP-2201-03-Safe-Hot-Tapping-Practices-in-the-Petroleum-Petrochemical-Industries-Fifth-Edition-TXT
https://www.scribd.com/document/505349230/API-500
https://www.scribd.com/document/389595409/documents-tips-api-14dpdf-pdf
https://www.scribd.com/document/579287601/API-PUBL-421-1990-Coalescers-Design
https://www.scribd.com/document/335336060/249342907-API-RP-752-pdf
https://www.scribd.com/document/469539564/API-670-Positive-Displacement-Pumps-Rotary-2
https://www.scribd.com/document/359929930/api608
https://www.scribd.com/document/454274422/API-2H
https://www.scribd.com/document/475290803/ASTM-D-1250-ADJ-V4-Dens-rel-a-la-temp-obs-a-dens-60-60-Crudos-pdf
https://www.scribd.com/document/520636952/API-661-5th-Air-Coooler
https://www.scribd.com/document/475292081/ASTM-D-1250-ADJ-V5-Dens-rel-a-la-temp-observada-a-dens-60-60-Productos-pdf
https://www.scribd.com/document/540761931/API-Rp-1110-Pressure-Testing-of-Liquid-Petroleum-Pipelines
https://www.scribd.com/doc/50569180/api576
https://www.scribd.com/document/624261707/API-5L2-Recommended-Practice-for-Internal-Coating-of-Line-pipe-for-Non-Corrosive-Gas-Transmission-2002
https://www.scribd.com/document/624262335/API-Final-Report
https://www.scribd.com/document/536265827/D1796-R16-Agua-y-Sedimento-Por-Centrifugacion
https://www.scribd.com/document/544285577/API-676-Positive-Displacement-Pumps-Rotary
https://www.scribd.com/document/623051777/API-Spec-5CT-Casing-and-Tubing-8
https://www.scribd.com/document/579911771/600
https://www.scribd.com/document/494644514/API-RP-500-1997
https://www.scribd.com/document/614370661/API-SPEC-6A
https://www.scribd.com/document/513642170/API-MPMS-3-2
https://www.scribd.com/document/246079229/Foamed-Cement
https://www.scribd.com/document/478665761/1-API-MPMS-8-1-Sampling-Standard-Practice-for-Manual-Sampling-of-Petroleum-and-Petroleum-Products
https://www.scribd.com/document/530296540/676
https://www.scribd.com/document/421796248/304
https://www.scribd.com/doc/164308208/MPMS-19-1D-2000
https://www.scribd.com/doc/254081886/API-Rec-581-Risk-Based-Inspection-Base-Resource-Document
https://www.scribd.com/doc/283601425/API-RP-505
https://www.scribd.com/document/300180172/620-Low-Pressure-Tanks
https://www.scribd.com/document/513373839/MPMS-11-2
https://www.scribd.com/document/414349052/api612-pdf
https://www.scribd.com/document/421798991/347-pdf
https://www.scribd.com/document/420433288/303
https://www.scribd.com/doc/21403641/API-Introduction-to-Oil-and-Gas-Production

https://www.scribd.com/document/382964249/api611-pdf
https://www.scribd.com/document/421801392/304-pdf
https://www.scribd.com/doc/307606490/STD677
https://www.scribd.com/document/420434283/305
https://www.scribd.com/document/470642327/API-MPMS11-2-1M-pdf
https://www.scribd.com/document/455375204/14C
https://www.scribd.com/document/395413159/std613
https://www.scribd.com/document/421801665/315
https://www.scribd.com/doc/164308451/MPMS-19-3H-2000
https://www.scribd.com/document/422067838/306
https://www.scribd.com/document/449971285/API-Bull-16J-1992-scan-pdf
https://www.scribd.com/doc/300934471/STD676
https://www.scribd.com/document/422632581/Interpretations-1992
https://www.scribd.com/doc/294631529/176423274-API-14G
https://www.scribd.com/doc/38685923/rp683
https://www.scribd.com/doc/164307650/MPMS-19-3B-2000
https://www.scribd.com/document/508441763/API-15HR-Specification-for-High-Pressure-Fibreglass-Line-Pipe
https://www.scribd.com/document/255510083/2
https://www.scribd.com/document/493473305/MPMS-8-1-95
https://www.scribd.com/document/323448018/Rheology-Fluids
https://www.scribd.com/document/226705480/169388724-api602
https://www.scribd.com/document/470734870/API520-II
https://www.scribd.com/document/493473250/MPMS-3-1A-94
https://www.scribd.com/document/588762721/ANSI-API-RP-14B-1994-Errata-1996-ISO-10417-1993
https://www.scribd.com/document/478017103/19-3E-Weight-loss-test-method-1997
https://www.scribd.com/document/411993749/API600
https://www.scribd.com/document/433431902/API-12J-PDF
https://www.scribd.com/document/542765231/10
https://www.scribd.com/document/338463795/api520pt2-pdf
https://www.scribd.com/document/386182648/Document
https://www.scribd.com/doc/164307586/MPMS-17-8-2000
https://www.scribd.com/doc/77018047/4f
https://www.scribd.com/doc/191025084/MPMS-Comp-2000
https://www.scribd.com/doc/145994235/API-2L-1
https://www.scribd.com/doc/284644874/API-1110
https://www.scribd.com/doc/190832976/Std662
https://www.scribd.com/doc/164308545/MPMS-18-1-2000
https://www.scribd.com/document/588762737/ANSI-API-RP-14H-1994-Errata-1996-ISO-10419-1993
https://www.scribd.com/document/536389276/API-2Y-1999
https://www.scribd.com/document/470734746/API578-Material-Verification-Program-for-Piping-System
https://www.scribd.com/document/421798694/1210
https://www.scribd.com/doc/76632241/API-598
https://www.scribd.com/document/470734770/API598-Valve-Inspection-and-Testing
https://www.scribd.com/document/485865767/API-STD-527-pdf
https://www.scribd.com/document/509784740/SPEC-2MT1-rev1
https://www.scribd.com/document/509784802/RP-T1-rev4
https://www.scribd.com/document/460462523/T-1
https://www.scribd.com/document/493473318/MPMS-10-1-81
https://www.scribd.com/document/611594465/API-Astd-11e

https://www.scribd.com/document/460462517/2210
https://www.scribd.com/document/621670104/API-RP-2210
https://www.scribd.com/document/509784686/BULL-11K-rev2
https://www.scribd.com/document/579241927/REPORT-91-48
https://www.scribd.com/document/493473181/MPMS-2-8B-91
https://www.scribd.com/document/619042756/SPECT-7-1-SPAN
https://www.scribd.com/document/543250574/API527
https://www.scribd.com/document/460679385/API-MPMS-2-8B-pdf
https://www.scribd.com/document/390958186/API-2000-Anexxure-A
https://www.scribd.com/document/540049662/API-576-esp
https://www.scribd.com/document/540050386/API-576-esp
https://www.scribd.com/document/469438799/API-MPMS-17-4-ESPANOL
https://www.scribd.com/document/220636850/5-ASTM-D-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
https://www.scribd.com/document/621899996/API-Public-4536-Efectos-a-la-Salud-del-METANOL
https://www.scribd.com/document/544192643/API-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
https://www.scribd.com/document/622908084/API-STD-671-2020
https://www.scribd.com/document/330801033/API-MPMS-17-9-Spanish
https://www.scribd.com/document/598947647/547-pgh-2009
https://www.scribd.com/document/485775746/API-MPMS-5-3-Medidores-de-Turbina
https://www.scribd.com/document/395000808/CAP-17-8-Guias-Para-La-Inspeccion-de-Tanques-de-Buques-Antes-de-La-Carga
https://www.scribd.com/document/473772068/API-17-3
https://www.scribd.com/document/485775891/API-MPMS-17-8-Guias-para-la-Inspeccion-de-Tanques-de-buques-1998-pdf
https://www.scribd.com/document/619729819/Norma-API-13A-Especoficsacoes-e-Testes-Para-Fluidos-de-Perfuracao-en-Pt
https://www.scribd.com/document/424159135/API-510-2014-Codigo-de-Inspeccion-de-Recipientes-a-Presion-Inspeccion-en-Servicio-Clasificacion-Reparaciones-y-Alteraciones
https://www.scribd.com/document/377758417/API-510-Espanol-Mayo-2014
https://www.scribd.com/document/341119524/e-Astm-d-1250-Tablas-de-Gravedad-API-Volumen-2
https://www.scribd.com/document/423064455/Manual-de-Estandares-de-Medicion
https://www.scribd.com/document/485775942/API-MPMS-17-6-Guia-para-determinar-el-llenado-de-lineas-1998-pdf
https://www.scribd.com/document/485775900/API-MPMS-17-11-Medicion-y-Muestreo-de-Cargas-2009-pdf
https://www.scribd.com/document/183199468/5L-PGH-2009
https://www.scribd.com/document/466547595/ASTM-D95-13
https://www.scribd.com/document/479127982/Electrode-Selection
https://www.scribd.com/document/476920735/preview
https://www.scribd.com/document/518809361/API-MEDICION-TANQUE-CAP-3
https://www.scribd.com/document/406125739/Chapter-7-Seccion-3-Espanol
https://www.scribd.com/document/183020201/INSPECTION-PRACTICES-FOR-PIPING-SYSTEM-COMPONENTS-doc
https://www.scribd.com/document/482898569/MPMS-Chapter-3-1-B-Spanish-pdf
https://www.scribd.com/document/496265602/API-Chapter-7-3-2011-Spanish
https://www.scribd.com/document/484527978/API-MPMS-3-5-version-espanol
https://www.scribd.com/document/359893567/API-5l-Espanol
https://www.scribd.com/document/562148953/API-5-6-Espanol-Med-Coriolis
https://www.scribd.com/document/475292229/ASTM-D1250-ADJ-V11-12-Conversion-entre-volumen-y-densidad-pdf
https://www.scribd.com/document/518246416/API-6D-Pressure-Testing-of-Valves-Iso14313

https://www.scribd.com/document/449721712/API-Specification-16C-2nd-Mar-2015-Choke-and-Kill-Equipment-Part-3-pdf
https://www.scribd.com/document/416466683/API-MPMA-5-6-espanol-pdf
https://www.scribd.com/document/367676151/API-571-2011-pdf
https://www.scribd.com/document/498550551/ANSI-API-St-2350-2012-en-id
https://www.scribd.com/document/407424469/270220855-API-2550-Method-for-Measurement-and-Calibration-of-Upright-Cylindrical-Tanks-pdf
https://www.scribd.com/document/396043352/Copia-de-API-Capitulo-17-Sec-5-Spanish
https://www.scribd.com/document/516007715/2-API-MPMS-3-1A-2013-SP
https://www.scribd.com/document/614242369/API-RP-756-2014
https://www.scribd.com/document/504937611/297255123-API-570-Piping-Inspection-Code-Copia-en-Pt
https://www.scribd.com/document/449971285/API-Bull-16J-1992-scan-pdf
https://www.scribd.com/document/536389276/API-2Y-1999
https://www.scribd.com/document/510783229/API-570-Recertification-Publications-Effectivity-Sheet
https://www.scribd.com/document/628425544/API-667
https://www.scribd.com/document/343186897/ASTM-D-96-BSW
https://www.scribd.com/document/318063553/API-527-2014-Seat-Tightness-of-Pressure-Relief-Valves
https://www.scribd.com/document/416151041/Pes-API-653-Upto-Jult-2020
https://www.scribd.com/document/383747479/API-Technical-Report-10TR6
https://www.scribd.com/doc/289424149/Apiqr-Iso-90012015-Transition-Process
https://www.scribd.com/doc/307837756/ISOTS-29001
https://www.scribd.com/document/402849424/API-MPMS-2-2G-pdf
https://www.scribd.com/document/438714166/E100132-EOLCS-Certificate-Eurol-API-20200331-pdf
https://www.scribd.com/document/379945451/Icp-Receipt-Icp-156125
https://www.scribd.com/document/270874424/jkjhh
https://www.scribd.com/document/468164285/myCerts2-UserGuide-ExistingUsers-pdf
https://www.scribd.com/doc/312823002/7-ANSI-API-10D2
https://www.scribd.com/doc/275216895/133745505-GPA-Standard-2172
https://www.scribd.com/document/396043352/Copia-de-API-Capitulo-17-Sec-5-Spanish
https://www.scribd.com/document/406125739/Chapter-7-Seccion-3-Espanol
https://www.scribd.com/document/512143276/API-537
https://www.scribd.com/document/346536526/14B-e6-PA
https://www.scribd.com/document/384804932/NORMA-API-1102
https://www.scribd.com/document/440725563/API-6A-1999-17-Edition-Specification-for-Wellhead-and-Christmas-Tree-Equipment-pdf
https://www.scribd.com/document/446931088/109550144-API-688-pdf
https://www.scribd.com/document/522594667/API-CPD-Activities-Form
https://www.scribd.com/document/454303645/API-6A-21st-Edition-Update-20181130
https://www.scribd.com/document/222042685/API-13B2-Spanish
https://www.scribd.com/document/520043937/Professional-Certificates-2021-compressed
https://www.scribd.com/document/399475423/API-St-936-2014-espanol
https://www.scribd.com/doc/249128517/API-5B-pdf
https://www.scribd.com/document/504471586/Aga-11-Natural-Gas-by-Coriolis-Meter
https://www.scribd.com/document/392201244/Api-12k-specification-for-indirect-type-oil-field-heaters-pdf
https://www.scribd.com/document/493329206/API-610-Technical-Course-Section-10-Casing-Design
https://www.scribd.com/presentation/435198487/API-1160-Expo
https://www.scribd.com/doc/273076048/Icp-Invoice-Icp-18732
https://www.scribd.com/document/617626437/API-Spec-2W-2019-rus
https://www.scribd.com/doc/209302685/API-RP-505-Electrical-Inst-Class-1-Zone-0-Zone-1-Zone-2-1997

https://www.scribd.com/document/517883698/Technician-ERW-weld-discontinuity-Characterization-Guide-for-API-LSP-Exam
https://www.scribd.com/document/292034108/ASTM-D-1298-OK
https://www.scribd.com/document/171390839/615-API
https://www.scribd.com/document/428243888/17TR8
https://www.scribd.com/document/383351039/API-5C1-pdf
https://www.scribd.com/document/357542920/API-602-e10-PA
https://www.scribd.com/document/509784802/RP-T1-rev4
https://www.scribd.com/document/325690975/API-1167
https://www.scribd.com/document/485775926/API-MPMS-17-2-Mediciones-de-Cargas-a-Bordo-de-Buques-pdf
https://www.scribd.com/doc/276740815/API-2000-Venting-Atmospheric-and-Low-Pressure-Storage-Tanks-pdf
https://www.scribd.com/document/464362651/D5842-17
https://www.scribd.com/document/351463558/API-671-Data-Sheet-Si-Units
https://www.scribd.com/document/489279654/API-1452WB-Oil-Well-Performance-and-Surveillance-Unit-2-Well-Surveilance
https://www.scribd.com/document/433129740/API-1169-EXAM-PDF-TUTORIAL-pdf
https://www.scribd.com/document/507980015/ANSI-API-MPMS-Chapter-7-5-1st-Edi-Sep-2014-Refrigerated-Hydrocarbon
https://www.scribd.com/doc/91735156/API-RP5C6-Cone-Xi-Ones-Soldadas-a-Tuberia
https://www.scribd.com/doc/206435688/API-Mpms-21-1-Flow-Measurement-Using-Electronic-Metering-Systems-9-1993-Section-1-Electronic-Gas-Measurement
https://www.scribd.com/document/430837904/API-551
https://www.scribd.com/document/363783270/202179196-API-609-Butterfly-Valves-Double-Flanged-Lug-1-pdf
https://www.scribd.com/document/463487170/api-675-pdf
https://www.scribd.com/document/411310227/API-573-Inspection-of-Fired-Boiler-and-Heaters
https://www.scribd.com/document/373042953/API-2V-BULL-Sep-00
https://www.scribd.com/doc/270214156/API-661-5th-Edition
https://www.scribd.com/document/406332446/API-602-Gate-Valves-pdf-pdf
https://www.scribd.com/document/332035163/api-602-pdf
https://www.scribd.com/document/440156089/9-api-577-welding-inspection-and-metallurgy
https://www.scribd.com/document/588762721/ANSI-API-RP-14B-1994-Errata-1996-ISO-10417-1993
https://www.scribd.com/doc/256325921/API-11B-98
https://www.scribd.com/document/431457455/API-6D-Annex-F-pdf
https://www.scribd.com/doc/50569180/api576
https://www.scribd.com/document/624262335/API-Final-Report
https://www.scribd.com/document/383645287/API-600-pdf
https://www.scribd.com/document/309880340/D4007-11
https://www.scribd.com/document/455823463/API-2610-inspection-of-terminal-and-tank-facilities
https://www.scribd.com/document/244688549/D473-Sediment-by-extraction-pdf
https://www.scribd.com/document/412909935/APIRP5A5
https://www.scribd.com/document/335913171/api-941-1998
https://www.scribd.com/document/445896239/01-API-16C
https://www.scribd.com/document/515697057/API-1160-2013-Managing-System-Integrity-for-Hazardous-Liquid-Pipelines
https://www.scribd.com/document/477136017/2e-Certificate-API-6D-1385-expires-25-10-2022-pdf
https://www.scribd.com/document/420097070/334840389-API-520-pdf
https://www.scribd.com/document/242757824/ASTM-D-4007-02-Standard-Test-Method-for-Water-and-Sediment-in-Crude-Oil-by-the-Centrifuge-Metho-pdf

https://www.scribd.com/document/514371390/API-5CT-0507-2021
https://www.scribd.com/document/377833556/AGA-3-No-1-API-2530-Ch-14-1985-Natural-Gas-Fluid-Measurement
https://www.scribd.com/document/486690799/API-MPMS-5-2-Espanol-pdf
https://www.scribd.com/doc/108099474/NDE-Requirement-Summary-of-Tank-API-650-2009
https://www.scribd.com/document/495486097/Certificate7K-0376
https://www.scribd.com/document/383840623/API-Q1-9na-Edicion-Traduccion-Espanol-J-Pernia
https://www.scribd.com/document/407617817/Certificate-ISO-3136
https://www.scribd.com/doc/252573793/D4006
https://www.scribd.com/document/130033814/API-5B-Especificacion-de-Rosca-Medicion-e-Impresion-de-Rosca-del-Revestimiento-Tuberias-y-Linea-de-Tuberias-Roscadas
https://www.scribd.com/document/371191836/API-Standard1631-5thEdition-June-2001-pdf
https://www.scribd.com/doc/287019232/api-exam-method-pdf
https://www.scribd.com/document/354364811/API-575-PDF
https://www.scribd.com/document/434643801/API-8-2-2015-Third-Edition-Editable-en-Es
https://www.scribd.com/document/464921244/API-581-2000-pdf
https://www.scribd.com/document/521751358/ASTM-D4006-Standard-Test-Water-in-Crude-Oil
https://www.scribd.com/document/255313351/Astm-d-1796-Standard-Test-Method-for-Water-and-Sediment-in-Fuel-Oils-by-Centrifuge-Method-Laboratory-Procedure
https://www.scribd.com/document/501729645/API-6D-RAIMONDI
https://www.scribd.com/document/493329189/API-610-Technical-Course-Section-1-Pump-Series-ASK
https://www.scribd.com/document/493174162/API-1149
https://www.scribd.com/doc/313934597/ASTM-D4007-11-pdf
https://www.scribd.com/document/322605176/A-90-44-Docket-Index
https://www.scribd.com/document/409572583/ASTM-D4007-11Agua-y-Sedimentos-Por-Centrifuga
https://www.scribd.com/document/400123214/BSW-ASTM-D4007-11
https://www.scribd.com/document/398572601/API-12F

are infringing upon API's exclusive copyright rights and should be removed or disabled.

4) Contact Information:

Joseph Cherayath

Yellow Brand Protection

6060 N. Central Expressway

Dallas, TX 75206

+442033144680

api.ipr@ybrandprotection.com

5) API has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

6) The information in this Notice of Copyright Infringement is accurate, and under penalty of perjury, Yellow Brand Protection is authorized to act on behalf of API, the owner of the exclusive right being infringed.

In addition, API hereby notifies you that the website content that you are hosting at the above-identified links is in violation of API's Terms and Conditions, located at: https://www.api.org/terms-and-conditions. Namely, it infringes on the copyright and trademark rights of API.


Sincerely,
Joseph Cherayath

Yellow Brand Protection
On behalf of
American Petroleum Institute

## Fw: Notice of Infringement

**American Petroleum IPR** <api.ipr@ybrandprotection.com>

Thu 4/20/2023 5:19 PM

To:Scribd <copyright@scribd.com>

📎 2 attachments (236 KB)

Copyright Declaration (9-16-20) (1).pdf; POA- Yellow Brand (1-24-20) (1) (1).pdf;

To Whom It May Concern,

We are authorized to act on behalf of American Petroleum Institute ("API") with respect to intellectual property and other matters.

This letter is to notify you and all related entities thereto that the content hosted by scribd.com, LLC at the links set forth below, presumably for one or more of your users, infringes the intellectual property rights of API.

In order to expedite the removal of the infringing content, we are submitting this Notice of Copyright Infringement and request that you expeditiously remove or disable access to the material hosted at the URL listed below, as required under the Copyright Act. The following sets forth the statutorily required elements of our Notice of Copyright Infringement:

1) Yellow Brand Protection is authorized to send this notice of infringement and demand. API is the owner of an exclusive right that is claimed to be infringed. The signature of Joseph Cherayath, Yellow Brand Protection's authorized representative is set forth below.

2) The copyrighted works that are being infringed are: American Petroleum Institute's copyrighted materials which can be found on their website https://www.api.org/.

3) The products located at:

https://www.scribd.com/document/241983357-API-51-Guide-to-Better-Supervision
https://www.scribd.com/document/367525694/API-62
https://www.scribd.com/doc/281245526/API-RP-14E
https://www.scribd.com/doc/315224634/653-e5-PA-2014
https://www.scribd.com/document/413121269/21639
https://www.scribd.com/document/461023247/API-RP-520-Part-II-Fig-11-1994-pdf
https://www.scribd.com/document/461023226/API-RP-520-Part-II-Fig-10-1994-pdf
https://www.scribd.com/document/359834253/API-580
https://www.scribd.com/document/349141467/api-1104
https://www.scribd.com/doc/282454866/API-wallet-copy
https://www.scribd.com/document/457202017/API-682-2006-pdf
https://www.scribd.com/doc/57974371/API-6D-2008-Pipeline-Valve-Datasheet
https://www.scribd.com/document/606762636/API-RP-1007-01-pre
https://www.scribd.com/document/615030299/Table-1-API-574-Nps-Sch-Thk
https://www.scribd.com/document/354270875/API-5L-Appendix-J
https://www.scribd.com/document/338863100/API-Binder-Spine
https://www.scribd.com/document/619037202/API-5LS-1973
https://www.scribd.com/document/619207051/API-527

https://www.scribd.com/document/619544913/API-6D
https://www.scribd.com/doc/65513857/API-700-Plant-Completion-Checklist
https://www.scribd.com/document/619207123/API-5L1
https://www.scribd.com/document/623192870/piping-properties-API-RP-574
https://www.scribd.com/document/624261807/API-11K-BUL
https://www.scribd.com/document/624262453/API-4602-Minimization-Handling-Treatment-and-Disposal-of-Petroleum-Products-Terminal-Wastewaters
https://www.scribd.com/document/623117144/API-1104-1988
https://www.scribd.com/doc/246997202/API-14-C
https://www.scribd.com/document/353120309/API-603-Class-150-Gate-Valve
https://www.scribd.com/doc/254158753/API-Publication-421-First-Edition
https://www.scribd.com/document/336357962/API-510-2006
https://www.scribd.com/document/318216121/312142620-API-Ire-App-1959
https://www.scribd.com/document/358035082/175748685-API-RP-555-2001-Process-Analyzers-Sec-D
https://www.scribd.com/document/455757634/API-5C2-1999-97-pdf
https://www.scribd.com/document/87062663/API-674-3rd-Edition
https://www.scribd.com/document/415657960/Hydrostatic-Test-API-Specification-6D
https://www.scribd.com/document/497836568/API-600-Gate-Valves-Flanged-Welding
https://www.scribd.com/document/405818789/API-97
https://www.scribd.com/document/439957877/API-570-A1
https://www.scribd.com/presentation/381042051/71psheet-API-Technical-Data-Book
https://www.scribd.com/document/626172026/API-2219
https://www.scribd.com/document/424752145/API-5B
https://www.scribd.com/document/536615442/API-7HU
https://www.scribd.com/document/209950082/API-682
https://www.scribd.com/document/493245521/api-579-1-asme-ffs-1-fitness-for-service-2016-P1
https://www.scribd.com/document/625798413/API-610
https://www.scribd.com/document/611140714/API-RP-580-3rd-Feb
https://www.scribd.com/document/60787317/Manual
https://www.scribd.com/document/117581344/API-510
https://www.scribd.com/doc/35293246/API-5CT
https://www.scribd.com/document/544113346/API-6D-ULTIMA-EDICION
https://www.scribd.com/document/630386023/API-17TR4-2016-Subsea-Equipment-Pressure-Ratings
https://www.scribd.com/document/630621312/API-Vocational-Book-3-pdf
https://www.scribd.com/document/630386374/API-17O-2014-HIPPS
https://www.scribd.com/document/630882642/API-RP-90
https://www.scribd.com/document/630134508/api-1104updates-from
https://www.scribd.com/document/471465722/API-80-2000-Guidelines-for-the-Definition-of-Onshore-Gas-Gathering-Lines-pdf
https://www.scribd.com/document/631328075/00-API-Purchasing-Guideline-Handbook-pdf
https://www.scribd.com/document/631725064/API-STD-510-2001
https://www.scribd.com/document/427676342/Previews-1952159-Pre
https://www.scribd.com/document/455500495/previews-2092212-pre
https://www.scribd.com/document/467494223/previews-1820347-pre
https://www.scribd.com/document/541469942/Previews-1852115-Pre
https://www.scribd.com/document/452094701/Previews-2086671-Pre
https://www.scribd.com/document/463852012/1176-Recommended-Practice-for-Assessment-and-Management-of-Cracking-in-Pipelines
https://www.scribd.com/document/402773297/Previews-2001272-Pre
https://www.scribd.com/document/466257528/previews-1987930-pre-pdf
https://www.scribd.com/document/505865972/Previews-2196044-Pre

https://www.scribd.com/document/543715764/previews-1950102-pre
https://www.scribd.com/document/386157045/Previews-1919151-Pre
https://www.scribd.com/document/620504268/previews-1892818-pre
https://www.scribd.com/document/616200512/Operational-Technologies-Guidance-Doc-Apr14-1
https://www.scribd.com/document/526110514/Previews-2121080-Pre
https://www.scribd.com/document/500374768/Previews-2206132-Pre
https://www.scribd.com/document/385887536/Pre
https://www.scribd.com/document/434381471/Previews1234
https://www.scribd.com/document/370516254/Previews-1759566-Pre
https://www.scribd.com/document/630882597/API-RP-58
https://www.scribd.com/document/614915196/015ad11f-8490-4dae-b9e7-8771e72e739c-5482
https://www.scribd.com/document/624362991/API-STD-53-2018
https://www.scribd.com/document/432996479/API-652-pdf
https://www.scribd.com/document/613382139/API-STD-1104-ED-2010
https://www.scribd.com/document/488921102/API-618-2
https://www.scribd.com/document/228654279/Estandar-API-2015
https://www.scribd.com/document/611910854/API-STD-1104-Errata-5-2018-Welding-of-Pipelines-and-Related-Facilities
https://www.scribd.com/document/605328929/API-STD-650-2013-Welded-Tanks-for-Oil-Storage-001-053-en-es
https://www.scribd.com/document/540788122/API-STD-653-Tank-Inspection-Repair-Alteration-y-Reconstr-712
https://www.scribd.com/document/543852571/API-1102
https://www.scribd.com/document/612633917/API-650-v2010
https://www.scribd.com/document/616711203/API-RP-4G
https://www.scribd.com/document/326049662/API-521-4th-ed-March-1997-DEPRESSURING-pdf
https://www.scribd.com/document/344740518/111795608-API-2218-Fireproofing-pdf
https://www.scribd.com/document/469486871/API-543
https://www.scribd.com/document/423678857/API-650-Tanques-Atmosfericos-2013-001-100-en-es
https://www.scribd.com/document/576939453/API-520-Completa
https://www.scribd.com/document/385114862/Planning-1
https://www.scribd.com/document/613358168/API-RP-577-2004-Welding-Inspection-and-Metallurgy-Traduccion
https://www.scribd.com/document/580055780/API-RP-7L-INSPECCION-MANT-Y-REP-DE-EQUIPOS-DE-PERFORACION-es
https://www.scribd.com/document/550000017/API-650-2020-Gicze-Traducido
https://www.scribd.com/document/469081891/TRADUCCION-ACTUAL
https://www.scribd.com/document/528444645/API-598-Valves-Inspection-and-Testing-en-es
https://www.scribd.com/document/572134521/MPMS-Chapter-8-3-Spanish-Muestreo-Mezcla-y-Manejo-de-Muestras
https://www.scribd.com/document/485775776/API-MPMS-12-1-1-2012-Espanol-unprotected
https://www.scribd.com/document/562255357/API-SPEC-7k-Specification-for-Drilling-and-Well-Servicing-Equip1-Traducido
https://www.scribd.com/document/631973286/API-13B1-3-pdf
https://www.scribd.com/document/633085716/API-9A-24th-Edition-Specification-for-wire-rope
https://www.scribd.com/document/630802420/API-SPECIFICATION-Q1-9-EDITION-pdf
https://www.scribd.com/document/635160692/zAPI-5CRA-2010-R2015
https://www.scribd.com/document/630386010/API-RP-17Q
https://www.scribd.com/document/630381861/API-17G5-Subsea-Intervention-Workover-Control-System
https://www.scribd.com/document/630386711/API-SPEC-17D

https://www.scribd.com/document/634650143/API-STD-607
https://www.scribd.com/document/634701259/Untitled
https://www.scribd.com/document/634457852/API-681-2021-Liquid-Ring-Compressors-and-Vacuum-Pumps-in-Petroleum-Chemical-and-Gas-Industry-Services-API-z-lib-org
https://www.scribd.com/document/633654056/API-MF-5U04-1993
https://www.scribd.com/document/634334295/Norma-API-610fse
https://www.scribd.com/document/633922196/API-653-2018-Inspection-Academy-pdf
https://www.scribd.com/document/633654058/API-MF-5UO3-1993-pdf
https://www.scribd.com/document/633653948/API-MF-5U02-1993
https://www.scribd.com/document/632485979/previews-1987929-pre
https://www.scribd.com/document/635764409/API-Ultrasonic-Ene-2005
https://www.scribd.com/document/635321839/Training-Management-System-Requirements-TPCP
https://www.scribd.com/document/632757187/Traducao-API-2003-doc
https://www.scribd.com/document/635982142/Untitled
https://www.scribd.com/document/633211868/API14
https://www.scribd.com/document/632715267/API576-traduzida
https://www.scribd.com/document/633211852/API12
https://www.scribd.com/document/629763786/API521-Insulation
https://www.scribd.com/document/449137649/pdfslide-net-api-945pdf-ES
https://www.scribd.com/document/456903317/api-2000-1998-ingles-word-en-es
https://www.scribd.com/document/412056425/1130-Computational-Pipeline-Monitoring-for-Liquids-en-Es
https://www.scribd.com/document/518809119/API-5CT
https://www.scribd.com/document/580056571/API-4F-2008-ESPECIFICACIONES-PARA-ESTRUCTURAS-DE-PERF-Y-SERV-A-POZOSs-en-es
https://www.scribd.com/document/436915412/2-API-RP7L-en-es-pdf
https://www.scribd.com/document/326175057/Practica-recomendada-para-Evaluacion-de-pdf
https://www.scribd.com/document/504216893/API-754-Espanol
https://www.scribd.com/document/520384285/API-19-Espanol
https://www.scribd.com/document/611910917/API-Spec-5l-46th-Apr-2018-Line-Pipe
https://www.scribd.com/document/583240285/Process-Industry-Practices-Recommended-P
https://www.scribd.com/document/300693971/Resumen-API-MPMS-Chapter-3-1B
https://www.scribd.com/document/525677273/API-1104-2018-Espanol
https://www.scribd.com/document/508937221/API-6FA-2018
https://www.scribd.com/document/493174173/API-1155
https://www.scribd.com/document/526415573/API-5L
https://www.scribd.com/presentation/468026950/API-END-nuevo
https://www.scribd.com/document/547482848/API-6D-Pipeline-Valves-2002
https://www.scribd.com/document/485593935/API-601-pdf
https://www.scribd.com/document/605603925/API520-partI
https://www.scribd.com/doc/266631408/API-585
https://www.scribd.com/document/514467984/API-570
https://www.scribd.com/document/551181868/API-570-2016
https://www.scribd.com/document/441275283/API-570-2016
https://www.scribd.com/document/441337701/API-Spec-15HR-2016-%E9%81%93%E5%AE%A2%E5%B7%B4%E5%B7%B4-pdf
https://www.scribd.com/document/616711220/API-510
https://www.scribd.com/document/413354781/API-610
https://www.scribd.com/document/456156315/API-Std-53-BOP-en-es
https://www.scribd.com/document/500012778/API-610-2010
https://www.scribd.com/document/549985596/API-610-11th-Edition

https://www.scribd.com/document/610337190/API-610-11th-Editon
https://www.scribd.com/document/584793629/api-610-11th-2010-Centrifugal-Pumps-for-Petroleum-Petrochemical-and-Natural-Gas-Industries
https://www.scribd.com/document/530296477/API-610-11th-Centrifugal-Pump-for-Petrolium
https://www.scribd.com/document/567219777/API-650
https://www.scribd.com/document/337768464/API-510-Text-Index
https://www.scribd.com/document/413385264/Manual-de-Calidad-Iso-API
https://www.scribd.com/document/351086952/api-mpms-17-5
https://www.scribd.com/document/107059267/API-540
https://www.scribd.com/document/517648947/API-526
https://www.scribd.com/document/541863436/API-560-2007
https://www.scribd.com/document/383326241/API-594-2004
https://www.scribd.com/document/483971770/API-6FA-94
https://www.scribd.com/document/401390565/API-598-PDF
https://www.scribd.com/document/486521607/API-MPMS-5-4
https://www.scribd.com/document/565039956/API-570-2016-2018-ESP
https://www.scribd.com/document/617910413/API-1104-2021-ESP
https://www.scribd.com/document/450906989/APIQ1-en-es
https://www.scribd.com/document/567912061/pdf-394443181-api-573-2013-inspection-of-fired-boilers-and-heaters-part1enespdf-compress
https://www.scribd.com/document/460004382/API-2610-ESPANOL
https://www.scribd.com/document/602505974/API-1104-2016-Espanol
https://www.scribd.com/document/498086360/API-510-Traducido
https://www.scribd.com/document/637002125/API-RP-2D
https://www.scribd.com/document/637002353/API-RP-520-PARTE-I
https://www.scribd.com/document/637152360/API-SPECIFICATION-5B1-1988
https://www.scribd.com/document/375339543/Previews-1895514-Pre
https://www.scribd.com/document/464882921/previews-1877491-pre
https://www.scribd.com/document/367172546/Previews-1994111-Pre
https://www.scribd.com/document/560289419/2-5301292332614681484
https://www.scribd.com/document/514173033/Preview
https://www.scribd.com/document/478750591/preview-1-pdf
https://www.scribd.com/document/490593187/api-2l-heliponto
https://www.scribd.com/doc/207935162/rp-17-a
https://www.scribd.com/document/606608088/API-5L-1025
https://www.scribd.com/doc/143479353/Design-and-Calculation-Direct-Fired-Heaters
https://www.scribd.com/document/604348333/API-20-1
https://www.scribd.com/doc/123944361/MPMS-02-2A-2005-Measurement-and-Calibration-of-Upright-Cylindrical-Tanks-by-the-Manual-Tank-Strapping-Method
https://www.scribd.com/document/342223855/SPEC-6D
https://www.scribd.com/document/463928222/API-MPMS-Ch-2-Sec-2A-Tank-Calibration
https://www.scribd.com/document/599895463/API-M-C-2A-1995
https://www.scribd.com/document/466280415/document-pdf
https://www.scribd.com/document/466280640/document-pdf
https://www.scribd.com/document/428159621/previews-1613565-pre-2-pdf
https://www.scribd.com/document/404276277/Technical-Analysis-of-the-Futures-Markets-John-J-Murphy-Fxborssa
https://www.scribd.com/document/522137562/previews-2220495-pre
https://www.scribd.com/document/428135574/Previews-1613565-Pre
https://www.scribd.com/document/466256443/previews-2046512-pre-pdf
https://www.scribd.com/document/466256545/previews-2046512-pre-pdf

https://www.scribd.com/document/618227374/API-565-2022
https://www.scribd.com/document/481560615/api-526pdf-compress
https://www.scribd.com/document/524365824/Flow-Assurance-Considerations-in-Subsea
https://www.scribd.com/document/484737841/api-650-2007-pdf
https://www.scribd.com/document/472550791/previews-1912416-pre
https://www.scribd.com/document/508740668/ASTM-C704
https://www.scribd.com/document/423808631/Title
https://www.scribd.com/document/443193493/previews-2092065-pre
https://www.scribd.com/document/329613854/8B
https://www.scribd.com/document/399066550/API676-EXTRACTO-pdf
https://www.scribd.com/document/637247877/API-650-2007
https://www.scribd.com/document/546750777/Rbi-Inspection
https://www.scribd.com/document/606256538/API-19G1-2nd-2019
https://www.scribd.com/document/282715129/API662-2-2006
https://www.scribd.com/document/619793034/16RCD-e3-ballotdraft
https://www.scribd.com/document/368590896/1178-DataMgmt-Integration-1E-Ballot-3935
https://www.scribd.com/document/402711292/Propane-Dehydrogenation-Using-Catalytic-Membrane
https://www.scribd.com/document/329796406/previews-1924300-pre-1
https://www.scribd.com/document/477519234/AGA3-pdf
https://www.scribd.com/document/47523230/API-RP2A-Foundation-design-chapter
https://www.scribd.com/document/319663614/API-570-2001-Piping-Inspection-Code
https://www.scribd.com/document/319926159/aga3
https://www.scribd.com/document/411995148/API-686-Chapter-7-Shaft-Alignment
https://www.scribd.com/document/394085055/04-API-941-Steels-Hydrogen-Service-pdf
https://www.scribd.com/document/538201224/52663204-API-5-6-2002-Copy
https://www.scribd.com/document/49988059/AGA3-Part-2
https://www.scribd.com/document/494229355/Api2201-Weldin-Hot-Tapping
https://www.scribd.com/document/494229308/API-14F-Recomended-practice-for-design-and-installation-of-electrical-system
https://www.scribd.com/document/559372485/API-5C1-Cuidado-y-manejo-de-Casing-and-Tubing
https://www.scribd.com/document/362067582/Rp-Tapping
https://www.scribd.com/document/542435168/API-2H-1999
https://www.scribd.com/doc/203413467/API2555
https://www.scribd.com/document/561298058/API-STD-653-Tank-Inspection-Repair-Alteration-y-Reconstr-712
https://www.scribd.com/document/540788158/API-STD-650-Welded-Steel-Tanks-for-Oil-Storage
https://www.scribd.com/document/561298071/API-STD-650-Welded-Steel-Tanks-for-Oil-Storage
https://www.scribd.com/document/272289317/API-650-pdf
https://www.scribd.com/document/563405827/API-MPMS-11-1-Vol11-e-12-Volume-Correction-Factors
https://www.scribd.com/document/563405621/API-MPMS-11-1-Vol6-Volume-Correction-Factors
https://www.scribd.com/document/562616303/API-MPMS-11-1-Vol1-Volume-Correction-Factors
https://www.scribd.com/document/562616308/API-MPMS-11-1-Vol4-Volume-Correction-Factors
https://www.scribd.com/document/562616299/API-MPMS-11-1-Vol2-Volume-Correction-Factors
https://www.scribd.com/document/381904342/API-MPMS-CAP-12-1-1-1996
https://www.scribd.com/document/453269166/API-MPMS-CAP-14-6-1991
https://www.scribd.com/document/494229313/API-500-RECOMENDED-PRACTICE-FOR-CLASIFICATIONS-OR-LOCATIONS-FOR-ELECTRICALL-INSTALATIONS
https://www.scribd.com/document/637709527/API-572-16-1-51
https://www.scribd.com/document/637709548/Untitled
https://www.scribd.com/document/623371960/API-570-piping-inspection-code
https://www.scribd.com/document/637320610/API-RP-552-tabla-3-distancia-ELE-I-C

https://www.scribd.com/document/623054610/API-RP-8B-2021-Traducida
https://www.scribd.com/document/621552492/API-RP-576-2017
https://www.scribd.com/document/625798639/API-RP-520-2
https://www.scribd.com/document/622186462/API-RP-5L7-2015
https://www.scribd.com/document/624673709/API-RP-53-BOP-Equipment-System-1997
https://www.scribd.com/document/624363004/API-RP-53-1997-2004
https://www.scribd.com/document/496515437/EN-ESPANOL-API-8B
https://www.scribd.com/document/423793649/Normas-API-527-Copiar-en-Es
https://www.scribd.com/document/456902956/api-2000-1998-traducido
https://www.scribd.com/document/568040576/API-SPEC-6D-VALVULAS-af-es
https://www.scribd.com/document/375862805/API1104-2014-espan-ol-pdf-pdf
https://www.scribd.com/document/402723854/API-5L-TAMSA-PDF
https://www.scribd.com/document/586820142/API-RP-38-Biological-Analysis-of-subsurface-injection-waters
https://www.scribd.com/document/583359201/API-520-2-r
https://www.scribd.com/document/583359097/API-600-r
https://www.scribd.com/document/583358871/API-682-r
https://www.scribd.com/document/583358851/API-527-r
https://www.scribd.com/document/493187885/API618-5-E-%E9%81%93-%E5%AE%A2-%E5%B7%B4%E5%B7%B4-h-f-3
https://www.scribd.com/document/493187921/API618-5-E-%E9%81%93-%E5%AE%A2-%E5%B7%B4%E5%B7%B4-h-f-6
https://www.scribd.com/document/493187857/API618-5-E-%E9%81%93-%E5%AE%A2-%E5%B7%B4%E5%B7%B4-h-f-1
https://www.scribd.com/document/495876593/previews-1940217-pre
https://www.scribd.com/document/623054597/API-5C1-2020-Traducida
https://www.scribd.com/document/623054606/API-RP-7L-1995-REAFFIRMED-AUGUST-2012-Procedures-for-Inspection-Maintenance-Repair-And-Remanufacture-of-Drilling-Equipment-Traducido
https://www.scribd.com/document/623054602/API-RP-5B-1-2014-Traducido
https://www.scribd.com/document/623482903/API-Spec-q2-2021
https://www.scribd.com/document/500153421/API-8A
https://www.scribd.com/document/279014854/API-1104
https://www.scribd.com/document/283745351/API-570-2009-Espanol
https://www.scribd.com/document/351398710/API-570-2009-Espanol-pdf
https://www.scribd.com/document/425727559/394443181-API-573-2013-Inspection-of-Fired-Boilers-and-Heaters-Part1-en-es-pdf
https://www.scribd.com/document/529601993/API-12d-PDF-Free
https://www.scribd.com/document/456498123/API-1104-2018-Espanol-Descarga-Pasado-a-Otro-Texto
https://www.scribd.com/document/401402362/Esp-Para-Unidades-de-Bombeo-ESP
https://www.scribd.com/document/476955725/API-598-2016-10th-Edition-Valve-Inspection-and-Testing-en-es
https://www.scribd.com/document/512059106/API-MPMS-4-8-2013-en-es
https://www.scribd.com/document/597453832/API-14C
https://www.scribd.com/document/528444276/API-576-2017-en-es
https://www.scribd.com/document/372381689/Contenido-API-575
https://www.scribd.com/document/622379469/API-570-TERCEIRA-EDICAO-Novembro-de-2009
https://www.scribd.com/document/616711265/API-Spec-16d
https://www.scribd.com/document/617869598/API-Bull-11L2-1969-1999-scan
https://www.scribd.com/document/617869746/API-MPMS-2-2D-2003-2021
https://www.scribd.com/document/527564713/Rig-Inspection-Book-04
https://www.scribd.com/document/625610988/API-652-1997-Espanol

https://www.scribd.com/document/620074547/Pdfslide-tips-API-13b2-Spanish
https://www.scribd.com/document/618754929/API-510
https://www.scribd.com/document/635904462/API-653-Edition-2001
https://www.scribd.com/document/627082120/Blowout-Prevention-Equipment-API-Standard-53-Span-3
https://www.scribd.com/document/625215589/API-RP-526-Flanged-Steel-Pressure-Relief-Valves
https://www.scribd.com/document/405338330/good-152259868-Body-of-Knowledge-API-570-pdf
https://www.scribd.com/document/152259868/Body-of-Knowledge-API-570
https://www.scribd.com/document/527844898/20210913-BOK-510-May2021-final
https://www.scribd.com/document/274893276/API-570-Body-of-Knowledge
https://www.scribd.com/document/370479850/570-BOK-2017-final-112216
https://www.scribd.com/document/506854175/API-580-2009
https://www.scribd.com/document/473772369/MPMS-Chapter-19-3D-pdf
https://www.scribd.com/doc/60844665/510-Body-of-Knowledge
https://www.scribd.com/doc/314846189/API-510-BOK0505-Body-Knowledge-for-Certification-Program-PV-Inspector
https://www.scribd.com/document/551839005/Nov-2017-653-BOK-final-20170530
https://www.scribd.com/document/466285440/downfile-4-pdf

are infringing upon API's exclusive copyright rights and should be removed or disabled.

4) Contact Information:

Joseph Cherayath

Yellow Brand Protection

6060 N. Central Expressway

Dallas, TX 75206

+442033144680

api.ipr@ybrandprotection.com

5) API has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

6) The information in this Notice of Copyright Infringement is accurate, and under penalty of perjury, Yellow Brand Protection is authorized to act on behalf of API, the owner of the exclusive right being infringed.

In addition, API hereby notifies you that the website content that you are hosting at the above-identified links is in violation of API's Terms and Conditions, located at: https://www.api.org/terms-and-conditions. Namely, it infringes on the copyright and trademark rights of API.


Sincerely,
Joseph Cherayath

Yellow Brand Protection

On behalf of
American Petroleum Institute

## Notice of Infringement

American Petroleum IPR <api.ipr@ybrandprotection.com>
Wed 5/24/2023 12:10 PM
To:Scribd <copyright@scribd.com>

📎 3 attachments (288 KB)
Copyright Declaration (9-16-20) (1).pdf; POA- Yellow Brand (1-24-20) (1) (1).pdf; Export_API American Petroleum-Enforce-2023-05-24.xlsx;

To Whom It May Concern,

We are authorized to act on behalf of American Petroleum Institute ("API") with respect to intellectual property and other matters.

This letter is to notify you and all related entities thereto that the content hosted by scribd.com, LLC at the links set forth below, presumably for one or more of your users, infringes the intellectual property rights of API.

In order to expedite the removal of the infringing content, we are submitting this Notice of Copyright Infringement and request that you expeditiously remove or disable access to the material hosted at the URL listed below, as required under the Copyright Act. The following sets forth the statutorily required elements of our Notice of Copyright Infringement:

1) Yellow Brand Protection is authorized to send this notice of infringement and demand. API is the owner of an exclusive right that is claimed to be infringed. The signature of Joseph Cherayath, Yellow Brand Protection's authorized representative is set forth below.

2) The copyrighted works that are being infringed are: American Petroleum Institute's copyrighted materials which can be found on their website https://www.api.org/.

3) The products located at:

https://www.scribd.com/document/241983357/API-51-Guide-to-Better-Supervision
https://www.scribd.com/document/367525694/API-62
https://www.scribd.com/doc/281245526/API-RP-14E
https://www.scribd.com/doc/315224634/653-e5-PA-2014
https://www.scribd.com/document/413121269/21639
https://www.scribd.com/document/461023247/API-RP-520-Part-II-Fig-11-1994-pdf
https://www.scribd.com/document/461023226/API-RP-520-Part-II-Fig-10-1994-pdf
https://www.scribd.com/document/359834253/API-580
https://www.scribd.com/document/349141467/api-1104
https://www.scribd.com/doc/282454866/API-wallet-copy
https://www.scribd.com/document/457202017/API-682-2006-pdf
https://www.scribd.com/doc/57974371/API-6D-2008-Pipeline-Valve-Datasheet
https://www.scribd.com/document/606762636/API-RP-1007-01-pre
https://www.scribd.com/document/615030299/Table-1-API-574-Nps-Sch-Thk
https://www.scribd.com/document/354270875/API-5L-Appendix-J
https://www.scribd.com/document/338863100/API-Binder-Spine
https://www.scribd.com/document/619037202/API-5LS-1973

https://www.scribd.com/document/619207051/API-527
https://www.scribd.com/document/619544913/API-6D
https://www.scribd.com/doc/65513857/API-700-Plant-Completion-Checklist
https://www.scribd.com/document/619207123/API-5L1
https://www.scribd.com/document/623192870/piping-properties-API-RP-574
https://www.scribd.com/document/624261807/API-11K-BUL
https://www.scribd.com/document/624262453/API-4602-Minimization-Handling-Treatment-and-
Disposal-of-Petroleum-Products-Terminal-Wastewaters
https://www.scribd.com/document/623117144/API-1104-1988
https://www.scribd.com/doc/246997202/API-14-C
https://www.scribd.com/document/353120309/API-603-Class-150-Gate-Valve
https://www.scribd.com/doc/254158753/API-Publication-421-First-Edition
https://www.scribd.com/document/336357962/API-510-2006
https://www.scribd.com/document/318216121/312142620-API-Ire-App-1959
https://www.scribd.com/document/358035082/175748685-API-RP-555-2001-Process-Analyzers-Sec-D
https://www.scribd.com/document/455757634/API-5C2-1999-97-pdf
https://www.scribd.com/document/87062663/API-674-3rd-Edition
https://www.scribd.com/document/415657960/Hydrostratic-Test-API-Specification-6D
https://www.scribd.com/document/497836568/API-600-Gate-Valves-Flanged-Welding
https://www.scribd.com/document/405818789/API-97
https://www.scribd.com/document/439957877/API-570-A1
https://www.scribd.com/presentation/381042051/71psheet-API-Technical-Data-Book
https://www.scribd.com/document/626172026/API-2219
https://www.scribd.com/document/424752145/API-5B
https://www.scribd.com/document/536615442/API-7HU
https://www.scribd.com/document/209950082/API-682
https://www.scribd.com/document/493245521/api-579-1-asme-ffs-1-fitness-for-service-2016-P1
https://www.scribd.com/document/625798413/API-610
https://www.scribd.com/document/611140714/API-RP-580-3rd-Feb
https://www.scribd.com/document/60787317/Manual
https://www.scribd.com/document/117581344/API-510
https://www.scribd.com/doc/35293246/API-5CT
https://www.scribd.com/document/544113346/API-6D-ULTIMA-EDICION
https://www.scribd.com/document/630386023/API-17TR4-2016-Subsea-Equipment-Pressure-Ratings
https://www.scribd.com/document/630621312/API-Vocational-Book-3-pdf
https://www.scribd.com/document/630386374/API-17O-2014-HIPPS
https://www.scribd.com/document/630882642/API-RP-90
https://www.scribd.com/document/630134508/api-1104updates-from
https://www.scribd.com/document/471465722/API-80-2000-Guidelines-for-the-Definition-of-Onshore-
Gas-Gathering-Lines-pdf
https://www.scribd.com/document/631328075/00-API-Purchasing-Guideline-Handbook-pdf
https://www.scribd.com/document/631725064/API-STD-510-2001
https://www.scribd.com/document/427676342/Previews-1952159-Pre
https://www.scribd.com/document/455500495/previews-2092212-pre
https://www.scribd.com/document/467494223/previews-1820347-pre
https://www.scribd.com/document/541469942/Previews-1852115-Pre
https://www.scribd.com/document/452094701/Previews-2086671-Pre
https://www.scribd.com/document/463852012/1176-Recommended-Practice-for-Assessment-and-
Management-of-Cracking-in-Pipelines
https://www.scribd.com/document/402773297/Previews-2001272-Pre
https://www.scribd.com/document/466257528/previews-1987930-pre-pdf

https://www.scribd.com/document/505865972/Previews-2196044-Pre
https://www.scribd.com/document/543715764/previews-1950102-pre
https://www.scribd.com/document/386157045/Previews-1919151-Pre
https://www.scribd.com/document/620504268/previews-1892818-pre
https://www.scribd.com/document/616200512/Operational-Technologies-Guidance-Doc-Apr14-1
https://www.scribd.com/document/526110514/Previews-2121080-Pre
https://www.scribd.com/document/500374768/Previews-2206132-Pre
https://www.scribd.com/document/385887536/Pre
https://www.scribd.com/document/434381471/Previews1234
https://www.scribd.com/document/370516254/Previews-1759566-Pre
https://www.scribd.com/document/630882597/API-RP-58
https://www.scribd.com/document/614915196/015ad11f-8490-4dae-b9e7-8771e72e739c-5482
https://www.scribd.com/document/624362991/API-STD-53-2018
https://www.scribd.com/document/432996479/API-652-pdf
https://www.scribd.com/document/613382139/API-STD-1104-ED-2010
https://www.scribd.com/document/488921102/API-618-2
https://www.scribd.com/document/228654279/Estandar-API-2015
https://www.scribd.com/document/611910854/API-STD-1104-Errata-5-2018-Welding-of-Pipelines-and-Related-Facilities
https://www.scribd.com/document/605328929/API-STD-650-2013-Welded-Tanks-for-Oil-Storage-001-053-en-es
https://www.scribd.com/document/540788122/API-STD-653-Tank-Inspection-Repair-Alteration-y-Reconstr-712
https://www.scribd.com/document/543852571/API-1102
https://www.scribd.com/document/612633917/API-650-v2010
https://www.scribd.com/document/616711203/API-RP-4G
https://www.scribd.com/document/326049662/API-521-4th-ed-March-1997-DEPRESSURING-pdf
https://www.scribd.com/document/344740518/111795608-API-2218-Fireproofing-pdf
https://www.scribd.com/document/469486871/API-543
https://www.scribd.com/document/423678857/API-650-Tanques-Atmosfericos-2013-001-100-en-es
https://www.scribd.com/document/576939453/API-520-Completa
https://www.scribd.com/document/385114862/Planning-1
https://www.scribd.com/document/613358168/API-RP-577-2004-Welding-Inspection-and-Metallurgy-Traduccion
https://www.scribd.com/document/580055780/API-RP-7L-INSPECCION-MANT-Y-REP-DE-EQUIPOS-DE-PERFORACION-es
https://www.scribd.com/document/550000017/API-650-2020-Gicze-Traducido
https://www.scribd.com/document/469081891/TRADUCCION-ACTUAL
https://www.scribd.com/document/528444645/API-598-Valves-Inspection-and-Testing-en-es
https://www.scribd.com/document/572134521/MPMS-Chapter-8-3-Spanish-Muestreo-Mezcla-y-Manejo-de-Muestras
https://www.scribd.com/document/485775776/API-MPMS-12-1-1-2012-Espanol-unprotected
https://www.scribd.com/document/562255357/API-SPEC-7k-Specification-for-Drilling-and-Well-Servicing-Equip1-Traducido
https://www.scribd.com/document/631973286/API-13B1-3-pdf
https://www.scribd.com/document/633085716/API-9A-24th-Edition-Specification-for-wire-rope
https://www.scribd.com/document/630802420/API-SPECIFICATION-Q1-9-EDITION-pdf
https://www.scribd.com/document/635160692/zAPI-5CRA-2010-R2015
https://www.scribd.com/document/630386010/API-RP-17Q
https://www.scribd.com/document/630381861/API-17G5-Subsea-Intervention-Workover-Control-System

https://www.scribd.com/document/630386711/API-SPEC-17D
https://www.scribd.com/document/634650143/API-STD-607
https://www.scribd.com/document/634701259/Untitled
https://www.scribd.com/document/634457852/API-681-2021-Liquid-Ring-Compressors-and-Vacuum-Pumps-in-Petroleum-Chemical-and-Gas-Industry-Services-API-z-lib-org
https://www.scribd.com/document/633654056/API-MF-5U04-1993
https://www.scribd.com/document/634334295/Norma-API-610fse
https://www.scribd.com/document/633922196/API-653-2018-Inspection-Academy-pdf
https://www.scribd.com/document/633654058/API-MF-5UO3-1993-pdf
https://www.scribd.com/document/633653948/API-MF-5U02-1993
https://www.scribd.com/document/632485979/previews-1987929-pre
https://www.scribd.com/document/635764409/API-Ultrasonic-Ene-2005
https://www.scribd.com/document/635321839/Training-Management-System-Requirements-TPCP
https://www.scribd.com/document/632757187/Traducao-API-2003-doc
https://www.scribd.com/document/635982142/Untitled
https://www.scribd.com/document/633211868/API14
https://www.scribd.com/document/632715267/API576-traduzida
https://www.scribd.com/document/633211852/API12
https://www.scribd.com/document/629763786/API521-Insulation
https://www.scribd.com/document/449137649/pdfslide-net-api-945pdf-ES
https://www.scribd.com/document/456903317/api-2000-1998-ingles-word-en-es
https://www.scribd.com/document/412056425/1130-Computational-Pipeline-Monitoring-for-Liquids-en-Es
https://www.scribd.com/document/518809119/API-5CT
https://www.scribd.com/document/580056571/API-4F-2008-ESPECIFICACIONES-PARA-ESTRUCTURAS-DE-PERF-Y-SERV-A-POZOSs-en-es
https://www.scribd.com/document/436915412/2-API-RP7L-en-es-pdf
https://www.scribd.com/document/326175057/Practica-recomendada-para-Evaluacion-de-pdf
https://www.scribd.com/document/504216893/API-754-Espanol
https://www.scribd.com/document/520384285/API-19-Espanol
https://www.scribd.com/document/611910917/API-Spec-5l-46th-Apr-2018-Line-Pipe
https://www.scribd.com/document/583240285/Process-Industry-Practices-Recommended-P
https://www.scribd.com/document/300693971/Resumen-API-MPMS-Chapter-3-1B
https://www.scribd.com/document/525677273/API-1104-2018-Espanol
https://www.scribd.com/document/508937221/API-6FA-2018
https://www.scribd.com/document/493174173/API-1155
https://www.scribd.com/document/526415573/API-5L
https://www.scribd.com/presentation/468026950/API-END-nuevo
https://www.scribd.com/document/547482848/API-6D-Pipeline-Valves-2002
https://www.scribd.com/document/485593935/API-601-pdf
https://www.scribd.com/document/605603925/API520-partI
https://www.scribd.com/doc/266631408/API-585
https://www.scribd.com/document/514467984/API-570
https://www.scribd.com/document/551181868/API-570-2016
https://www.scribd.com/document/441275283/API-570-2016
https://www.scribd.com/document/441337701/API-Spec-15HR-2016-%E9%81%93%E5%AE%A2%E5%B7%B4%E5%B7%B4-pdf
https://www.scribd.com/document/616711220/API-510
https://www.scribd.com/document/413354781/API-610
https://www.scribd.com/document/456156315/API-Std-53-BOP-en-es
https://www.scribd.com/document/500012778/API-610-2010

https://www.scribd.com/document/549985596/API-610-11th-Edition
https://www.scribd.com/document/610337190/API-610-11th-Editon
https://www.scribd.com/document/584793629/api-610-11th-2010-Centrifugal-Pumps-for-Petroleum-Petrochemical-and-Natural-Gas-Industries
https://www.scribd.com/document/530296477/API-610-11th-Centrifugal-Pump-for-Petrolium
https://www.scribd.com/document/567219777/API-650
https://www.scribd.com/document/337768464/API-510-Text-Index
https://www.scribd.com/document/413385264/Manual-de-Calidad-Iso-API
https://www.scribd.com/document/351086952/api-mpms-17-5
https://www.scribd.com/document/107059267/API-540
https://www.scribd.com/document/517648947/API-526
https://www.scribd.com/document/541863436/API-560-2007
https://www.scribd.com/document/383326241/API-594-2004
https://www.scribd.com/document/483971770/API-6FA-94
https://www.scribd.com/document/401390565/API-598-PDF
https://www.scribd.com/document/486521607/API-MPMS-5-4
https://www.scribd.com/document/565039956/API-570-2016-2018-ESP
https://www.scribd.com/document/617910413/API-1104-2021-ESP
https://www.scribd.com/document/450906989/APIQ1-en-es
https://www.scribd.com/document/567912061/pdf-394443181-api-573-2013-inspection-of-fired-boilers-and-heaters-part1enespdf-compress
https://www.scribd.com/document/460004382/API-2610-ESPANOL
https://www.scribd.com/document/602505974/API-1104-2016-Espanol
https://www.scribd.com/document/498086360/API-510-Traducido
https://www.scribd.com/document/637002125/API-RP-2D
https://www.scribd.com/document/637002353/API-RP-520-PARTE-I
https://www.scribd.com/document/637152360/API-SPECIFICATION-5B1-1988
https://www.scribd.com/document/375339543/Previews-1895514-Pre
https://www.scribd.com/document/464882921/previews-1877491-pre
https://www.scribd.com/document/367172546/Previews-1994111-Pre
https://www.scribd.com/document/560289419/2-5301292332614681484
https://www.scribd.com/document/514173033/Preview
https://www.scribd.com/document/478750591/preview-1-pdf
https://www.scribd.com/document/490593187/api-2l-heliponto
https://www.scribd.com/doc/207935162/rp-17-a
https://www.scribd.com/document/606608088/API-5L-1025
https://www.scribd.com/doc/143479353/Design-and-Calculation-Direct-Fired-Heaters
https://www.scribd.com/document/604348333/API-20-1
https://www.scribd.com/doc/123944361/MPMS-02-2A-2005-Measurement-and-Calibration-of-Upright-Cylindrical-Tanks-by-the-Manual-Tank-Strapping-Method
https://www.scribd.com/document/342223855/SPEC-6D
https://www.scribd.com/document/463928222/API-MPMS-Ch-2-Sec-2A-Tank-Calibration
https://www.scribd.com/document/599895463/API-M-C-2A-1995
https://www.scribd.com/document/466280415/document-pdf
https://www.scribd.com/document/466280640/document-pdf
https://www.scribd.com/document/428159621/previews-1613565-pre-2-pdf
https://www.scribd.com/document/404276277/Technical-Analysis-of-the-Futures-Markets-John-J-Murphy-Fxborssa
https://www.scribd.com/document/522137562/previews-2220495-pre
https://www.scribd.com/document/428135574/Previews-1613565-Pre
https://www.scribd.com/document/466256443/previews-2046512-pre-pdf

https://www.scribd.com/document/466256545/previews-2046512-pre-pdf
https://www.scribd.com/document/618227374/API-565-2022
https://www.scribd.com/document/481560615/api-526pdf-compress
https://www.scribd.com/document/524365824/Flow-Assurance-Considerations-in-Subsea
https://www.scribd.com/document/484737841/api-650-2007-pdf
https://www.scribd.com/document/472550791/previews-1912416-pre
https://www.scribd.com/document/508740668/ASTM-C704
https://www.scribd.com/document/423808631/Title
https://www.scribd.com/document/443193493/previews-2092065-pre
https://www.scribd.com/document/329613854/8B
https://www.scribd.com/document/399066550/API676-EXTRACTO-pdf
https://www.scribd.com/document/637247877/API-650-2007
https://www.scribd.com/document/546750777/Rbi-Inspection
https://www.scribd.com/document/606256538/API-19G1-2nd-2019
https://www.scribd.com/document/282715129/API662-2-2006
https://www.scribd.com/document/619793034/16RCD-e3-ballotdraft
https://www.scribd.com/document/368590896/1178-DataMgmt-Integration-1E-Ballot-3935
https://www.scribd.com/document/402711292/Propane-Dehydrogenation-Using-Catalytic-Membrane
https://www.scribd.com/document/329796406/previews-1924300-pre-1
https://www.scribd.com/document/477519234/AGA3-pdf
https://www.scribd.com/document/47523230/API-RP2A-Foundation-design-chapter
https://www.scribd.com/document/319663614/API-570-2001-Piping-Inspection-Code
https://www.scribd.com/document/319926159/aga3
https://www.scribd.com/document/411995148/API-686-Chapter-7-Shaft-Alignment
https://www.scribd.com/document/394085055/04-API-941-Steels-Hydrogen-Service-pdf
https://www.scribd.com/document/538201224/52663204-API-5-6-2002-Copy
https://www.scribd.com/document/49988059/AGA3-Part-2
https://www.scribd.com/document/494229355/Api2201-Weldin-Hot-Tapping
https://www.scribd.com/document/494229308/API-14F-Recomended-practice-for-design-and-installation-of-electrical-system
https://www.scribd.com/document/559372485/API-5C1-Cuidado-y-manejo-de-Casing-and-Tubing
https://www.scribd.com/document/362067582/Rp-Tapping
https://www.scribd.com/document/542435168/API-2H-1999
https://www.scribd.com/doc/203413467/API2555
https://www.scribd.com/document/561298058/API-STD-653-Tank-Inspection-Repair-Alteration-y-Reconstr-712
https://www.scribd.com/document/540788158/API-STD-650-Welded-Steel-Tanks-for-Oil-Storage
https://www.scribd.com/document/561298071/API-STD-650-Welded-Steel-Tanks-for-Oil-Storage
https://www.scribd.com/document/272289317/API-650-pdf
https://www.scribd.com/document/563405827/API-MPMS-11-1-Vol11-e-12-Volume-Correction-Factors
https://www.scribd.com/document/563405621/API-MPMS-11-1-Vol6-Volume-Correction-Factors
https://www.scribd.com/document/562616303/API-MPMS-11-1-Vol1-Volume-Correction-Factors
https://www.scribd.com/document/562616308/API-MPMS-11-1-Vol4-Volume-Correction-Factors
https://www.scribd.com/document/562616299/API-MPMS-11-1-Vol2-Volume-Correction-Factors
https://www.scribd.com/document/381904342/API-MPMS-CAP-12-1-1-1996
https://www.scribd.com/document/453269166/API-MPMS-CAP-14-6-1991
https://www.scribd.com/document/494229313/API-500-RECOMENDED-PRACTICE-FOR-CLASIFICATIONS-OR-LOCATIONS-FOR-ELECTRICALL-INSTALATIONS
https://www.scribd.com/document/637709527/API-572-16-1-51
https://www.scribd.com/document/637709548/Untitled
https://www.scribd.com/document/623371960/API-570-piping-inspection-code

https://www.scribd.com/document/637320610/API-RP-552-tabla-3-distancia-ELE-I-C
https://www.scribd.com/document/623054610/API-RP-8B-2021-Traducida
https://www.scribd.com/document/621552492/API-RP-576-2017
https://www.scribd.com/document/625798639/API-RP-520-2
https://www.scribd.com/document/622186462/API-RP-5L7-2015
https://www.scribd.com/document/624673709/API-RP-53-BOP-Equipment-System-1997
https://www.scribd.com/document/624363004/API-RP-53-1997-2004
https://www.scribd.com/document/496515437/EN-ESPANOL-API-8B
https://www.scribd.com/document/423793649/Normas-API-527-Copiar-en-Es
https://www.scribd.com/document/456902956/api-2000-1998-traducido
https://www.scribd.com/document/568040576/API-SPEC-6D-VALVULAS-af-es
https://www.scribd.com/document/375862805/API1104-2014-espan-ol-pdf-pdf
https://www.scribd.com/document/402723854/API-5L-TAMSA-PDF
https://www.scribd.com/document/586820142/API-RP-38-Biological-Analysis-of-subsurface-injection-waters
https://www.scribd.com/document/583359201/API-520-2-r
https://www.scribd.com/document/583359097/API-600-r
https://www.scribd.com/document/583358871/API-682-r
https://www.scribd.com/document/583358851/API-527-r
https://www.scribd.com/document/493187885/API618-5-E-%E9%81%93-%E5%AE%A2-%E5%B7%B4%E5%B7%B4-h-f-3
https://www.scribd.com/document/493187921/API618-5-E-%E9%81%93-%E5%AE%A2-%E5%B7%B4%E5%B7%B4-h-f-6
https://www.scribd.com/document/493187857/API618-5-E-%E9%81%93-%E5%AE%A2-%E5%B7%B4%E5%B7%B4-h-f-1
https://www.scribd.com/document/495876593/previews-1940217-pre
https://www.scribd.com/document/623054597/API-5C1-2020-Traducida
https://www.scribd.com/document/623054606/API-RP-7L-1995-REAFFIRMED-AUGUST-2012-Procedures-for-Inspection-Maintenance-Repair-And-Remanufacture-of-Drilling-Equipment-Traducido
https://www.scribd.com/document/623054602/API-RP-5B-1-2014-Traducida
https://www.scribd.com/document/623482903/API-Spec-q2-2021
https://www.scribd.com/document/500153421/API-8A
https://www.scribd.com/document/279014854/API-1104
https://www.scribd.com/document/283745351/API-570-2009-Espanol
https://www.scribd.com/document/351398710/API-570-2009-Espanol-pdf
https://www.scribd.com/document/425727559/394443181-API-573-2013-Inspection-of-Fired-Boilers-and-Heaters-Part1-en-es-pdf
https://www.scribd.com/document/529601993/API-12d-PDF-Free
https://www.scribd.com/document/456498123/API-1104-2018-Espanol-Descarga-Pasado-a-Otro-Texto
https://www.scribd.com/document/401402362/Esp-Para-Unidades-de-Bombeo-ESP
https://www.scribd.com/document/476955725/API-598-2016-10th-Edition-Valve-Inspection-and-Testing-en-es
https://www.scribd.com/document/512059106/API-MPMS-4-8-2013-en-es
https://www.scribd.com/document/597453832/API-14C
https://www.scribd.com/document/528444276/API-576-2017-en-es
https://www.scribd.com/document/372381689/Contenido-API-575
https://www.scribd.com/document/622379469/API-570-TERCEIRA-EDICAO-Novembro-de-2009
https://www.scribd.com/document/616711265/API-Spec-16d
https://www.scribd.com/document/617869598/API-Bull-11L2-1969-1999-scan
https://www.scribd.com/document/617869746/API-MPMS-2-2D-2003-2021
https://www.scribd.com/document/527564713/Rig-Inspection-Book-04

https://www.scribd.com/document/625610988/API-652-1997-Espanol
https://www.scribd.com/document/620074547/Pdfslide-tips-API-13b2-Spanish
https://www.scribd.com/document/618754929/API-510
https://www.scribd.com/document/635904462/API-653-Edition-2001
https://www.scribd.com/document/627082120/Blowout-Prevention-Equipment-API-Standard-53-Span-3
https://www.scribd.com/document/625215589/API-RP-526-Flanged-Steel-Pressure-Relief-Valves
https://www.scribd.com/document/405338330/good-152259868-Body-of-Knowledge-API-570-pdf
https://www.scribd.com/document/152259868/Body-of-Knowledge-API-570
https://www.scribd.com/document/527844898/20210913-BOK-510-May2021-final
https://www.scribd.com/document/274893276/API-570-Body-of-Knowledge
https://www.scribd.com/document/370479850/570-BOK-2017-final-112216
https://www.scribd.com/document/506854175/API-580-2009
https://www.scribd.com/document/473772369/MPMS-Chapter-19-3D-pdf
https://www.scribd.com/doc/60844665/510-Body-of-Knowledge
https://www.scribd.com/doc/314846189/API-510-BOK0505-Body-Knowledge-for-Certification-Program-PV-Inspector
https://www.scribd.com/document/551839005/Nov-2017-653-BOK-final-20170530
https://www.scribd.com/document/466285440/downfile-4-pdf

are infringing upon API's exclusive copyright rights and should be removed or disabled.

4) Contact Information:

Joseph Cherayath

Yellow Brand Protection

6060 N. Central Expressway

Dallas, TX 75206

+442033144680

api.ipr@ybrandprotection.com

5) API has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

6) The information in this Notice of Copyright Infringement is accurate, and under penalty of perjury, Yellow Brand Protection is authorized to act on behalf of API, the owner of the exclusive right being infringed.

In addition, API hereby notifies you that the website content that you are hosting at the above-identified links is in violation of API's Terms and Conditions, located at: https://www.api.org/terms-and-conditions. Namely, it infringes on the copyright and trademark rights of API.

Sincerely,
Joseph Cherayath

Yellow Brand Protection
On behalf of
American Petroleum Institute

**Fw: Notice of Infringement**

American Petroleum IPR <api.ipr@ybrandprotection.com>
Thu 6/29/2023 8:44 AM
To: Scribd <copyright@scribd.com>

📎 3 attachments (273 KB)
Copyright Declaration (9-16-20) (1).pdf; POA- Yellow Brand (1-24-20) (1) (1).pdf; Export_API American Petroleum-Enforce-2023-06-29.xlsx;

To Whom It May Concern,

We are authorized to act on behalf of American Petroleum Institute ("API") with respect to intellectual property and other matters.

This letter is to notify you and all related entities thereto that the content hosted by scribd.com, LLC at the links set forth below, presumably for one or more of your users, infringes the intellectual property rights of API.

In order to expedite the removal of the infringing content, we are submitting this Notice of Copyright Infringement and request that you expeditiously remove or disable access to the material hosted at the URL listed below, as required under the Copyright Act. The following sets forth the statutorily required elements of our Notice of Copyright Infringement:

1) Yellow Brand Protection is authorized to send this notice of infringement and demand. API is the owner of an exclusive right that is claimed to be infringed. The signature of Joseph Cherayath, Yellow Brand Protection's authorized representative is set forth below.

2) The copyrighted works that are being infringed are: American Petroleum Institute's copyrighted materials which can be found on their website https://www.api.org/.

3) The products located at:

https://www.scribd.com/document/626817812/API-609
https://www.scribd.com/document/560289432/API-Hydrogen-Reformer-DraftRev3
https://www.scribd.com/document/636356506/API-STD-598
https://www.scribd.com/document/625152414/API-SPEC-5L-2000
https://www.scribd.com/document/511256089/pdf14
https://www.scribd.com/document/550540701/API-674-Positive-Displacement-Pump-Reciprocating
https://www.scribd.com/document/549648260/API-574-92-Inspection-of-Piping-Tubing-Valve-and-Fittings
https://www.scribd.com/document/487334641/api591-SHEET-17
https://www.scribd.com/document/475610092/RP11L-ENG
https://www.scribd.com/document/432711335/MPMS-Ch-3-Espanol
https://www.scribd.com/document/494864372/api-1104
https://www.scribd.com/document/514022483/API-RP-505
https://www.scribd.com/document/565244952/API-PUBL-2510A-Fire-Protection-Considerations-for-the-Design-and-Operation-of-LPG-af-Es
https://www.scribd.com/document/485593481/api-standard-675-second-edition-october-1994-positive-displa-pdf
https://www.scribd.com/document/560794931/Addendum-to-API-RP-550-590-98
https://www.scribd.com/document/468474731/A-P-IRP
https://www.scribd.com/document/544825940/API-650-Tanques-Soldados-Para-Almacenar-Petroleo
https://www.scribd.com/document/429637643/14A-supplement-pdf
https://www.scribd.com/document/315297010/6-x-Draft-6252013
https://www.scribd.com/document/495164293/API-17d-Traduzida
https://www.scribd.com/document/554251231/Down-File
https://www.scribd.com/document/557583899/ANSI-API-541
https://www.scribd.com/document/541863490/API-530-2008
https://www.scribd.com/document/464294547/API-REPORT-84-52-print-final

https://www.scribd.com/document/547437493/API-SPEC-7-2-for-Threading-and-Gauging-of-RSTC-RUS
https://www.scribd.com/document/463651806/API-Spec-5-3-2-Ed-Addendum-3-487-agru
https://www.scribd.com/document/519877498/ISO-143132007-
%D0%B8%D0%B4%D0%B5%D0%BD%D1%82%D0%B8%D1%87%D0%BD%D1%8B%D0%B9-
%D0%9D%D0%B5%D1%84%D1%82%D1%8F%D0%BD%D0%B0%D1%8F-%D0%B8-
%D0%B3%D0%B0%D0%B7%D0%BE%D0%B2%D0%B0%D1%8F-
%D0%BF%D1%80%D0%BE%D0%BC%D1%8B%D1%88
https://www.scribd.com/document/152755290/NORMA-API-1104
https://www.scribd.com/document/618351127/API-BUL-E2buttetinon-management-of-Norm
https://www.scribd.com/document/646802322/API-RP-582-2023
https://www.scribd.com/doc/81322343/API-700-Plant-Completion-Checklist
https://www.scribd.com/document/622767652/API-Spec-7-2-2nd-Edition
https://www.scribd.com/document/570336561/Translate-API-598-2016-Valve-Inspection-Testing-Indonesia
https://www.scribd.com/document/439074288/Standard-for-Repair-and-Remanufacturing-of-Drill
https://www.scribd.com/document/547147065/API-527
https://www.scribd.com/document/515109561/API-STANDARD-2560-R-2010-Reconciliation-of-Liquid-Pipeline-
Quantities
https://www.scribd.com/document/622739378/API-6D-%D1%80%D1%83%D1%81
https://www.scribd.com/document/619911052/API-594-2022
https://www.scribd.com/document/343082825/API-Bulletin-5C3-1994
https://www.scribd.com/document/458789007/API-615-pdf
https://www.scribd.com/document/647912187/API-STANDARD-610-Twelfth-Edition-Centtrifugal-Pumps-for-
Petrolium-Petrochemical-and-Natural-Gas-Industries-biffe
https://www.scribd.com/document/622643588/API-598
https://www.scribd.com/document/621664409/API-653-Anexo-reparaciones
https://www.scribd.com/document/544825968/API-650-Pintura-Tanques
https://www.scribd.com/document/607060578/API-510-2014-en-espanol
https://www.scribd.com/document/637750123/PSV-API-527-2014
https://www.scribd.com/document/393650510/API-661-Fin-Fan-unlocked-1
https://www.scribd.com/document/612114845/API-600-Steel-Gate-Valves
https://www.scribd.com/document/409896496/API-521-PRESSURE-RELIEVING-AND-DEPRESSURE-SYSTEM-pdf
https://www.scribd.com/document/480998082/API-2534-Section-4-pdf
https://www.scribd.com/document/504848935/API-Spec-5CT-Specification-Casing-and-Tubing-1999
https://www.scribd.com/document/628802469/API-541-Balancing-of-Motors
https://www.scribd.com/document/416583586/Estandar-API-Q2-Espanol
https://www.scribd.com/document/532041819/API-specification-Q1-9th-edition-TRANSLET
https://www.scribd.com/document/649543344/API-607-1993-Fire-Test-Soft-Seated-Quater-Turn-Valves
https://www.scribd.com/document/517554525/API-STANDART-600-Steel-Gate-Valves-Flanged-and-Butwelding-
Ends
https://www.scribd.com/document/227581429/API-936-2004-RefractoryInstallationQC
https://www.scribd.com/document/625982364/API-616-Gas-Tubines-for-He-Petroleum-Chemical-And-Gas-
Industry-Services-11
https://www.scribd.com/document/549648280/API-661-Air-Cooled-H-EX-for-General-Refinery-Service
https://www.scribd.com/document/565039968/API-St-610-2021-ESP
https://www.scribd.com/document/549648261/API-575-95-Inspection-of-Atmospheric-and-Low-Pressure-Stora
https://www.scribd.com/document/618266591/API-RECOMMENDED-92M-Managed-Pressure-Drilling-
Operations-With-Surface-Back-pressure-1st-Ed-2017
https://www.scribd.com/document/651467092/api-676
https://www.scribd.com/document/650269334/API-5L8-Field-Inspection-of-New-Line-Pipe
https://www.scribd.com/document/650298572/API-TR-7CR-1ST-ED-2020-Cold-Working-Thread-Roots-With-
CNC-Lathes
https://www.scribd.com/document/649875534/SOP-SHORELINE2w
https://www.scribd.com/document/650118470/API-Pub-910-1997-Digest-of-Regulations
https://www.scribd.com/document/652423665/API-599
https://www.scribd.com/document/652946931/API-STD-5T1-Standard-on-Imperfection-Terminology
https://www.scribd.com/document/651999527/API-5L-45th-Edition
https://www.scribd.com/document/649177102/API-RP-551
https://www.scribd.com/document/647356244/API-6F-C
https://www.scribd.com/document/647913139/API-682-2014

https://www.scribd.com/document/648272622/API17B
https://www.scribd.com/document/647193390/PUBL-2538-Wind-Tunnel-Test
https://www.scribd.com/document/647192929/PUBL-2524-impact-assessment
https://www.scribd.com/document/647193532/PUBL-116-qual-liq-pipe-personnel
https://www.scribd.com/document/633315859/RP-5C1-rev18
https://www.scribd.com/document/561223061/5B-08
https://www.scribd.com/document/374297887/Dokumen-tips-API-Mpms-176-Espanolpdf
https://www.scribd.com/document/561223059/5L-04
https://www.scribd.com/document/561223070/5CT-05
https://www.scribd.com/document/561223053/5B1-99-Gauging
https://www.scribd.com/document/561223060/5C5-03-Testing
https://www.scribd.com/document/561223051/5L7-88-Coated
https://www.scribd.com/document/561223044/5L8-96-New-LP-Insp
https://www.scribd.com/document/561223040/5A5-97-Field-Inspection
https://www.scribd.com/document/561223037/5C3-94-Formulas
https://www.scribd.com/document/561223035/5C2-99-Performance
https://www.scribd.com/document/561223033/5C1-99-Care-Use
https://www.scribd.com/document/431630119/368356736-API-A-Calculation-of-Relieving-Requirements-in-the-Critical-Region-pdf
https://www.scribd.com/document/654299275/API-RP-540
https://www.scribd.com/document/654299589/API-SPEC-12B
https://www.scribd.com/document/466676646/API-754-Traduccio-n-Consejo-de-Seguridad-de-Procesos-Rev-0
https://www.scribd.com/document/654299586/API-SPEC-12F
https://www.scribd.com/document/653671528/API-6a-Annex-i-Recommended-Bolt-Lengths-8

are infringing upon API's exclusive copyright rights and should be removed or disabled.

4) Contact Information:

Joseph Cherayath

Yellow Brand Protection

6060 N. Central Expressway

Dallas, TX 75206

+442033144680

api.ipr@ybrandprotection.com

5) API has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

6) The information in this Notice of Copyright Infringement is accurate, and under penalty of perjury, Yellow Brand Protection is authorized to act on behalf of API, the owner of the exclusive right being infringed.

In addition, API hereby notifies you that the website content that you are hosting at the above-identified links is in violation of API's Terms and Conditions, located at: https://www.api.org/terms-and-conditions. Namely, it infringes on the copyright and trademark rights of API.

Sincerely,
Joseph Cherayath

Yellow Brand Protection
On behalf of
American Petroleum Institute

## Notice of Infringement

**American Petroleum IPR <api.ipr@ybrandprotection.com>**

Wed 7/26/2023 3:03 AM

To:Scribd <copyright@scribd.com>

📎 3 attachments (254 KB)

Export_API American Petroleum-Enforce-2023-07-26.xlsx; Copyright Declaration (9-16-20) (1).pdf; POA- Yellow Brand (1-24-20) (1) (1).pdf;

To Whom It May Concern,

We are authorized to act on behalf of American Petroleum Institute ("API") with respect to intellectual property and other matters.

This letter is to notify you and all related entities thereto that the content hosted by scribd.com, LLC at the links set forth below, presumably for one or more of your users, infringes the intellectual property rights of API.

In order to expedite the removal of the infringing content, we are submitting this Notice of Copyright Infringement and request that you expeditiously remove or disable access to the material hosted at the URL listed below, as required under the Copyright Act. The following sets forth the statutorily required elements of our Notice of Copyright Infringement:

1) Yellow Brand Protection is authorized to send this notice of infringement and demand. API is the owner of an exclusive right that is claimed to be infringed. The signature of Joseph Cherayath, Yellow Brand Protection's authorized representative is set forth below.

2) The copyrighted works that are being infringed are: American Petroleum Institute's copyrighted materials which can be found on their website https://www.api.org/.

3) The products located at:

https://www.scribd.com/document/632697186/API-11P-Packaged-Recip-Compressors-Oil-Gas-Production
https://www.scribd.com/doc/23253005/API-611
https://www.scribd.com/document/477228784/AWS-API-M-2008-20th-Ed-Study-Guide-for-API-Standard-1104
https://www.scribd.com/doc/35293156/API-5CT
https://www.scribd.com/document/648272618/API17J
https://www.scribd.com/presentation/403863873/71psheet-API-Technical-Data-Book
https://www.scribd.com/document/653428188/API-RP-60
https://www.scribd.com/document/499844296/Resena-Norma-API
https://www.scribd.com/document/658732141/API-936
https://www.scribd.com/document/657398224/API-RP-RP-578-Material
https://www.scribd.com/document/520984017/API-653-Espanol
https://www.scribd.com/document/601787834/API-653-1-2001
https://www.scribd.com/document/422164805/API-Std-673-Errata-2002-10
https://www.scribd.com/document/512953673/API-Std-1104-Errata-2
https://www.scribd.com/document/546648589/API-650-%ED%95%9C%EA%B8%80

https://www.scribd.com/document/658825522/API-Rp2a-Wsd-2010
https://www.scribd.com/document/437906600/API-MPMS-6-1-1996-pdf
https://www.scribd.com/document/327951938/TR9501A-Parafusos-Para-Flange-API
https://www.scribd.com/document/657076644/API-651-2014
https://www.scribd.com/document/658971668/API-934-F-Part-2-2017-1st-Edition
https://www.scribd.com/document/658570831/API-6D-Pipe-Line-Valve-2008s
https://www.scribd.com/document/659200625/API-Publ7100#
https://www.scribd.com/document/655497395/API-Spec-06D-Valves-All-Types-1994
https://id.scribd.com/doc/46943355/Welding-of-Pipelines-and-Related-Facilities
https://www.scribd.com/document/600137681/API-7-1-Specification-for-Rotary-Drill-Stem
https://www.scribd.com/document/447137389/Addenda-7L-AD2-Manguerotes
https://www.scribd.com/doc/224399279/API-4F
https://www.scribd.com/document/617913099/API-9-3
https://www.scribd.com/document/385074739/API-527-pdf
https://www.scribd.com/doc/231902760/API-614-General
https://www.scribd.com/doc/151470322/API-2201-pdf
https://www.scribd.com/document/415360953/API-MPMS-6-Sec-6
https://www.scribd.com/document/400192070/API-537-pdf
https://www.scribd.com/document/653427882/API-RP-39
https://www.scribd.com/doc/223759104/api-2003
https://www.scribd.com/document/377656536/API-939-B-Wet-H2S-Service-pdf
https://www.scribd.com/document/122811992/API-Book-2-Vocational-Training-Corrosion-on-Oil-and-Gas-Well-Equipment-1990
https://www.scribd.com/document/343928621/Api-Corrosion-On-Oil-And-Gas-Well-Equipment-V-2-1990-Cropped-pdf
https://www.scribd.com/document/619544921/step

are infringing upon API's exclusive copyright rights and should be removed or disabled.

4) Contact Information:

Joseph Cherayath

Yellow Brand Protection

6060 N. Central Expressway

Dallas, TX 75206

+442033144680

api.ipr@ybrandprotection.com

5) API has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

6) The information in this Notice of Copyright Infringement is accurate, and under penalty of perjury, Yellow Brand Protection is authorized to act on behalf of API, the owner of the exclusive right being infringed.

In addition, API hereby notifies you that the website content that you are hosting at the above-identified links is in violation of API's Terms and Conditions, located at: https://www.api.org/terms-and-conditions

---

## Terms and Conditions

Welcome to API&#39;s website. The following terms and conditions govern your use of this site. By accessing, viewing, or using the material on this site, you agree to be bound by these terms and conditions. If you do not agree to these terms and conditions, you are not granted permission to use the site and should exit immediately.

www.api.org

---

. Namely, it infringes on the copyright and trademark rights of API.

Sincerely,
Joseph Cherayath

Yellow Brand Protection
On behalf of
American Petroleum Institute

Notice of Infringement

American Petroleum IPR <api.ipr@ybrandprotection.com>
Tue 8/29/2023 2:41 PM
To: Scribd <copyright@scribd.com>

📎 3 attachments (253 KB)
Copyright Declaration (9-16-20) (1).pdf; POA- Yellow Brand (1-24-20) (1) (1).pdf; Export_API American Petroleum-Enforce-2023-08-29.xlsx;

To Whom It May Concern,

We are authorized to act on behalf of American Petroleum Institute ("API") with respect to intellectual property and other matters.

This letter is to notify you and all related entities thereto that the content hosted by scribd.com, LLC at the links set forth below, presumably for one or more of your users, infringes the intellectual property rights of API.

In order to expedite the removal of the infringing content, we are submitting this Notice of Copyright Infringement and request that you expeditiously remove or disable access to the material hosted at the URL listed below, as required under the Copyright Act. The following sets forth the statutorily required elements of our Notice of Copyright Infringement:

1) Yellow Brand Protection is authorized to send this notice of infringement and demand. API is the owner of an exclusive right that is claimed to be infringed. The signature of Joseph Cherayath, Yellow Brand Protection's authorized representative is set forth below.

2) The copyrighted works that are being infringed are: American Petroleum Institute's copyrighted materials which can be found on their website https://www.api.org/.

3) The products located at:

https://www.scribd.com/document/607538466/WRC-488-2004
https://www.scribd.com/document/661103953/API-2F-Mooring-Chain
https://www.scribd.com/document/658549838/API-510-Maintenance-Inspection-Rating-Repair-and-Alteration-2003
https://www.scribd.com/document/649622732/API-581-RBI-RUS
https://www.scribd.com/document/660459088/API-1104-22nd-Edition-July-2021-Welding-of-Pipelines-and-Related-ESPANOL
https://www.scribd.com/document/461650856/API579-pdf
https://www.scribd.com/document/652891963/Previews-2098132-Pre
https://www.scribd.com/document/624732679/6HT-e3-ballot-draft
https://www.scribd.com/document/660134123/API-STANDARD-617NINTH
https://www.scribd.com/document/650297890/API-RP-1637-2020
https://www.scribd.com/document/658971721/API-TR-934-F-1-2017
https://www.scribd.com/document/635750639/Untitled
https://www.scribd.com/doc/173169988/API-1110
https://www.scribd.com/document/663838955/API-RP-550-1960
https://www.scribd.com/document/664584989/API-SPEC-12J
https://www.scribd.com/document/406941914/api676-2009-zw33-en-pt-pdf
https://www.scribd.com/document/651553381/API-20C-2020
https://www.scribd.com/document/628811971/17A
https://www.scribd.com/document/221643471/previews-1037983-pre-1
https://www.scribd.com/document/653489902/API-SPEC-7-1-2023-2
https://www.scribd.com/document/359335321/API-RP-1114-1994-pdf
https://www.scribd.com/document/46074917/The-State-of-American-Energy
https://www.scribd.com/document/665492040/API-2FPS-1ST-ED-2001
https://www.scribd.com/doc/258688656/MPMS-19-3A-2000

https://www.scribd.com/document/665492037/API-2C-1995
https://www.scribd.com/document/665492248/API-2030-2ND-Ed-1999
https://www.scribd.com/document/665492281/API-RP-520-PT-2-1994
https://www.scribd.com/document/665492148/API-607-1993
https://www.scribd.com/document/480010192/previews-1895514-pre
https://www.scribd.com/document/642685665/previews-API-780-e1-pre-pdf
https://www.scribd.com/document/485775941/API-MPMS-17-5-Reconciliacion-de-Cantidades-de-Carga-2012-pdf
https://www.scribd.com/document/657076599/API-652-2014
https://www.scribd.com/doc/233852997/API-1104-2005-Espanol
https://www.scribd.com/document/657561979/API-RP-2X-2015-ESPANOL
https://www.scribd.com/document/657102368/API-STD-2015-2018-Requirements-for-1-2

are infringing upon API's exclusive copyright rights and should be removed or disabled.

4) Contact Information:

Joseph Cherayath

Yellow Brand Protection

6060 N. Central Expressway

Dallas, TX 75206

+442033144680

api.ipr@ybrandprotection.com

5) API has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

6) The information in this Notice of Copyright Infringement is accurate, and under penalty of perjury, Yellow Brand Protection is authorized to act on behalf of API, the owner of the exclusive right being infringed.

In addition, API hereby notifies you that the website content that you are hosting at the above-identified links is in violation of API's Terms and Conditions, located at: https://www.api.org/terms-and-conditions. Namely, it infringes on the copyright and trademark rights of API.

Sincerely,
Joseph Cherayath

Yellow Brand Protection
On behalf of
American Petroleum Institute

**Notice of Infringement**

American Petroleum IPR <api.ipr@ybrandprotection.com>
Thu 10/5/2023 11:34 AM
To: Scribd <copyright@scribd.com>

📎 3 attachments (243 KB)
Copyright Declaration (9-16-20) (1).pdf; POA- Yellow Brand (1-24-20) (1) (1).pdf; Export_API American Petroleum-Enforce-2023-10-05.xlsx;

To Whom It May Concern,

We are authorized to act on behalf of American Petroleum Institute ("API") with respect to intellectual property and other matters.

This letter is to notify you and all related entities thereto that the content hosted by scribd.com, LLC at the links set forth below, presumably for one or more of your users, infringes the intellectual property rights of API.

In order to expedite the removal of the infringing content, we are submitting this Notice of Copyright Infringement and request that you expeditiously remove or disable access to the material hosted at the URL listed below, as required under the Copyright Act. The following sets forth the statutorily required elements of our Notice of Copyright Infringement:

1) Yellow Brand Protection is authorized to send this notice of infringement and demand. API is the owner of an exclusive right that is claimed to be infringed. The signature of Joseph Cherayath, Yellow Brand Protection's authorized representative is set forth below.

2) The copyrighted works that are being infringed are: American Petroleum Institute's copyrighted materials which can be found on their website https://www.api.org/.

3) The products located at:

https://pt.scribd.com/document/450088409/API-598-ATUAL-2009-traduzida-via-google-tradutor
https://www.scribd.com/document/672118917/API-TR-16TR1-2018
https://www.scribd.com/document/672118974/API-TR-756-1-2014
https://www.scribd.com/document/672118919/API-TR-2578-2017

are infringing upon API's exclusive copyright rights and should be removed or disabled.

4) Contact Information:

Joseph Cherayath

Yellow Brand Protection

6060 N. Central Expressway

Dallas, TX 75206

+442033144680

api.ipr@ybrandprotection.com

5) API has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

6) The information in this Notice of Copyright Infringement is accurate, and under penalty of perjury, Yellow Brand Protection is authorized to act on behalf of API, the owner of the exclusive right being infringed.

In addition, API hereby notifies you that the website content that you are hosting at the above-identified links is in violation of API's Terms and Conditions, located at: https://www.api.org/terms-and-conditions. Namely, it infringes on the copyright and trademark rights of API.


Sincerely,
Joseph Cherayath


Yellow Brand Protection
On behalf of
American Petroleum Institute